MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

ALLTECH v. CENZONE                                    Case No. 06cv0153 JM(RBB)

HON. RUBEN B. BROOKS         CT. DEPUTY VICKY LEE                    Rptr.

Attorneys

| Plaintiffs | Defendants |
|---|---|
| Sheila Swaroop | Amy Hellenkamp |
| | Wesley B. Ames |

PROCEEDINGS:  ____ In Chambers   ____ In Court   ____ Telephonic

Defendants' ex parte application to allow Jung Fu Wu to attend the settlement conference on October 4, 2006, by telephone is granted.

DATE: October 2, 2006           IT IS SO ORDERED: /s/ Ruben Brooks
                                                Ruben B. Brooks,
                                                U.S. Magistrate Judge
cc: Judge Miller                                INITIALS: VL (mg/irc) Deputy
    All Parties of Record

K:\COMMON\BROOKS\CASES\ALLTECH153\MINUTE03.wpd

Received at: 3:58PM, 9/29/2006
SEP-29-2006 FRI 03:54 PM PROCOPIO                FAX NO. 619 235 0398            P. 02



# AMES IP LAW
Intellectual Property

San Diego, CA
Ames IP Law
7031 Los Vientos Serenos
Escondido, CA 92029
Tel 760.471.9620
Fax 760.471.2167
wbames@amesiplaw.com

www.amesiplaw.com

## Defendant Cenzone Tech, Inc.'s Ex Part Application for Telephonic Attendance of Dr. Jung Fu Wu at Mandatory Settlement Conference on October 4, 2006

September 29, 2006

United States Magistrate Judge Ruben B. Brooks
United States Court House
940 Front Street, Room 1185
San Diego, CA

    Re:    Alltech, Inc. v. Cenzone Tech, Inc. and Jung Fu Wu
           Case No. 06 CV 0153 JM (RBB)
           Ex Part Application for Telephonic Attendance by Dr. Jung Fu Wu at Mandatory Settlement Conference on October 4, 2006

Honorable Ruben B. Brooks:

Defendants Cenzone Tech, Inc. and Jung Fu Wu respectfully request the permission of the Court for Jung Fu Wu to attend the mandatory settlement conference scheduled for Wednesday, October 4, 2006 by telephone.

Dr. Wu is the President and sole officer of Cenzone Tech, Inc. Due to the small size of Cenzone Tech, Inc., Dr. Wu is the only person able to represent the company to animal feed industry participants. A very important part of representing the company is to attend and display at certain major animal feed industry shows. One of those industry shows, the 2006 World Dairy Expo, is being held on October 3-7, 2006 in Madison, Wisconsin. In order to maintain the viability of the business of Cenzone Tech, it is extremely important for Dr. Wu to attend the World Dairy Expo.

Therefore, in order to prevent excessive damage to the viability of Cenzone Tech's business, Cenzone Tech, Inc. and Jung Fu Wu request that Dr. Wu be allowed to attend the Mandatory Settlement Conference on October 4, 2006 by telephone.

Sincerely,

*[signature]*

Wesley B. Ames
Ames IP Law
Counsel for Defendants, Cenzone Tech, Inc. and Jung Fu Wu

Received at: 3:58PM, 9/29/2006
SEP-29-2006 FRI 03:55 PM PROCOPIO            FAX NO. 619 235 0398            P. 03

1  Wesley B. Ames (190318)
   AMES IP LAW
2  7031 Los Vientos Serenos
   Escondido, CA 92029
3
4  Terry J. Hellenkamp (129018)
   Amy S. Hellenkamp (183676)
5  WIRTZ HELLENKAMP, LLP
   12760 High Bluff Drive, Suite 300
6  San Diego, CA 92130

7  Attorneys for Defendants Cenzone Tech, Inc. and Jung Fu Wu

8

9              IN THE UNITED STATES DISTRICT COURT
10            FOR THE SOUTHERN DISTRICT OF CALIFORNIA
11

12 | Alltech, Inc.,                  )  Case No.: No. 06 CV 0153 JM (RBB)
13 |                                 )
   |        Plaintiff,               )  PROOF OF SERVICE
14 |   vs.                           )
15 | Cenzone Tech, Inc., Jung Fu Wu, )
16 |        Defendant                )
17 | AND RELATED COUNTERCLAIMS.      )
18

19
20   I, the undersigned, am a resident of the State of California, over the age of eighteen years,
21 and not a party to the within action. My business address is PROCOPIO, CORY,
22 HARGREAVES & SAVITCH LLP, 530 "B" Street, Suite 2100, San Diego, California 92101.
23 On September 29, 2006, I served the within documents:
   ///
24 ///
25 ///
26 ///
27 ///
28 ///

PROOF OF SERVICE                                                    06cv0153 JM (RBB)

1

1. **DEFENDANT CENZONE TECH, INC.'S EX PARTE APPLICATION FOR TELEPHONIC ATTENDANCE OF DR. JUNG FU WU AT MANDATORY SETTLEMENT CONFERENCE ON OCTOBER 4, 2006**

[X] via e-mail.

[ ] by transmitting via facsimile number (619) 235-0398 the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m. A copy of the transmission confirmation report is attached hereto.

[ ] by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Diego, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

[ ] by placing the document(s) listed above in a sealed overnight envelope and depositing it for overnight delivery at San Diego, California, addressed as set forth below. I am readily familiar with the practice of this firm for collection and processing of correspondence for processing by overnight mail. Pursuant to this practice, correspondence would be deposited in the overnight box located at 530 "B" Street, San Diego, California 92101 in the ordinary course of business on the date of this declaration.

[ ] by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

| | |
|---|---|
| Joseph F. Jennings, Esq.<br>Sheila N. Swaroop, Esq.<br>Colin B. Heiderman, Esq.<br>Knobb Martens Olson & Bear LLP<br>2040 Main Street, 14th Floor<br>Irvine, CA 92614<br>Tel: (949) 760-0404<br>Fax: (949) 760-9502<br>Email: 2jfj@kmob.com<br>2sns@kmob.com<br>2cbh@kmob.com | Attorneys for Plaintiff/Counterdefendant,<br>ALLTECH, INC. |

PROOF OF SERVICE                                                06cv0153 JM (RBB)

Received at: 3:58PM, 9/29/2006

SEP-29-2006 FRI 03:56 PM PROCOPIO             FAX NO. 619 235 0398            P. 05

| | | |
|---|---|---|
| 1 | James R. Higgins, Jr. | Co-Counsel for Plaintiff/Counterdefendant |
| 2 | Brian P. McGraw | ALLTECH, INC. |
|   | Brian W. Schaefer | |
| 3 | Steve A. Witters | |
|   | Middleton Reutlinger | |
| 4 | 2500 Brown & Williamson Tower | |
|   | 401 S. Fourth Street | |
| 5 | Louisville, Kentucky 40202 | |
|   | Tel: (502) 625-2846 | |
| 6 | Fax: (502) 588-1957 | |
| 7 | jhiggins@middreut.com | |
|   | bmcgraw@middreut.com | |
| 8 | bschaefer@middreut.com | |
|   | switters@middreut.com | |
| 9 | | |
| 10 | Amy S. Hellenkamp, Esq. | Attorneys for Defendant CENZONE TECH, |
|   | Wirtz Hellenkamp | INC. and JUNG FU WU |
| 11 | 12760 High Bluff Drive, Ste. 300 | |
|   | San Diego, CA 92130 | |
| 12 | Tel: (858) 259-5009 | |
| 13 | Fax: (858) 259-6008 | |
|   | ahellenkamp@wirtzlaw.com | |
| 14 | | |
| 15 | | |
|   | Wesley B. Ames | Attorneys for Defendant CENZONE TECH, |
| 16 | Ames IP Law | INC. and JUNG FU WU |
|   | 7031 Los Vientos Serenos | |
| 17 | Escondido, CA 92029-5911 | |
| 18 | Tel: (760) 471-9620 | |
|   | Fax: (760) 471-2167 | |
| 19 | wbames@amesiplaw.com | |

20  ☐  *(State)* I declare under penalty of perjury under the laws of the State of California that
21     the above is true and correct.

22  ☒  *(Federal)* I declare that I am employed in the office of a member of the bar of this court
23     at whose direction the service was made.

24  Executed on September 29, 2006, at San Diego, California.

25

26                                            _____
                                              Lorraine M. Nisbet
27

28

PROOF OF SERVICE                                                   06cv0153 JM (RBB)

3