IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALLTECH, INC., | ) | CASE NO.: 06 CV 0153 JM (RBB) |
| PLAINTIFF, | ) ) | **ORDER PLACING CONFIDENTIAL DOCUMENTS UNDER SEAL (LOCAL RULE 79.2)** |
| VS. | ) ) ) | |
| CENZONE TECH, INC., ET AL., | ) ) | MAGISTRATE: HON. RUBEN B. BROOKS COURTROOM: B, 1ST FLOOR |
| DEFENDANTS. | ) ) | |
| AND ALL RELATED COUNTERCLAIMS. | ) ) ) ) | |

DEFENDANTS/CROSS-CLAIMANTS CENZONE TECH, INC. AND JUNG FU WU ("DEFENDANTS") HAVE FILED AN EX PARTE APPLICATION TO SEAL CERTAIN EXHIBITS OF THE REPLY TO ALLTECH'S OPPOSITION TO JUNG FU WU'S MOTION TO COMPEL DISCOVERY. SAID DOCUMENT CONTAINS TRADE SECRET AND CONFIDENTIAL INFORMATION THAT HAS BEEN DESIGNATED "CONFIDENTIAL-COUNSEL'S EYES ONLY."

FOR GOOD CAUSE APPEARING, AND PURSUANT TO LOCAL RULE 79.2(C), IT IS HEREBY ORDERED THAT:

CERTAIN EXHIBITS OF DEFENDANTS' REPLY TO ALLTECH'S OPPOSITION TO JUNG FU WU'S MOTION TO COMPEL DISCOVERY shall be placed under SEAL until final judgment is entered in this matter.

DATED: DECEMBER 13, 2006

_____
RUBEN BROOKS, UNITED STATES
DISTRICT COURT MAGISTRATE JUDGE