MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

ALLTECH v. CENZONE                              Case No. 06cv0153 JM(RBB)
                                                **TIME SPENT: 1 hr. 15 mins.**

HON. RUBEN B. BROOKS     CT. DEPUTY VICKY LEE     Rptr. Tape 1: 00-5172

Attorneys

| Plaintiffs | Defendants |
|---|---|
| Joe Jennings | Lisel Ferguson (present) |
| Colin Heideman | Wesley B. Ames (present) |
| Sheila Swaroop (present) | |

PROCEEDINGS:  ___ In Chambers   x  In Court   ___ Telephonic

A hearing was held on Defendant Jung Fu Wu's Motion to Compel Discovery from Alltech, Inc. [doc. no. 50].

For the reasons stated on the record, Defendant's Motion is granted in part and denied in part.

The Motion is granted for requests for production numbers 11, 20, and 21, as limited by the Court. The Motion is also granted for interrogatory numbers 1, 3, 12, 13, 15, 16, 19, 24, and 25.

The Motion is denied as to all other interrogatories and requests for production of documents.

Alltech shall provide its supplemental document production and interrogatory responses by January 26, 2007.

DATE: December 18, 2006        IT IS SO ORDERED: _/s/ Ruben Brooks_
                                                  Ruben B. Brooks,
                                                  U.S. Magistrate Judge
cc: Judge Miller                  INITIALS: VL (mg/irc) Deputy
    All Parties of Record