IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLTECH, INC., a Kentucky corporation,<br><br>Plaintiff,<br><br>v.<br><br>CENZONE TECH, INC., a California corporation, Jung Fu Wu, an individual,<br><br>Defendants. | Civil Action No.<br>06-CV-0153 JM (RBB)<br><br>**ORDER GRANTING ALLTECH, INC.'S REQUEST TO HEAR ITS MOTION TO COMPEL DISCOVERY**<br><br>Close of Fact Discovery:   03/09/07<br>Motion Filing Deadline:    06/08/07<br>Trial:                             08/20/07<br><br>Magistrate:  Honorable Ruben B. Brooks<br>Courtroom: B, 1st Floor |

The Court, having considered the Ex Parte Application of Alltech, Inc. ("ALLTECH"), for an order allowing Alltech's Motion to Compel Discovery from Cenzone Tech, Inc. hearing to take place outside the fact discovery cut-off, and good cause showing, hereby GRANTS the motion. The Motion to Compel Hearing will be heard on March 12, 2007, at 10.

Dated: February 2, 2007

⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
HONORABLE RUBEN B. BROOKS
UNITED STATES MAGISTRATE JUDGE

Case No. 06 CV 0153 JM (RBB)

## PROOF OF SERVICE

I am a citizen of the United States of America and I am employed in Irvine, California. I am over the age of 18 and not a party to the within action. My business address is 2040 Main Street, Fourteenth Floor, Irvine, California. On February 2, 2007, I served the within **[PROPOSED] ORDER GRANTING ALLTECH, INC.'S REQUEST TO HEAR ITS MOTION TO COMPEL DISCOVERY** on the parties or their counsel shown below via Email:

| | |
|---|---|
| Wesley B. Ames<br>wbames@amesiplaw.com<br>AMES IP LAW<br>7031 Los Vientos Serenos<br>Escondido, CA 92029 | James R. Higgins, Jr.<br>jhiggins@middreut.com<br>Brian P. McGraw<br>bmcgraw@middreut.com<br>Steven A. Witters<br>switters@middreut.com<br>Bryan W. Schaefer<br>MIDDLETON REUTLINGER<br>2500 Brown & Williamson Tower<br>Louisville, KY 40202 |
| Anthony J. Dain | Amy S. Hellenkamp |

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 2, 2007, at Irvine, California.

/s/ Marciana Duose
Email: mduose@kmob.com

-1-                                Case No. 06 CV 0153 JM (RBB)