## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re patent of:     Howes & Newman

U.S. Patent No.:   6,045,834

Title:              COMPOSITIONS AND
                    METHODS FOR REMOVAL OF
                    MYCOTOXINS FROM ANIMAL
                    FEED

Issue Date:         April 4, 2000

Reexamination      90/008,406
Control No.:

### REPLACEMENT REQUEST FOR REEXAMINATION OF PATENT NO. 6,045,834

Mail Stop *Ex Parte* Reexamination
Attn: Central Reexamination Unit
Commissioner for Patents
PO Box 1450
Alexandria, Virginia 22313-1450

Sir:

Reexamination under 35 U.S.C. §§ 302-307 and 37 CFR § 1.510 is requested for claims 1-21 of U.S. Patent 6,045,834, issued April 4, 2000 to A. Dean Howes and Kyle E. Newman (the '834 patent). A copy of the '834 patent is attached as Exhibit 1.

The grounds for this request are that prior art references raise substantial new questions of patentability, specifically including the following:

1.  A substantial new question of patentability as to claims 1-21 is raised by Lyons, 1995, "Biotechnology in the Feed Industry: A Look Forward and Backward", in Biotechnology in the Feed Industry: Proceedings of Alltech's Eleventh Annual Symposium, eds. T.P. Lyons and K. A. Jacques, pp.2-29) ("Lyons", attached as Exhibit 2 and cited in the Information Disclosure

Statement). Lyons teaches a combination of mycotoxin binding agents in a mycotoxin binding product as recited in claim 1, and this teaching was not present during the prior examination. Requestor believes that a reasonable examiner would consider this teaching important in determining whether or not the claims are patentable. Therefore, this teaching raises a substantial new question of patentability at least as to claim 1.

Further, a substantial new question of patentability as to claims 1-21 is raised by Lyons in view of Charmley et al., 1995, "Mycotoxins: Their Origin, Impact and Importance: Insights Into Common Methods of Control and Elimination", in Biotechnology in the Feed Industry: Proceedings of Alltech's Eleventh Annual Symposium, eds. T.P. Lyons and K. A. Jacques, pp. 41-63 ("Charmley et al.", attached as Exhibit 3 and cited in the Information Disclosure Statement). Charmley et al. teaches yeast cell wall from Saccharomyces for mycotoxin binding as recited in claim 2, and this teaching was not present during the prior examination. Requestor believes that a reasonable examiner would consider this teaching important in determining whether or not the claims are patentable. Therefore, this teaching raises a substantial new question of patentability at least as to claim 2. Further, even though the Lyons and Charmley et al. articles are identified separately, because they are presented in a single book they may also properly be regarded as parts of a single publication. If considered as parts of a single publication, the existence of a motivation to combine these references as part of an obviousness analysis would be inapplicable and may result in claims being anticipated by the single reference (i.e., the Alltech 1995 symposium proceedings book) rather than being obvious over the combination of the two articles).

2. A substantial new question of patentability as to claims 1-21 is raised by Trenholm et al., 1996, "Mycotoxin Binding Agents: An Update on What We Know", in Biotechnology in the Feed Industry: Proceedings of Alltech's Twelfth Annual Symposium, eds. T.P. Lyons and K. A. Jacques, pp. 327-349 ("Trenholm et al.", attached as Exhibit 4 and cited in the Information Disclosure Statement). Trenholm et al. teaches a combination of mycotoxin binding agents in a mycotoxin binding product as recited in claim 1, and this teaching was not present during the

-2-

prior examination. Requestor believes that a reasonable examiner would consider this teaching important in determining whether or not the claims are patentable. Therefore, this teaching raises a substantial new question of patentability at least as to claim 1

A substantial new question of patentability as to claims 1-21 is also raised by Trenholm et al. in view of Charmley et al., 1995, "Mycotoxins: Their Origin, Impact and Importance: Insights Into Common Methods of Control and Elimination", in Biotechnology in the Feed Industry: Proceedings of Alltech's Eleventh Annual Symposium, eds. T.P. Lyons and K. A. Jacques, pp. 41-63 ("Charmley et al., attached as Exhibit 3 and cited in the Information Disclosure Statement). Charmley et al. teaches yeast cell wall from Saccharomyces for mycotoxin binding as recited in claim 2, and this teaching was not present during the prior examination. Requestor believes that a reasonable examiner would consider this teaching important in determining whether or not the claims are patentable. Therefore, this teaching raises a substantial new question of patentability at least as to claim 2.

3.   A substantial new question of patentability as to claims 1-21 is raised by Linton, U.S. Patent 4,055,667, issued October 25, 1977 ("Linton", attached as Exhibit 5 and cited in the Information Disclosure Statement). Linton teaches a combination of modified yeast cell wall and clay as recited in claim 1, and this teaching was not present during the prior examination. Requestor believes that a reasonable examiner would consider this teaching important in determining whether or not the claims are patentable. Therefore, this teaching raises a substantial new question of patentability at least as to claim 1.

A substantial new question of patentability as to claims 1-21 is also raised by Linton in view of any of Lyons (Exhibit 2); Trenholm et al. (Exhibit 4), or Charmley et al. (Exhibit 3). Each of these references teaches the use of yeast cell wall for mycotoxin binding, a teaching that was not present during the prior examination. Requestor believes that a reasonable examiner would consider this teaching important in determining whether or not the claims are patentable. Therefore, this teaching raises a substantial new question of patentability at least as to claim 1.

4.   A substantial new question of patentability is raised by Devegowda, 1997, "Mycotoxins in Animal Feed: Novel Biotechnological Solutions", Paper presented at African Lecture Tour (10-15[th] March, 1997) ("Devegowda 1997, attached as Exhibit 6 and cited in the Information Disclosure Statement). Devegowda 1997 teaches a composition that contains both modified yeast cell wall and clay as recited in claim 1 and further teaches the use of said composition for mycotoxin binding. These teachings were not present during the prior examination. Requestor believes that a reasonable examiner would consider these teachings important in determining whether or not the claims are patentable. Therefore, these teachings raise a substantial new question of patentability at least as to claim 1

A substantial new question of patentability is also raised by Devegowda 1997 in view of any of Lyons (Exhibit 2), Charmley et al. (Exhibit 3), and Trenholm et al. (Exhibit 4). Each of Lyons, Charmley et al., and Trenholm et al., teach mycotoxin binding by yeast cell wall, and this teaching was not present during the prior examination. Requestor believes that a reasonable examiner would consider this teaching important in determining whether or not the claims are patentable. Therefore, this teaching raises a substantial new question of patentability at least as to claim 1

## I. Pending Litigation

The '834 patent is the subject of pending litigation in the U.S. District Court for the Southern District of California, as Alltech, Inc. v. Cenzone Tech, Inc. and Jung Fu Wu, Case No. 3:2006cv00153 JM RBB. On the day of this filing, the Court entered an order concerning claim construction. A copy of that order is attached as Exhibit 20.

The '834 patent is also the subject of pending litigation in the U.S. District Court for the Western District of Kentucky, as Alltech, Inc. v. Agra-Partners, Ltd., Dr. Gary Pusillo, and Wholesale Feeds, Inc., Case No. 3:06cv00337 TBR. As of the time of this filing, the Court has not entered any orders concerning claim construction, infringement, or validity.

## II. **Overview of technology and prosecution of the '834 patent**

**A. Introduction:** To assist the Examiner in understanding the relevance of the prior art cited herein, a short discussion of the state of the technology relating to the subject matter claimed in the '834 patent, prior to the priority date of the '834 patent, is provided. The claimed subject matter concerns animal feeds and supplements for animal feeds which contain both a "modified yeast cell wall extract" and a "mineral clay." Highly relevant prior art concerns the developments in the animal feed industry beginning with (1) the common use of clays in animal feeds, especially for anticaking purposes, and (2) the common use of yeast, including brewers yeast, in animal feeds. This was followed in the late 1980's and early 1990's with reports of (3) the use of yeast and yeast cell wall preparations to adsorb pathogenic bacteria and mycotoxins, as well as for immune response stimulation, and (4) the use of clays to adsorb mycotoxins. During the same time, feed formulators prepared animal feed products that (5) contained both yeast culture and clay, or (6) contained both yeast cell wall extract and clay.

By 1994-1996, it was recognized and reported that both yeast cell wall and clays (as well as the small number of additional mycotoxin binders that had been identified) possessed different mycotoxin binding characteristics. As a result, in written reports published by the owner of the '834 patent but not disclosed to the Examiner during prosecution of the '834 patent, it was stated that a combination of different mycotoxin binders could be used to provide an effective mycotoxin binding product for animal feeds. The different mycotoxin binders listed in the articles included 4 and 5 different types of materials respectively, of which yeast cell wall and clay were clearly the most economically practical choices. (One of the articles, Exhibit 4, lists 8 mycotoxin binding agents [p.335], but these represent only 5 different types because 4 of the listed agents [Canola oil bleaching clays, sodium bentonites, synthetic zeolite, and HSCAS] are clays. Exhibit 4 also indicates that both yeast and yeast cell wall bind mycotoxins [p.336].)

Indeed, in the initial examination report of the European application corresponding to the '834 patent (EP 99 917 589.6), the examiner cited a similar (apparently related) article as anticipating the claims, stating that "in view of this disclosure, the subject-matter of the present

-6-

application is anticipated in its entirety (Art. 54 EPC) of a combination of above cited ingredients to combat an aflatoxin contamination in feed." In discussing another reference, the examiner stated that "The useful roles of clays and MOS, a yeast cell wall extract, is discussed. MOS are cited in addition to clay adsorbents....on p.4. The combination of both additives in a feed is therefore an obvious straight forward choice for the skilled person (Article 56 EPC)." The examiner still further stated that:

> It appears that the applicant has developed a special method of enhancing and improving the mycotoxin-binding characteristics of a yeast cell wall by alcohol shocking. The examples relate to a 'modified yeast cell wall extract/aluminosilicate combination'. It is however not derivable from the examples how this modification is achieved and if the MOS used differ from those [in] the prior art. (Emphasis added.)

The European examiner, with only a small part of the prior art discussed herein before him, recognized that Alltech would need to show how the modification by "alcohol shocking" differed from the prior art. A partial copy of the initial European examination report together with the cited article is attached as Exhibit 7. Only by limiting all of the claims to require "alcohol shocking" was Alltech able to obtain a notice of intent to grant. (However, it does not appear that Alltech clarified on the written record how "alcohol shocking" differs from exposure to ethanol due to the accumulation of ethanol during normal fermentation. Instead it appears that issues relating to "alcohol shocking" were likely addressed during oral interview.)

**B. Use of clays in animal feeds:** For many years prior to the filing date of the provisional application of which the '834 patent claims the benefit, it was conventional to use clays in animal feeds, either as mycotoxin binders or as anti-caking agents. In either of these uses, the clay was used at a low level. The use of a variety of clays for binding mycotoxins was the subject matter of a number of different U.S. patents (e.g., Taylor, US Patent 5,165,946; Taylor, US Patent 5,192,547; Beggs, US Patent 5,149,549; Turk et al., US Patent 5,639,492), as well as the topic of numerous research articles. For anti-caking applications, clays were among the standard anti-caking agents used to assist in maintaining flowability of hygroscopic materials, including, for example, dried yeast and yeast derivative products. In addition, clays were used as

-7-

pelleting agents in pelleted animal feeds. A particular advantage of the use of clays for these applications was that clays were very inexpensive but still effective, and therefore were frequently chosen for inclusion in animal feeds.

**C. Use of yeast and yeast cell wall in animal feeds:** It had also been conventional for many years to include yeast in animal feeds. The yeast included in animal feeds included brewers yeast, which is the spent yeast byproduct of standard brewing and wine-making operations, as well as of mass ethanol fuel production in countries such as Brazil. Such spent yeast materials provided a readily available and economical source of yeast and so were commonly used for animal feeds. However, such inclusion of yeast was not done simply to dispose of the spent yeast. Instead, in addition to the general nutritional value of the yeast, it had been recognized that inclusion of yeast in animal diets produced measurable benefits in animal health and production. Among other things, studies demonstrated that the yeast enhanced the immune systems of many different animals, and that this effect was primarily due to the yeast cell wall. Typically, brewers yeast contains a significant proportion of lysed yeast cells, such that the yeast cell wall has been separated from the cytosol. Also typically, brewers yeast is obtained by separating the yeast cell wall debris and remaining intact cells from the majority of the liquid culture medium. The result is that the brewers yeast is enriched in cell wall material, and a significant proportion of that cell wall material has been separated from the cytosol, e.g., the soluble components.

By the early to mid-1990's, it was also understood that yeast, and in particular the yeast cell wall, also adsorbed certain toxins, particularly including some mycotoxins. Indeed, it had been shown and was generally accepted that yeast cell wall adsorbed a number of toxins and infectious bacteria, and therefore yeast and/or yeast cell wall were commonly added to animal feeds for these purposes. A number of commercial products were sold, including products from Alltech, Inc., the owner of the '834 patent and the employer of the named inventors. Those products from the owner of the '834 patent included a yeast-containing product (YEA-SACC™), a yeast cell wall extract product (BIO-MOS™), and, beginning in about 1994, a product which

was stated to contain a "modified" yeast cell wall extract (MYCOSORB™, also referred to as MTB-100™). In actuality, it appears that the yeast cell wall in the BIO-MOS™ product was the same as that in the MYCOSORB™/MTB-100™ product. In addition to these products, other companies produced similar animal feed products containing yeast cell wall, most often emphasizing that the product includes mannanoligosaccharide (MOS), which is a normal and major component of the yeast cell wall, especially the outer portion of the cell wall. The inner portion of the yeast cell wall is composed primarily of glucans, especially 1,3-beta-glucans and 1,6-beta-glucans.

During the early to mid-1990's it also became apparent that mycotoxin contamination of a variety of animal feeds (including human food, cattle feeds, and poultry feeds) was a significant problem in many areas of the world. Therefore, there was great interest in ways of reducing or eliminating the effects in animals of those mycotoxins. While a number of different mycotoxin inactivation approaches were tried, a cost-effective approach was found to be the use of mycotoxin binders (i.e., mycotoxin adsorbents or sequestering agents). It was soon recognized that no single mycotoxin binder bound all of the different mycotoxins found in animal feeds, and that different mycotoxins had different binding specificities. Therefore, the reasonable approach was to include more than one type of mycotoxin binder together in order to obtain the benefits of the different binding specificities and so extend the range and usefulness of a mycotoxin binding product. Indeed, this suggestion was expressly made in publications published by the owner of the '834 patent more than a year before the priority date for the '834 patent (Exhibits 2 and 4) as well as in an additional, related publication based on the same source material (article in Exhibit 7). Astonishingly, none of these publication were disclosed to the Examiner during the prosecution of the '834 patent despite their obvious materiality and even though one of the articles was written by the President of Alltech, Inc. (assignee of the '834 patent and employer of the inventors named in the '834 patent) and the others were written by individuals who were outside consultants or researchers for Alltech. (Copies of the 2 IDS documents submitted by Applicant and the form showing the documents cited by the Examiner during prosecution of the '834 patent are attached as Exhibits 8, 9, and 10 respectively.) The subject matter of the first

-9-

two of the Alltech articles (Exhibits 2 and 4) was the subject of presentations in separate annual symposia (in April 1995 and April 1996) put on by Alltech and the articles were published in annual Symposium Proceedings books published for Alltech itself and distributed by Alltech to attendees at the respective symposia.

**D. Terminology used to refer to yeast cell wall**: Reference to yeast cell wall extracts in both the feed industry and scientific literature at the time of the priority date of the '834 patent utilized a number of different terms, thereby slightly complicating review of such literature. The term chosen in a particular instance may, in at least some cases, reflect characteristics of the yeast cell wall that were to be emphasized at a particular time or in a particular publication. Thus, yeast cell wall extracts were referred to by at least the following terms:

1. yeast cell wall
2. yeast cell wall debris
3. yeast cell wall extract
4. modified yeast cell wall extract
5. yeast ghosts
6. glycan
7. yeast glycan
8. mannans
9. mannan oligosaccharide
10. MOS
11. glucomannan
12. glucans
13. beta glucans
14. beta-1,3-glucans
15. beta-1,6-glucans
16. 1,3-beta-glucans
17. 1,6-beta-glucans

18. spent yeast

19. brewers spent yeast

20. spent brewers yeast

21. brewers yeast

22. Brewers dried yeast

As a result, in searching and reviewing the literature, a variety of different terms may appear, but any of them can refer to yeast cell wall extract.

**E. Motivations to combine yeast cell wall and clay in an animal feed product:**

Further, in view of the various commonly known uses and biological effects of yeast and yeast cell wall extracts and of clays, there were at least three different motivations which would have led (and did lead) persons to make a composition which contained both a yeast cell wall extract and a clay. Notably, simply on economic grounds, it was typical to use yeast cell wall from yeast which were produced as a byproduct of fermentation operations, such as brewing operations, because such byproduct yeast were much cheaper than primary grown yeast while providing substantially the same benefits.

First, for many years prior to Alltech's filing of the provisional application of which the '834 patent claims the benefit, clay was commonly used as an anti-caking agent for many hygroscopic materials, including in dried yeast and yeast cell wall materials. Therefore, such dried yeast and yeast cell wall materials in which clay was included as an anti-caking agent inherently contained the combination of yeast cell wall extract and clay as claimed in the '834 patent.

Second, the broad recognition of the mycotoxin binding properties of clays and the recognition of the immune system enhancing effects of yeast cell wall provided motivation to combine those components to obtain both beneficial effects in a single animal feed. Such combinations also contained the combination of yeast cell wall extract and clay as claimed in the '834 patent.

Third, the understanding that both clay and yeast cell wall were mycotoxin binders with different binding specificities provided motivation to combine those components in order to expand the range of mycotoxins bound by the composition, and would further have established that the prior combinations of yeast cell wall and clay that had been formulated for other uses would function as combination mycotoxin-binding compositions exactly as described in the '834 patent. Indeed, as pointed out above, this motivation was expressly stated by the President of Alltech, the owner of the '834 patent, in a publication published more than one year before the priority date of the '834 patent (Lyons, Exhibit 2), as well as in a publication published by Alltech and authored by individuals who provided services to Alltech as outside researchers or consultants (Trenholm et al., Exhibit 4).

**F. Failure of the owner of the '834 patent and the inventors to disclose extremely highly material prior art to the USPTO during prosecution of the '834 patent:** In view of the range of knowledge held by those of skill in the art and expressed in many different publications of the types mentioned above, the paucity of references disclosed to the Examiner during prosecution of the '834 patent is surprising and even disturbing. None of the references dealing with the immune-enhancing and/or mycotoxin-binding properties of yeast, yeast cell wall, and mannan oligosaccharides from yeast cell wall were disclosed. The patent owner even concealed the article by its President expressly suggesting a combination of mycotoxin binders. The patent owner also failed to disclose a second article that it published which also expressly suggested use of a combination of mycotoxin binding agents in an animal feed. Clearly, the patent owner was aware of these extremely highly material articles and still did not disclose them to the Examiner during prosecution of the '834 patent.

Indeed, in what may have been an attempt to avoid raising issues of prior art, Alltech deleted a reference to its animal feed additive, Mycosorb™ or MTB-100™, that had been present in its provisional application when preparing its non-provisional application. The provisional application had clearly indicated that the product Mycosorb™ or MTB-100™ contained the allegedly inventive combination of "modified yeast cell wall" and "mineral clay." Nonetheless,

the specification of the non-provisional application (which eventually issued as the '834 patent) lacked this indication; indeed, it lacked any reference at all to Mycosorb™ or MTB-100™. In light of Alltech's complete failure to disclose the extremely material prior art that was presented at Alltech's own annual symposia and published for Alltech in its annual symposia proceedings books, this discrepancy between the description in the provisional application and the description in the non-provisional application appears to be part of a calculated effort to avoid raising critical issues of prior art to the Examiner in direct violation of its duty of candor to the USPTO.

**G. Comparison of representations by the owner of the '834 patent during prosecution and during the pending litigation:** The prosecution history of the '834 patent reveals that the applicants initially presented claims that just referred to a combination of yeast cell wall extract and mineral clay. There was no mention of "modified" yeast cell wall extract in the claims. The prosecution history further shows that the claims were only allowed following the insertion of the term "modified", as a result of an interview between the Examiner and counsel for the applicants. The Examiner's statement of reasons for allowance indicated that the prior art did not show the use of "modified" yeast cell wall together with clay in animal feed products. (The papers showing the Examiner's amendment and the Examiner's statement of reasons for allowance are attached as Exhibit 11.)

The only reasonable explanation of this statement by the Examiner is that Alltech, the patent owner and the entity controlling patent prosecution, misled the Examiner. First, as pointed out above, during prosecution of the '834 patent Alltech withheld from the Examiner extremely material information that both Alltech and the inventors knew about. Thus, the patentee withheld from the Examiner all of the information it had published concerning use of brewers yeast and more refined yeast cell wall extracts derived by further processing of brewers yeast in animal feed products.

The patentee also concealed that it believed that <u>even the normal use of yeast in fermentation (e.g., in brewing operations) as well as a litany of other conditions normally experienced by yeast cells during growth or in processing of the yeast resulted in "modified"</u>

yeast cell wall. The only method mentioned in the '834 patent specification for "modifying" the yeast cell wall is "alcohol shocking". In sharp contrast to the limited disclosure in the '834 patent specification of only the single method of alcohol shocking to modify yeast cell wall, now in litigation Alltech and/or the named inventors on the '834 patent assert that any stress condition during growth of the yeast results in cell wall "modification" such that the resulting yeast cell wall extracts satisfy the "modified yeast cell wall extract" limitation in the patent claims. Those altered conditions asserted by Alltech to result in "modified" yeast cell wall include, but are not limited to alcohol stress (not even requiring alcohol shocking), heat stress, cold stress, osmotic stress, nutrient stress, lysis of the cell wall, protease treatment of the cell wall, and even drying of the cell wall extract.

As indicated above, now in litigation, Alltech asserts that "alcohol shocking" is the equivalent of "alcohol stress", ignoring the vast scientific literature in which the terms "shock" and "shocking" are used to refer to a sudden change in conditions. This reference to sudden change is true whether the reference is to "alcohol shock", "heat shock", "cold shock", "osmotic shock", or other change in conditions. Despite the absence of any definition of "alcohol shocking" in the patent specification, Alltech is arguing now in litigation that "shock" is the same as "stress", such that "alcohol shocking" would mean "alcohol stress". (See, e.g., Alltech's Power Point slide presentation used in the Markman hearing in the pending Alltech v. Cenzone litigation, Exhibit 12 and the corresponding Joint Claim Construction Worksheet, Exhibit 13) In this context, it is necessary to distinguish between a change in conditions that constitutes a "shock" to the cells (e.g., alcohol shock) and a change in conditions that can induce expression of "heat shock genes". "Heat shock genes" were first identified using actual "heat shock", i.e., a sudden shift from a normal culture temperature to a significantly higher temperature. Researchers now recognize that a variety of different conditions can induce expression of heat shock genes, including in some cases changes in conditions that result in stress but do not constitute a sudden "shocking". In contrast, in referring to the change in conditions that constitutes "shocking", the change is consistently performed in a single, sudden step rather than as a gradual change. On the other hand, the term "stress" does encompass such gradual changes

in system variables, including, for example, the gradual accumulation of ethanol and/or the gradual depletion of nutrients during batch fermentation.

The significance of Alltech's concealment of its interpretations of "modification" and of "alcohol shocking" is apparent by looking at the prior art that the Examiner actually did have before him. Key portions of that prior art concerned the use of yeast cell wall extracts obtained from yeast that had been grown in fermentations such as in brewing, and the use of such yeast cell wall extracts in animal feeds and human foods. In particular, the Examiner considered the references, Peppler, "Production of Yeast and Yeast Products," Microbial Technology, 2nd ed., Academic Press, Inc. Vol. 1, pp. 159-185 (Exhibit 14) and Robbins et al., US Patent 4,251,519, entitled "Process for the Prevention and Reduction of Elevated Blood Cholesterol and Triglycerides Levels. (Exhibit 15)

The Examiner cited and made of record Robbins et al., US Patent 4,251,519 for its disclosure of the use of yeast cell wall in animal feeds as well as in human foods. In reference to the inclusion of yeast or yeast fraction, the '519 patent states that "the preferred additive is yeast glycan as described in U.S. Pat. No. 3,867,554" and states that the method of obtaining the cell wall product is described in that '554 patent (or in abandoned application Robbins & Seeley, Appl. No. 524,653, filed Nov. 18, 1974, entitled A Process for the Manufacture of Yeast Glycan). ('519 patent, Exhibit 15, col. 2, lines 1-37)

Peppler is cited in the '834 patent for the method of preparing yeast cell wall. Peppler describes a yeast product, "Isolated Yeast Glycan", which is predominantly yeast cell wall, and cites to Newell et al., US Patent 3,867,555 (Exhibit 16) for the method of preparing yeast glycan. The '555 patent states that the yeast glycan is obtained by the method described in copending application No. 310,452, which later issued as Sucher et al., U.S. Patent 3,867,554 (having overlapping inventors with the '555 patent) (Exhibit 17). The yeast glycan is "the isolated, comminuted cell walls of yeast" and includes "yeast fragments and whole cells". As explained in the '554 patent, yeast from fermentations are used, so that the yeast were exposed to ethanol

-15-

during growth. As one example, brewers yeast (i.e., spent yeast from brewing operations) was used. (See, '554 patent, Exhibit 17, col. 10, lines 5-26)

Thus, when the Examiner required the insertion of the term "modified" in the '834 patent claims and stated in his statement of reasons for allowance that the use of "modified" yeast cell wall extracts distinguished the claims from the prior art, that prior art included yeast cell wall extracts that had been grown in fermentations such as in brewing and therefore had been exposed to ethanol. Consequently, the Examiner must have believed that the applicants were referring to something different from fermentation for the modification of the cell wall. As indicated above, the only method disclosed for modifying the cell wall was by "alcohol shocking". Therefore, the term "alcohol shocking" must be something different from exposure to ethanol during fermentation. The only possibility is the sudden, one-step addition of an alcohol as discussed above; a meaning that is consistent with the usual meaning of the term "shocking" in a vast array of reported biological experiments. Because "alcohol shocking" is the only method of cell wall modification mentioned in the '834 patent specification, the term "modified" must mean "modified by alcohol shocking", despite the fact that claim differentiation (cf. claim 1 and claim 5) would normally suggest that the term "modified" is broader than "modified by alcohol shocking".

Alltech's current, litigation-inspired assertion that the term "modified yeast cell wall extract" in the '834 patent claims includes cell wall from yeast grown in normal fermentation represents an attempt to recapture claim scope that appears to have been recognized by the Examiner as falling within the prior art. Indeed, in view of fact that a vast array of changes in culture conditions results in changes in the yeast cell wall composition and the absence of any description in the '834 patent of what constitutes "normal" or "un-modified" yeast cell wall, essentially any yeast culture should be regarded as having modified yeast cell wall. As a consequence, all of the prior art uses of yeast and yeast cell wall in animal feeds (both with and without clays) become highly relevant to the '834 patent claims.

-16-

## III. First Substantial New Question of Patentability

As stated above, a substantial new question of patentability as to claims 1-21 is raised by Lyons (Lyons, 1995, "Biotechnology in the Feed Industry: A Look Forward and Backward", in Biotechnology in the Feed Industry: Proceedings of Alltech's Eleventh Annual Symposium, eds. T.P. Lyons and K. A. Jacques, pp.2-29) (Exhibit 2), as well as by Lyons in view of Charmley et al. (Exhibit 3).

Both Lyons (Exhibit 2) and Charmley et al. (Exhibit 3) were published for Alltech. These articles were published in the 1995 symposium proceedings books and corresponded to presentations made during the symposium in April 1996. Notably, neither of these articles was disclosed to the Examiner during prosecution of the '834 patent even though Alltech (as the owner of the patent and the company that put on the symposium), and the named inventors (as employees of Alltech and participants in the symposium) were certainly aware of these publications.

As shown in the table below, the Lyons article is particularly noteworthy because it expressly suggests the use of a combination of mycotoxin binding agents selected from among the small group of silicates (i.e., clays), yeast mannan (i.e., yeast cell wall), cholestyramine, and charcoal to make an effective mycotoxin binding composition for use in animal feed. (Lyons, p.23-24) Of these, it was recognized that cholestyramine was impractical for widespread use due to cost (see, Charmley, Exhibit 3, p.51), and charcoal was of limited effectiveness. As a result, the most reasonable combination of mycotoxin binding agents was yeast mannan (a term used to refer to yeast cell wall) and silicates (a term used to refer to clays). Furthermore, Lyons also directly indicated that the cell wall was "modified" by stating that "modified mannan sugars prove promising as toxin adsorbents." (Lyons, Exhibit 2, p.24)

Consequently, Lyons directly and unequivocally suggests the combination of components that was the subject of Alltech's provisional application nearly three years later, and of the subsequent non-provisional filing that resulted in the issuance of the '834 patent, thereby

-17-

anticipating numerous of the claims and rendering obvious others. Had Alltech disclosed the Lyons article to the Examiner, the '834 patent simply could not have issued with the current claims.

Charmley et al. (Exhibit 3), bolsters this conclusion and makes additional claims in the '834 patent obvious. In addition to the overview provided in this article concerning mycotoxins and certain of their properties, mycotoxin contamination of animal feed, and discussion of ways to control and eliminate mycotoxin contamination, the article specifically discusses the use of mycotoxin binding agents in animal feed. The mycotoxin binding agents discussed are alfalfa, clays (canola-oil bleaching clays, sodium bentonites, synthetic zeolite, and HSCAS), activated charcoal, cholestyramine, and yeast cell wall (yeast culture and yeast cell wall extract). (Charmley, p.49, Table 2) As mentioned above, Charmley states that the high cost of cholestyramine makes its commercial use prohibitively expensive. (Charmley, p.51) As shown in Fig. 1 (Charmley, p.51), both yeast culture and yeast cell wall extract bound the mycotoxin, zearalenone, with the binding by the cell wall extract being only slightly higher than the binding by the yeast culture.

The table below sets out specific references in Lyons (Exhibit 2) and Charmley et al. (Exhibit 3) that correspond to particular claim limitations in the claims of the '834 patent. Application of Charmley et al. (Exhibit 3) to certain of the '834 patent claims in combination with Lyons is additionally discussed in the text following the table.

Specifically, Requestor submits that as set forth in the following table, claims 1, 4-9, and 12-20 should be rejected as anticipated under 35 USC §102 over Lyons, 1995.

Requestor further submits that as set forth in the following table, claims 1-21 should be rejected as obvious under 35 USC §103 over the combination of Lyons, 1995 and Charmley et al, 1995.

| Howes, '834 patent claim limitation | Corresponding teaching from Lyons, 1995 and Explanation of Relevancy | Corresponding teaching from Charmley, 1995 and Explanation of Relevancy |
|---|---|---|
| [1a] – A composition for binding and thereby inactivating a mycotoxin in an animal feed | A valid antitoxin pack (Lyons, p.25, first paragraph, lines 5-7)<br><br>The claim preamble following the term "composition" is merely a statement of intended purpose and is not a limitation. Alltech, Inc. the patent owner does not argue that it is a limitation in the litigation Alltech, Inc. v. Cenzone Tech. The "antitoxin pack" indicated in Lyons is therefore a composition as specified in the '834 patent. | Addition of potential mycotoxin binding agents to the diet to reduce absorption in the gastrointestinal tract (Charmley et al., p.49, first full paragraph, lines 5-7)<br><br>Charmley et al. teaches adding "compositions", i.e., mycotoxin binding agents to animal diets. |
| [1b] – a modified yeast cell wall extract | Modified mannan sugars (Lyons, p.24, lines 3-7)<br><br>The reference to "modified mannan sugars" constitutes a statement that the mannan sugars in the yeast cell wall extract were modified, such that the yeast cell wall extract would constitute a "modified yeast cell wall extract" under the meaning of the term as argued by Alltech during the pending Alltech v. Cenzone litigation. | Yeast cell wall material (Bio-Mos) (Charmley et al., 1995, p.51, first paragraph, line 3)<br><br>The cited reference to yeast cell wall material (Bio-Mos) suggests to one of ordinary skill in the art that "modified" yeast cell wall material be used, because (in accordance with Alltech's proposed meaning of "modified" in the pending litigation) the use of yeast grown in fermentation (e.g., for production of beer and other ethanolic beverages, and for ethanol fuel) is the most common source of yeast at prices making the inclusion of yeast cell wall in animal feed economically reasonable. |
| [1c] – a mineral clay | Silicate (Lyons, p.23, Table 11)<br><br>As agreed by Alltech, the owner of the '834 patent in the | HSCAS (Charmley et al. 1995, p.49, Table 2; p.50, last paragraph, line 1 ff) |

| Howes, '834 patent claim limitation | Corresponding teaching from Lyons, 1995 and Explanation of Relevancy | Corresponding teaching from Charmley, 1995 and Explanation of Relevancy |
|---|---|---|
| | pending Alltech v. Cenzone litigation, mineral clays are silicate-containing materials (See, Exhibit 13). Therefore, the silicate listed in Table 11 of Lyons satisfies the "mineral clay" limitation of the '834 patent. | HSCAS is recognized as a mineral clay as specified in the claim. |
| [2] – the yeast cell wall is extracted from a yeast selected from the group consisting of Saccharomyces, Candida, Kluyveromyces, Torulaspora or a combination thereof | | Saccharomyces cerevisiae (Charmley et al., p.50, last paragraph, line 18), Yea-Sacc (Charmley et al., p.51, first paragraph, line 3 and Figure 1); Bio-Mos (Charmley et al., p.51, first paragraph , line 3 and Figure 1 <br><br> Reference to Bio-Mos in Charmley et al. is a reference to a yeast cell wall extract obtained from Saccharomyces cerevisiae based on promotional literature from Alltech, the producer of Bio-Mos. In addition, the similar mycotoxin binding shown in Figure 1 of Charmley et al. for Yea-Sacc and Bio-Mos and the reference cited above to Saccharomyces cerevisiae emphasize the use of cell wall from that yeast. This teaching, in combination with Lyons 1995 makes claim 2 obvious. |
| [3] – the yeast cell wall is extracted from a Saccharomyces cerevisiae yeast | | Saccharomyces cerevisiae (Charmley et al., p.50, last paragraph, line 18), Yea-Sacc (Charmley et al., p.51, first paragraph, line 3 and Figure 1); Bio-Mos (Charmley et al., p.51, |

| Howes, '834 patent claim limitation | Corresponding teaching from Lyons, 1995 and Explanation of Relevancy | Corresponding teaching from Charmley, 1995 and Explanation of Relevancy |
|---|---|---|
| | | first paragraph , line 3 and Figure 1<br><br>Claim 3 is made obvious by the combination of Lyons 1995 and Charmley et al. 1995 for the reasons discussed above for claim 2. |
| [4] – the yeast cell wall is modified prior to extraction | Yeast mannan (Lyons, p.23)<br><br>Modified mannan sugars (Lyons p.24)<br><br>In accordance with Alltech's interpretation of the term "modified" in the pending Alltech v. Cenzone litigation (see, Exhibits 12 and 13) and in view of the fact that spent yeast resulting from production of ethanol is the most economical material to use for yeast cells, the references to yeast mannan and modified mannan sugars (i.e., yeast cell wall) suggest that the yeast cell wall discussed in Lyons was exposed to ethanol during growth, and was therefore "modified prior to extraction", thereby suggesting the limitation of claim 4. | Yeast cell wall products (Charmley et al., p.50, line 2)<br><br>Yeast cell wall material (Charmley et al., p.51, line 3)<br><br>The references to yeast cell wall material indicate the use of yeast cell wall as mycotoxin binding agent. One of ordinary skill in the art recognizes that in most cases, yeast from fermentation (e.g., from ethanolic beverage or fuel ethanol production) is used for producing yeast cell wall products. Therefore, one of ordinary skill in the art would understand that the "modification" occurs prior to extraction. |
| [5] – the yeast cell wall is modified by an alcohol shocking of the yeast, thereby increasing the mycotoxin-binding capacity of the yeast cell wall | Modified mannan sugars (Lyons p.24)<br><br>In accordance with the discussion provided immediately above concerning claim 4, according to the interpretation of the term | Yeast cell wall products (Charmley et al., p.50, line 2)<br><br>Yeast cell wall material (Charmley et al., p.51, line 3)<br><br>The references to yeast cell wall material indicate the use of yeast cell wall as mycotoxin binding |

| Howes, '834 patent claim limitation | Corresponding teaching from Lyons, 1995 and Explanation of Relevancy | Corresponding teaching from Charmley, 1995 and Explanation of Relevancy |
|---|---|---|
| | "alcohol shocking" argued by Alltech in the pending Alltech v. Cenzone litigation (see, Exhibits 12 & 13), the exposure to ethanol during fermentation would constitute "alcohol shocking", thus suggesting the limitation of claim 5. | agent. One of ordinary skill in the art recognizes that in most cases, yeast from fermentation (e.g., from ethanolic beverage or fuel ethanol production) is used for producing yeast cell wall products. Therefore, one of ordinary skill in the art would understand that the yeast would be exposed to alcohol. In accordance with Alltech's proposed definition of "alcohol shocking" in the pending litigation, such exposure to alcohol would constitute alcohol shocking. |
| [6] – the yeast cell wall is modified by exposing the yeast to a growth environment comprising from between about 5% and about 20% alcohol | Modified mannan sugars (Lyons p.24)<br><br>In accordance with the discussion provided immediately above concerning claims 4 and 5, it is further recognized that fermentation conducted for ethanol production will commonly be carried out to produce a final ethanol concentration of 5-20%, more commonly 5-15%, thus suggesting the limitation of claim 6. | Yeast cell wall products (Charmley et al., p.50, line 2)<br><br>Yeast cell wall material (Charmley et al., p.51, line 3)<br><br>In accordance with the discussion above concerning claims 4 and 5, one of ordinary skill in the art recognizes that the yeast would be exposed to a final alcohol concentration of about 10-15%. |
| [7] - the yeast cell wall is modified by exposing the yeast to a growth environment comprising from between about 10% and about 12% alcohol | Modified mannan sugars (Lyons p.24)<br><br>In accordance with the discussion provided immediately above concerning claim 6, it is commonly understood that fermentations to produce some types of alcoholic beverages is carried to an end | Yeast cell wall products (Charmley et al., p.50, line 2)<br><br>Yeast cell wall material (Charmley et al., p.51, line 3)<br><br>In accordance with the discussion above concerning claims 4 and 5, one of ordinary skill in the art recognizes that the yeast would be |

| Howes, '834 patent claim limitation | Corresponding teaching from Lyons, 1995 and Explanation of Relevancy | Corresponding teaching from Charmley, 1995 and Explanation of Relevancy |
|---|---|---|
| | concentration of about 10-12%, thereby suggesting the limitation of claim 7. | exposed to a final alcohol concentration of about 10-15%. |
| [8] – the mineral clay is selected from the group consisting of a zeolite, a bentonite, an aluminosilicate or mixtures thereof | | canola oil bleaching clays (Charmley et al. p.49, Table 2), sodium bentonites (Charmley et al. p.49, Table 2), synthetic zeolite (Charmley et al. p.49, Table 2), and HSCAS (Charmley et al. p.49, Table 2 and p.50, 3rd paragraph, lines 1-7) |
| | | The references to the clays in pp.49 & 50 of Charmley et al. satisfy the specification of zeolite, bentonite and aluminosilicate in claim 8. Therefore, the combination of Lyons 1995 and Charmley et al. 1995 renders claim 8 obvious. |
| [9] – the mineral clay is an aluminosilicate clay | | sodium bentonites (Charmley et al. p.49, Table 2), synthetic zeolite (Charmley et al. p.49, Table 2), and HSCAS (Charmley et al. p.49, Table 2 and p.50, 3rd paragraph, lines 1-7) |
| | | At least the sodium bentonites and HSCAS (hydrated sodium calcium aluminosilicate) are generally recognized as aluminosilicate clays and therefore satisfy the limitation of claim 9. Therefore, the combination of Lyons 1995 and Charmley et al. 1995 renders claim 8 obvious. |
| [10] – the composition comprises from between | Indication of silicate and yeast mannan as mycotoxin | |

-23-

| Howes, '834 patent claim limitation | Corresponding teaching from Lyons, 1995 and Explanation of Relevancy | Corresponding teaching from Charmley, 1995 and Explanation of Relevancy |
|---|---|---|
| about 1% to about 10% of the mineral clay and from between about 90% to about 99% of the yeast cell wall extract | adsorbents (Lyons p.23, Table 11)<br><br>"By using this range of binding agents, perhaps in combination, prospects for a valid antitoxin pack could become reality." (Lyons p.25)<br><br>The references to silicate (clay) and yeast mannan (yeast cell wall) and the express suggestion to combine mycotoxin binding agents combined with the knowledge at that time concerning characteristics of the different binding agents and the respective costs directed one of ordinary skill to the combination of yeast cell and clay. It was also reported at that time that clays depleted certain vitamins and minerals. This suggests that in formulating a combination mycotoxin binding composition, a low level of clay should be used to minimize vitamin and mineral depletion while still obtaining the benefits of the combination. The exact proportions are simply a matter of preference, so that the proportions stated in claim 10 are obvious. | |
| [11] - the composition comprises from between about 2% to about 4% of the mineral clay and from between about 96% to | Indication of silicate and yeast mannan as mycotoxin adsorbents (Lyons p.23, Table 11)<br><br>"By using this range of binding | |

| Howes, '834 patent claim limitation | Corresponding teaching from Lyons, 1995 and Explanation of Relevancy | Corresponding teaching from Charmley, 1995 and Explanation of Relevancy |
|---|---|---|
| about 98% of the yeast cell wall extract | agents, perhaps in combination, prospects for a valid antitoxin pack could become reality." (Lyons p.25)<br><br>For the reasons stated immediately above in connection with claim 10, the proportions of yeast cell wall and clay specified in claim 11 are obvious as merely a matter of choice. | |
| [12] – formulated for feeding to an animal selected from the group consisting of avian, bovine, porcine, equine, ovine, and caprine species | "Mycotoxins in Feed" (Lyons p.23)<br><br>Reference to "Feed" is generally understood to be a reference to "animal feed". Within the category of "animals", the animal groups specified in claim 12 are the principal animals with which the feed industry was concerned at the time of the application filing. Therefore, formulating the claimed compositions for feeding to an animal in one of those groups was obvious. | Charmley et al. 1995, Text from p.50, third paragraph to p.51, line 7.<br><br>Feeding of mycotoxin binding products to animals including chickens, turkeys, pigs, and lambs is discussed in the cited text. Thus, the combination of Lyons 1995 and Charmley et al. 1995 render claim 12 obvious. |
| [13] – at least a portion of the composition is bound to a mycotoxin | Inherent property of each of the components in the composition, modified yeast cell wall extract and mineral clay.<br><br>Figures 23, 24a, and 24b (Lyons, pp.24-25)<br><br>The figures cited above show binding of the mycotoxins, aflatoxin and zearalenone by | Inherent property of each of the components in the composition, modified yeast cell wall extract and mineral clay.<br><br>Charmley et al., p.49, Table 2; p.50, last paragraph to p.51, first paragraph; p.51, Figure 1.<br><br>The portions of Charmley et al. cited above demonstrate the |

| Howes, '834 patent claim limitation | Corresponding teaching from Lyons, 1995 and Explanation of Relevancy | Corresponding teaching from Charmley, 1995 and Explanation of Relevancy |
|---|---|---|
| | yeast cell wall (mannan sugars). Therefore, if one of those mycotoxins is present in the animal feed with which a combination of yeast cell wall extract and clay is used, at least a portion of the yeast cell wall and therefore the combination composition will bind to a mycotoxin. | binding of mycotoxins to both yeast cell wall and mineral clay. Therefore, Charmley et al. reinforces the teaching of Lyons 1995 that if one of those mycotoxins is present in the animal feed with which a combination of yeast cell wall extract and clay is used, at least a portion of the yeast cell wall and therefore the combination composition will bind to a mycotoxin. |
| [14] – the mycotoxin is selected from the group consisting of Aflatoxin, Zearalenone, Vomitoxin, Fumonisins, T2 Toxin, and Ochratoxin | Inherent property of each of the components in the composition, yeast cell wall extract and mineral clay.<br><br>Figures 23, 24a, and 24b (Lyons, pp.24-25)<br><br>As indicated above for claim 13, both zearalenone and aflatoxin bind to the yeast cell wall. Therefore, at least the aflatoxin and zearalenone from the list in claim 14 will bind to the yeast cell wall, thereby satisfying claim 14. | Inherent property of each of the components in the composition, modified yeast cell wall extract and mineral clay.<br><br>Charmley et al., p.49, Table 2; p.50, last paragraph to p.51, first paragraph; p.51, Figure 1.<br><br>In the cited portions of Charmley et al., both yeast cell wall and clay are stated to bind aflatoxin and zearalenone, which are in the list specified in claim 14. Thus, Charmley et al. reinforces the teaching of Lyons 1995. |
| | | |
| [15a] – An animal feed | Title: Biotechnology in the Feed Industry: A look forward and backward<br><br>Reference in the title reflects the focus of the article on animal feeds. Thus, the combination compositions to | Mycotoxin-binding agents with reported efficacy in various diets (Charmley et al., p.49, Table 2; p.50, entire page)<br><br>The cited portions of Charmley et al. refer to inclusion of mycotoxin binding agents in the diets of |

| Howes, '834 patent claim limitation | Corresponding teaching from Lyons, 1995 and Explanation of Relevancy | Corresponding teaching from Charmley, 1995 and Explanation of Relevancy |
|---|---|---|
| | bind mycotoxins are intended for addition to animal feeds, resulting in an animal feed that contains the specified components and satisfies the "animal feed" limitation of claim 15. | various animals. Such inclusion in the animal diet means that the composition is part of the animal feed, as specified in claim 15. |
| [15b] – a modified yeast cell wall extract | Modified mannan sugars (Lyons, p.24, lines 3-5) <br><br> The reference to "modified mannan sugars" constitutes a statement that the mannan sugars in the yeast cell wall extract were modified, such that the yeast cell wall extract would constitute a "modified yeast cell wall extract" under the meaning of the term as argued by Alltech during the pending Alltech v. Cenzone litigation. | Yeast cell wall material (Bio-Mos) (Charmley et al., 1995, p.51, first paragraph, line 3) <br><br> The cited reference to yeast cell wall material (Bio-Mos) suggests to one of ordinary skill in the art that "modified" yeast cell wall material be used, because (in accordance with Alltech's proposed meaning of "modified" in the pending litigation) the use of yeast grown in fermentation (e.g., for production of beer and other ethanolic beverages, and for ethanol fuel) is the most common source of yeast at prices making the inclusion of yeast cell wall in animal feed economically reasonable. |
| [15c] – a mineral clay | Silicate (Lyons, p.23, Table 11) <br><br> As agreed by Alltech, the owner of the '834 patent in the pending Alltech v. Cenzone litigation (Exhibit 13), mineral clays are silicate-containing materials. Therefore, the silicate listed in Table 11 of Lyons satisfies the "mineral clay" limitation of the '834 | HSCAS (Charmley et al. 1995, p.49, Table 2; p.50, last paragraph, line 1 ff) <br><br> HSCAS is recognized as a mineral clay as specified in the claim. |

| Howes, '834 patent claim limitation | Corresponding teaching from Lyons, 1995 and Explanation of Relevancy | Corresponding teaching from Charmley, 1995 and Explanation of Relevancy |
|---|---|---|
| | patent. | |
| [15d] – an amount effective to bind and thereby inactivate a mycotoxin present in the animal feed | Mycotoxins in Feed (Lyons p.23)<br><br>The '834 patent fails to indicate any minimum amount necessary to make a mycotoxin binding agent effective to bind and inactivate a mycotoxin present in an animal feed. Thus, any amount of mycotoxin binder will be "effective" to "bind and inactivate" a mycotoxin, thereby satisfying this limitation of claim 15. | Text on Charmley et al. p.50, entire page.<br><br>The entire cited page 50 concerns reduction of mycotoxin contamination in animals by feeding mycotoxin binders to the animals. As indicated in that text, the amount of mycotoxin binder fed to the animals was sufficient to reduce the mycotoxin binding by binding to the mycotoxins, as specified in claim 15. |
| [16] – the effective amount of the composition comprises from between about 0.0125% to between about 4% by weight of the feed | Section on Mycotoxins in Feed: A Hidden Killer (Lyons p.23-25)<br><br>The amount of the composition specified in claim 16 is merely consistent with the amounts of yeast cell wall extract and clay that had previously been used separately in animal feeds. Therefore, a person of ordinary skill would expect to use similar amounts of the combination composition based on general knowledge in the field. | Saccharomyces cerevisiae (a yeast) at 0.1% of the diet was found to be (Charmley et al. 1995, p.50, last paragraph, lines 18-19)<br><br>HSCAS at 0.5% of the diet diminished significantly many of the adverse effects (Charmley et al., 1995, p.50, last paragraph, line 1)<br><br>In accordance with the discussion at left, the amounts of yeast and clay (HSCAS) indicated as effective in Charmley et al. directs a person of ordinary skill in the art to the feed inclusion rates specified in claim 16, thereby making the claim obvious. |
| | | |
| [17a] – A method for reducing mycotoxin contamination of an | Section on Mycotoxins in Feed: A Hidden Killer (Lyons p.23- | Text on Charmley et al. p.50, entire page. |

| Howes, '834 patent claim limitation | Corresponding teaching from Lyons, 1995 and Explanation of Relevancy | Corresponding teaching from Charmley, 1995 and Explanation of Relevancy |
|---|---|---|
| animal consuming a feedstuff | 25)<br><br>The entire thrust of the mycotoxin section in the Lyons article is directed to adsorbing mycotoxins in animal feed in order to reduce the absorption of the mycotoxin by the animal. This necessarily constitutes a method in accordance with the preamble of claim 17. | The entire cited page 50 concerns reduction of mycotoxin contamination in animals. Therefore, that text concerns a method as stated in claim 17. |
| [17b] – feeding to an animal | Section on Mycotoxins in Feed: A Hidden Killer (Lyons p.23-25)<br><br>As indicated above, the entire thrust of the mycotoxin section in the Lyons article is directed to adsorbing mycotoxins in animal feed in order to reduce the absorption of the mycotoxin by the animal, and thereby constitutes a method, an implicit step of which is "feeding to an animal". | Text on Charmley et al. p.50, entire page.<br><br>The entire cited page 50 concerns feeding of mycotoxin binding agents to animals as specified in claim 17. |
| [17c] – an effective amount of a composition … thereby binding and inactivating the mycotoxin in the animal feed | Mycotoxins in Feed (Lyons p.23)<br><br>The '834 patent fails to indicate any minimum amount necessary to make a mycotoxin binding composition effective to bind and inactivate a mycotoxin present in an animal feed. Thus, any amount of mycotoxin binder will be "effective" to "bind and inactivate" a mycotoxin, thereby satisfying | Text on Charmley et al. p.50, entire page.<br><br>The entire cited page 50 concerns reduction of mycotoxin contamination in animals by feeding mycotoxin binders to the animals. As indicated in that text, the amount of mycotoxin binder fed to the animals was sufficient to reduce the mycotoxin binding by binding to the mycotoxins, as specified in claim 17. |

| Howes, '834 patent claim limitation | Corresponding teaching from Lyons, 1995 and Explanation of Relevancy | Corresponding teaching from Charmley, 1995 and Explanation of Relevancy |
|---|---|---|
| | this limitation of claim 17. | |
| [17d] – a modified yeast cell wall extract | Modified mannan sugars (Lyons, p.24, lines 3-5)<br><br>The reference to "modified mannan sugars" constitutes a statement that the mannan sugars in the yeast cell wall extract were modified, such that the yeast cell wall extract would constitute a "modified yeast cell wall extract" under the meaning of the term as argued by Alltech during the pending Alltech v. Cenzone litigation. (See, Exhibits 12 & 13) | Yeast cell wall material (Bio-Mos) (Charmley et al., 1995, p.51, first paragraph, line 3)<br><br>The cited reference to yeast cell wall material (Bio-Mos) suggests to one of ordinary skill in the art that "modified" yeast cell wall material be used, because (in accordance with Alltech's proposed meaning of "modified" in the pending litigation) the use of yeast grown in fermentation (e.g., for production of beer and other ethanolic beverages, and for ethanol fuel) is the most common source of yeast at prices making the inclusion of yeast cell wall in animal feed economically reasonable. |
| [17e] – a mineral clay | Silicate (Lyons p.23, Table 11)<br><br>As agreed by Alltech, the owner of the '834 patent in the pending Alltech v. Cenzone litigation (Exhibit 13), mineral clays are silicate-containing materials. Therefore, the silicate listed in Table 11 of Lyons satisfies the "mineral clay" limitation of the '834 patent. | HSCAS (Charmley et al. 1995, p.49, Table 2; p.50, last paragraph, line 1 ff)<br><br>HSCAS is recognized as a mineral clay as specified in the claim. |
| [18] – the effective amount of the composition comprises from between about 0.0125% to between about 4% by weight of the | Section on Mycotoxins in Feed: A Hidden Killer (Lyons p.23-25)<br><br>The amount of the composition | Saccharomyces cerevisiae (a yeast) at 0.1% of the diet was found to be effective to be effective (Charmley et al. 1995, p.50, last |

| Howes, '834 patent claim limitation | Corresponding teaching from Lyons, 1995 and Explanation of Relevancy | Corresponding teaching from Charmley, 1995 and Explanation of Relevancy |
|---|---|---|
| animal's daily feed ration | specified in claim 18 is merely consistent with the amounts of yeast cell wall extract and clay that had previously been used separately in animal feeds. Therefore, a person of ordinary skill would expect to use similar amounts of the combination composition based on general knowledge in the field. | paragraph, lines 18-19)<br><br>HSCAS at 0.5% of the diet diminished significantly many of the adverse effects (Charmley et al., 1995, p.50, last paragraph, line 1)<br><br>In accordance with the discussion at left, the amounts of yeast and clay (HSCAS) indicated as effective in Charmley et al. directs a person of ordinary skill in the art to the feed inclusion rates specified in claim 18, thereby making the claim obvious. |
| [19] – the animal is selected from the group consisting of avian, bovine, porcine, equine, ovine, and caprine species | "Mycotoxins in Feed" (Lyons p.23)<br><br>References to "Feed" is generally understood to be a reference to "animal feed". Within the category of "animals", the animal groups specified in claim 19 are the principal animals with which the feed industry was concerned at the time of the application filing. Therefore, formulating the claimed compositions for feeding to an animal in one of those groups was obvious. | Charmley et al. 1995, Text from p.50, third paragraph to p.51, line 7.<br><br>Feeding of mycotoxin binding products to animals including chickens, turkeys, pigs, and lambs is discussed in the cited text. Thus, the combination of Lyons 1995 and Charmley et al. 1995 render claim 19 obvious. |
| [20] – the mycotoxin is selected from the group consisting of Aflatoxin, Zearalenone, Vomitoxin, Fumonisins, T2 Toxin, and Ochratoxin | Inherent property of the components of the specified composition.<br><br>Figure s 23, 24a, and 24b (Lyons, pp.24-25)<br><br>The figures cited above show | Inherent property of each of the components in the composition, modified yeast cell wall extract and mineral clay.<br><br>Charmley et al., p.49, Table 2; p.50, last paragraph to p.51, first |

| Howes, '834 patent claim limitation | Corresponding teaching from Lyons, 1995 and Explanation of Relevancy | Corresponding teaching from Charmley, 1995 and Explanation of Relevancy |
|---|---|---|
| | binding of the mycotoxins, aflatoxin and zearalenone, by yeast cell wall (mannan sugars). Therefore, if one of those mycotoxins is present in the animal feed with which a combination of yeast cell wall extract and clay is used, at least a portion of the yeast cell wall and therefore the combination composition will bind to a mycotoxin. In addition, it was generally understood that clays bound aflatoxin, so that the clay in a combination composition would also bind aflatoxin. | paragraph; p.51, Figure 1.<br><br>In the cited portions of Charmley et al., both yeast cell wall and clay are stated to bind aflatoxin and zearalenone, which are in the list specified in claim 20. Thus, Charmley et al. reinforces the teaching of Lyons 1995. |
| [21] – the composition is admixed with the animal feed prior to feeding | Section on Mycotoxins in Feed: A Hidden Killer (Lyons p.23-25)<br><br>For animal feeds, it is generally recognized that it is advantageous for both efficiency and for animal acceptance to include feed supplement admixed with the animal feed prior to feeding. Furthermore, this method of presentation was normally used for yeast cell wall and clay separately. Consequently, it was obvious to admix the composition with the animal feed prior to feeding as specified by claim 21. | HSCAS at 0.5% of the diet diminished significantly many of the adverse effects of aflatoxin B 1 or aflatoxin in chickens (Charmley et al. p.50, last paragraph, lines 1-2; see also p.49, Table 2 and the remainder of p.50)<br><br>The cited text involves addition of mycotoxin binders to animal diets, i.e., mixed in the animal feed as specified in claim 21. |

In addition to the disclosure contained in the Lyons article (Exhibit 2), the combination of Lyons with Charmley et al. (Exhibit 3) even more clearly makes all of the '834 patent claims obvious. (Note that both Lyons and Charmley et al. may be considered as parts of a single publication because they are sections within a single Alltech symposium proceedings book. If considered to be parts of a single publication, Lyons and Charmley et al. motivation to combine references would be inapplicable, and the disclosures of both sections would be applicable for anticipation.) Nonetheless, one of ordinary skill in the art would have been motivated to combine these references because both address mycotoxin binding by adsorbents in animal feed, so that a person interested in mycotoxin adsorbents would utilize both disclosures. In addition, both articles were presented as part of a single integrated symposium, so that they were actually thematically linked by Alltech, the entity that put on the symposium.

Charmley et al. expressly presents substantially more information than Lyons on mycotoxins and mycotoxin binding merely because the entire article is dedicated to this topic. Thus, Charmley et al. provides information on a number of important mycotoxins as well as on possible methods of control different from the use of mycotoxin adsorbents. Also, in discussing mycotoxin adsorbents, Charmley provides some identification of certain types of clays (that is, silicates) as well as acknowledging that yeast and yeast cell wall extract have similar binding characteristics for the mycotoxin, zearalenone (see, Charmley et al., Exhibit 3, Figure 1, p.51). The combination of Lyons with Charmley et al. is relevant to the obviousness of all of the claims of the '834 patent, but also provides particular disclosure that renders obvious certain claims. The discussion below focuses on those claims.

In connection with claims 2 and 3, claim 2 specifies that the yeast cell wall is extracted from a yeast selected from the group consisting of Saccharomyces, Candida, Kluyveromyces, Torulaspora or a combination thereof, and claim 3 specifies that the yeast cell wall is extracted from a Saccharomyces cerevisiae yeast. Charmley et al. makes reference to Saccharomyces cerevisiae (Charmley et al., p.50), Yea-Sacc (Charmley et al., p.51), and Bio-Mos (Charmley et al., p.51). The reference to Saccharomyces cerevisiae in Charmley et al. is an express reference

-33-

to a Saccharomyces species, and a person of ordinary skill would also have recognized that Yea-Sacc also refers to Saccharomyces cerevisiae, based on Alltech's own promotional literature. Further, one of ordinary skill would have recognized that Bio-Mos (an Alltech yeast cell wall extract product) is a reference to cell wall from Saccharomyces cerevisiae, again based on Alltech's own promotional literature. Therefore, Charmley et al. makes obvious the use of yeast cell wall from a Saccharomyces yeast.

Claim 8 specifies that the mineral clay is selected from the group consisting of a zeolite, a bentonite, an aluminosilicate or mixtures thereof, and claim 9 specifies that the mineral clay is an aluminosilicate clay. Charmley et al. expressly refers to such clays as mycotoxin adsorbents, specifically referring to canola oil bleaching clays (Charmley et al. p.49), sodium bentonites (Charmley et al. p.49), synthetic zeolite (Charmley et al. p.49), and HSCAS (Charmley et al. p.49-50). Each of the clays mentioned in the Charmley et al. article and cited in this table are commonly recognized as aluminosilicates. Furthermore, by their names, sodium bentonite is clearly a bentonite, and a synthetic zeolite is clearly a zeolite. Thus, the limitation of claim 8 is satisfied. Likewise, in connection with claim 9, at least the sodium bentonites, HSCAS (hydrated sodium calcium aluminosilicate), and synthetic zeolite are recognized as aluminosilicate clays. Therefore, these materials satisfy the "aluminosilicate clay" limitation of claim 9 of the '834 patent.

# IV. Second Substantial New Question of Patentability

As indicated above, a substantial new question of patentability is raised as to claims 1-21 in that the claims are anticipated under 35 USC § 102 by Trenholm et al., 1996, "Mycotoxin Binding Agents: An Update on What We Know", in Biotechnology in the Feed Industry: Proceedings of Alltech's Twelfth Annual Symposium, eds. T.P. Lyons and K. A. Jacques, pp. 327-349 (attached as Exhibit 4) and/or are obvious under 35 USC § 103 over Trenholm et al., 1996, alone or in combination with Charmley et al., 1995, "Mycotoxins: Their Origin, Impact

and Importance: Insights Into Common Methods of Control and Elimination", in Biotechnology in the Feed Industry: Proceedings of Alltech's Eleventh Annual Symposium, eds. T.P. Lyons and K. A. Jacques, pp. 41-63 (Exhibit 3).

Both Trenholm et al. (Exhibit 4) and Charmley et al. (Exhibit 3) were published for Alltech. Trenholm et al. was published in Alltech's 1996 symposium proceedings book, and Charmley et al. was published in the 1995 Alltech symposium proceedings books. These two articles have the same set of three authors; the names are just in a different order. Both of these articles corresponded to presentations make during the respective symposia in April 1996 and April 1997. Once again, neither of these articles was disclosed to the Examiner during prosecution of the '834 patent even though the symposia proceedings books were published on behalf of Alltech (as the owner of the patent and the company that put on the symposium), and the named inventors (as employees of Alltech and participants in the symposium) were certainly aware of these publications.

Similar to the Lyons, 1995 article discussed above (Exhibit 2), and as shown in the table below, the Trenholm et al. article is particularly noteworthy because it once again expressly directs one to the use of a combination of mycotoxin binding agents selected from among the small group of mycotoxin binding agents. Trenholm et al. specifically states that "Using one adsorbent to bind all toxins is not possible. Several factors should be considered when formulating a mixture of binding agents to be used as a feed additive." (Trenholm et al., Exhibit 4, p.337, emphasis added) Both Trenholm et al. and Charmley et al. appear to list the same set of binding agents (See, e.g., Trenholm et al., Exhibit 4, Table 1, p.335). Those consist of alfalfa, clays (canola-oil bleaching clays, sodium bentonites, synthetic zeolite, and HSCAS), activated charcoal, cholestyramine, and yeast cell wall (yeast culture and yeast cell wall extract). Of these, it was recognized that cholestyramine was impractical for widespread use due to cost (see, Charmley, Exhibit 3, p.51)), and charcoal was of limited effectiveness. As a result, the most reasonable combination of mycotoxin binding agents was yeast cell wall and clay (i.e., silicate-containing materials suitable for inclusion in animal feeds).

Consequently, Trenholm et al. directly and unequivocally suggests the combination of components that was the subject of Alltech's provisional application nearly two years later and the subsequent non-provisional filing that resulted in the issuance of the '834 patent, thereby anticipating numerous of the claims and rendering obvious others. Had Alltech disclosed Trenholm et al. (Exhibit 4) (and/or the Lyons article (Exhibit 2)) to the Examiner, the '834 patent simply could not have issued.

Charmley et al. (Exhibit 3), bolsters this conclusion and makes additional claims in the '834 patent obvious. In addition to the overview provided in this article concerning mycotoxins and certain of their properties, mycotoxin contamination of animal feed, and discussion of ways to control and eliminate mycotoxin contamination, the article specifically discusses the use of mycotoxin binding agents in animal feed. The mycotoxin binding agents discussed are alfalfa, clays (canola-oil bleaching clays, sodium bentonites, synthetic zeolite, and HSCAS), activated charcoal, cholestyramine, and yeast cell wall (yeast culture and yeast cell wall extract). (Charmley, p.49, Table 2) As mentioned above, Charmley states that the high cost of cholestyramine makes it commercial use prohibitively expensive. (Charmley, p.51) As shown in Fig. 1 (Charmley, p.51), both yeast culture and yeast cell wall extract bound the mycotoxin, zearalenone, with the binding by the cell wall extract being only slightly higher than the binding by the yeast culture.

The relevance of Trenholm et al., 1996 (Exhibit 4) and Charmley et al., 1995 is set out in the table below. A person of ordinary skill in the art would have been motivated to combine Trenholm and Charmley in view of the highly similar subject matter, with both articles addressing methods of alleviating problems associated with the presence of mycotoxin contamination in animal feeds. Therefore, a person interested in addressing this problem would have been highly motivated due to the common subject matter, especially in view of the fact that both articles are by the same set of three authors, and therefore together provide a single expanded expression of the subject matter by those authors. Application of the combination of

Trenholm et al. and Charmley et al. to certain of the claims of the '834 patent is provided following the table below.

Specifically, Requestor submits that as set forth in the following table, claims 1-9, and 12-21 should be rejected as anticipated under 35 USC §102 over Trenholm et al., 1996.

Requestor further submits that as set forth in the following table, claims 1-21 should be rejected as obvious under 35 USC §103 over the combination of Trenholm et al., 1996 and Charmley et al, 1995.

| Howes, '834 patent claim limitation | Corresponding teaching from Trenholm et al., 1996 and Explanation of Relevancy | Corresponding teaching from Charmley et al., 1995 and Explanation of Relevancy |
|---|---|---|
| [1a] – A composition for binding and thereby inactivating a mycotoxin in an animal feed | A mixture of binding agents to be used as a feed additive. (Trenholm, p.337)<br><br>The preamble following the term "composition" is merely a statement of intended purpose and is not a limitation. Alltech, Inc. the patent owner does not argue that it is a limitation in the litigation Alltech, Inc. v. Cenzone Tech. The animal feed additive of Trenholm et al. is a composition as specified in the '834 patent. | Addition of potential mycotoxin binding agents to the diet to reduce absorption in the gastrointestinal tract (Charmley et al., p.49, first full paragraph, lines 5-7)<br><br>Charmley et al. teaches adding "compositions", i.e., mycotoxin binding agents to animal diets. |
| [1b] – a modified yeast cell wall extract | Bio-Mos (Trenholm, pp.336-337)<br><br>Trenholm et al. refers to the Alltech product Bio-Mos as a yeast cell wall product. Because spent yeast is the only commercially practicable source for yeast cell wall, the Bio-Mos product would be expected to be spent yeast (i.e., brewers | Yeast cell wall material (Bio-Mos) (Charmley et al., 1995, p.51, first paragraph, line 3)<br><br>The cited reference to yeast cell wall material (Bio-Mos) suggests to one of ordinary skill in the art that "modified" yeast cell wall material be used, because (in accordance with Alltech's proposed meaning of "modified" |

| Howes, '834 patent claim limitation | Corresponding teaching from Trenholm et al., 1996 and Explanation of Relevancy | Corresponding teaching from Charmley et al., 1995 and Explanation of Relevancy |
|---|---|---|
| | yeast). (See also, Lyons, p.24, Exhibit 3, and its reference to "modified mannan sugars) | in the pending litigation) the use of yeast grown in fermentation (e.g., for production of beer and other ethanolic beverages, and for ethanol fuel) is the most common source of yeast at prices making the inclusion of yeast cell wall in animal feed economically reasonable. |
| [1c] – a mineral clay | HSCAS, canola oil-bleaching clays, sodium bentonites, synthetic zeolite (Trenholm, Table 1 and surrounding text, pp.335-336)<br><br>All of the clays mentioned in Trenholm are mineral clays, thus satisfying the "mineral clay" limitation of claim 1. | HSCAS (Charmley et al. 1995, p.49, Table 2; p.50, last paragraph, line 1 ff)<br><br>HSCAS is recognized as a mineral clay as specified in the claim. |
| [2] – the yeast cell wall is extracted from a yeast selected from the group consisting of Saccharomyces, Candida, Kluyveromyces, Torulaspora or a combination thereof | Bio-Mos, Yea-Sacc, Saccharomyces cerevisiae (Trenholm, pp.336-337)<br><br>As indicated in the text cited above, Trenholm mentions Alltech's products Bio-Moss and Yea-Sacc, and also states that Saccharomyces cerevisiae was effective to alleviate mycotoxicosis. Figure 1 also indicates that both Bio-Mos and Yea-Sacc bound the mycotoxin, zearalenone, at similar levels in vitro. A person of ordinary skill understood that Yea-Sacc was a Saccharomyces cerevisiae product, and that Bio-Mos was a yeast cell wall product from Saccharomyces cerevisiae. | Saccharomyces cerevisiae (Charmley et al., p.50, last paragraph, line 18), Yea-Sacc (Charmley et al., p.51, first paragraph, line 3 and Figure 1); Bio-Mos (Charmley et al., p.51, first paragraph, line 3 and Figure 1<br><br>Reference to Bio-Mos in Charmley et al. is a reference to a yeast cell wall extract obtained from Saccharomyces cerevisiae based on promotional literature from Alltech, the producer of Bio-Mos. In addition, the similar mycotoxin binding shown in Figure 1 of Charmley et al. for Yea-Sacc and Bio-Mos and the reference cited above to |

| Howes, '834 patent claim limitation | Corresponding teaching from Trenholm et al., 1996 and Explanation of Relevancy | Corresponding teaching from Charmley et al., 1995 and Explanation of Relevancy |
|---|---|---|
| | Thus, Trenholm provides multiple references to binding of mycotoxin to Saccharomyces cerevisiae cell wall and indicates a combination of mycotoxin adsorbents should be used to formulate a mycotoxin binding agent to be used as a feed additive. | Saccharomyces cerevisiae emphasize the use of cell wall from that yeast. This teaching, in combination with Lyons 1995 makes claim 2 obvious. |
| [3] – the yeast cell wall is extracted from a Saccharomyces cerevisiae yeast | Bio-Mos, Yea-Sacc, Saccharomyces cerevisiae (Trenholm, pp.336-337)<br><br>The references in Trenholm to Bio-Mos, Yea-Sacc, and Saccharomyces cerevisiae constitute indications that the yeast cell wall is extracted from a Saccharomyces cerevisiae yeast for the reasons discussed immediately above. | Saccharomyces cerevisiae (Charmley et al., p.50, last paragraph, line 18), Yea-Sacc (Charmley et al., p.51, first paragraph, line 3 and Figure 1); Bio-Mos (Charmley et al., p.51, first paragraph , line 3 and Figure 1<br><br>Claim 3 is made obvious by the combination of Lyons 1995 and Charmley et al. 1995 for the reasons discussed above for claim 2. |
| [4] – the yeast cell wall is modified prior to extraction | Bio-Mos (Trenholm, pp.336-337)<br><br>It was recognized at the time the provisional application of which the '834 patent claims the benefit, that due to cost factors, the only commercially reasonable source for yeast cell wall to be used in a feed additive was spent yeast from fermentations to produce fuel ethanol or ethanol-containing beverages. Therefore, in accordance with the definition of "modified" that Alltech has | Yeast cell wall products (Charmley et al., p.50, line 2)<br><br>Yeast cell wall material (Charmley et al., p.51, line 3)<br><br>The references to yeast cell wall material indicate the use of yeast cell wall as mycotoxin binding agent. One of ordinary skill in the art recognizes that in most cases, yeast from fermentation (e.g., from ethanolic beverage or fuel ethanol production) is used for producing yeast cell wall products. Therefore, one of |

| Howes, '834 patent claim limitation | Corresponding teaching from Trenholm et al., 1996 and Explanation of Relevancy | Corresponding teaching from Charmley et al., 1995 and Explanation of Relevancy |
|---|---|---|
| | presented in the pending Alltech v. Cenzone litigation, the yeast cell wall would be modified during the fermentation and therefore would be "modified prior to extraction." | ordinary skill in the art would understand that the "modification" occurs prior to extraction. |
| [5] – the yeast cell wall is modified by an alcohol shocking of the yeast, thereby increasing the mycotoxin-binding capacity of the yeast cell wall | Bio-Mos (Trenholm, pp.336-337)<br><br>In accordance with the discussion above concerning modification of yeast cell wall prior to extraction, the only commercially reasonable source for yeast cell wall for animal feed is spent yeast from fermentations used for ethanol production (e.g., brewing operations and fuel alcohol production). Therefore, according to the interpretation of the term "alcohol shocking" argued by Alltech in the pending Alltech v. Cenzone litigation (see, Exhibits 12 & 13), the exposure to ethanol during fermentation would constitute "alcohol shocking", thus suggesting the limitation of claim 5. | Yeast cell wall products (Charmley et al., p.50, line 2)<br><br>Yeast cell wall material (Charmley et al., p.51, line 3)<br><br>The references to yeast cell wall material indicate the use of yeast cell wall as mycotoxin binding agent. One of ordinary skill in the art recognizes that in most cases, yeast from fermentation (e.g., from ethanolic beverage or fuel ethanol production) is used for producing yeast cell wall products. Therefore, one of ordinary skill in the art would understand that the yeast would be exposed to alcohol. In accordance with Alltech's proposed definition of "alcohol shocking" in the pending litigation, such exposure to alcohol would constitute alcohol shocking. |
| [6] – the yeast cell wall is modified by exposing the yeast to a growth environment comprising from between about 5% and about 20% alcohol | Bio-Mos (Trenholm, pp.336-337)<br><br>During fermentations to produce fuel ethanol or ethanol-containing beverages, it is generally recognized that the final ethanol concentration will | Yeast cell wall products (Charmley et al., p.50, line 2)<br><br>Yeast cell wall material (Charmley et al., p.51, line 3)<br><br>In accordance with the discussion above concerning |

| Howes, '834 patent claim limitation | Corresponding teaching from Trenholm et al., 1996 and Explanation of Relevancy | Corresponding teaching from Charmley et al., 1995 and Explanation of Relevancy |
|---|---|---|
| | be in the range of 5-20% specified in claim 6. | claims 4 and 5, one of ordinary skill in the art recognizes that the yeast would be exposed to a final alcohol concentration of about 10-15%. |
| [7] - the yeast cell wall is modified by exposing the yeast to a growth environment comprising from between about 10% and about 12% alcohol | Bio-Mos (Trenholm, pp.336-337)

During fermentations to product ethanol-containing beverages, it is generally recognized that for some beverages, the final ethanol concentration will commonly be in the range of 10-12% specified in claim 7. | Yeast cell wall products (Charmley et al., p.50, line 2)

Yeast cell wall material (Charmley et al., p.51, line 3)

In accordance with the discussion above concerning claims 4 and 5, one of ordinary skill in the art recognizes that the yeast would be exposed to a final alcohol concentration of about 10-15%. |
| [8] – the mineral clay is selected from the group consisting of a zeolite, a bentonite, an aluminosilicate or mixtures thereof | HSCAS, canola oil-bleaching clays, sodium bentonites, synthetic zeolite (Trenholm, Table 1 and surrounding text, pp.335-336)

Of the clays specifically noted in Trenholm, sodium bentonites clearly satisfies the "bentonite" selection in claim 8, synthetic zeolite satisfies the "zeolite" selection, and HSCAS (hydrated sodium calcium aluminosilicate) satisfies the aluminosilicate selection (note that others of the clays are also aluminosilicates, but HSCAS includes the term in the name). Therefore, Trenholm provides direction indication of the types of clays listed in claim 8 as | canola oil bleaching clays (Charmley et al. p.49, Table 2), sodium bentonites (Charmley et al. p.49, Table 2), synthetic zeolite (Charmley et al. p.49, Table 2), and HSCAS (Charmley et al. p.49, Table 2 and p.50, 3rd paragraph, lines 1-7)

The references to the clays in pp.49 & 50 of Charmley et al. satisfy the specification of zeolite, bentonite and aluminosilicate in claim 8. Therefore, the combination of Lyons 1995 and Charmley et al. 1995 renders claim 8 obvious. |

| Howes, '834 patent claim limitation | Corresponding teaching from Trenholm et al., 1996 and Explanation of Relevancy | Corresponding teaching from Charmley et al., 1995 and Explanation of Relevancy |
|---|---|---|
| | mycotoxin binders. | |
| [9] – the mineral clay is an aluminosilicate clay | HSCAS, sodium bentonites (Trenholm pp.335-336)<br><br>Of the clays mentioned in Trenholm, at least HSCAS (hydrated sodium calcium aluminosilicate) and sodium bentonites are generally recognized as aluminosilicate clays, and therefore satisfy the "aluminosilicate clay" limitation of claim 9. | sodium bentonites (Charmley et al. p.49, Table 2), synthetic zeolite (Charmley et al. p.49, Table 2), and HSCAS (Charmley et al. p.49, Table 2 and p.50, 3rd paragraph, lines 1-7)<br><br>At least the sodium bentonites and HSCAS (hydrated sodium calcium aluminosilicate) are generally recognized as aluminosilicate clays and therefore satisfy the limitation of claim 9. Therefore, the combination of Lyons 1995 and Charmley et al. 1995 renders claim 8 obvious. |
| [10] – the composition comprises from between about 1% to about 10% of the mineral clay and from between about 90% to about 99% of the yeast cell wall extract | The indications of yeast cell wall (Bio-Mos) and various clays as mycotoxin binding agents (Trenholm pp.335-337)<br><br>Formulating a mixture of binding agents to be used as a feed additive (Trenholm p.337)<br><br>The references to clays and yeast cell wall and the express indication to combine mycotoxin adsorbents to form a feed additive for inclusion in animal feed, combined with the knowledge at that time concerning characteristics of the different binding agents and the respective costs directed one of ordinary skill to the combination of yeast cell and | |

| Howes, '834 patent claim limitation | Corresponding teaching from Trenholm et al., 1996 and Explanation of Relevancy | Corresponding teaching from Charmley et al., 1995 and Explanation of Relevancy |
|---|---|---|
| | clay. It was also reported at that time that clays depleted certain vitamins and minerals. This suggests that in formulating a combination mycotoxin binding composition, a low level of clay should be used to minimize vitamin and mineral depletion while still obtaining the benefits of the combination. The exact proportions are simply a matter of preference, so that the proportions stated in claim 10 are obvious. | |
| [11] - the composition comprises from between about 2% to about 4% of the mineral clay and from between about 96% to about 98% of the yeast cell wall extract | The indications of yeast cell wall (Bio-Mos) and various clays as mycotoxin binding agents (Trenholm pp.335-337)<br><br>Formulating a mixture of binding agents to be used as a feed additive (Trenholm p.337)<br><br>The proportions of yeast cell wall and mineral clay specified in claim 11 are obvious for the same reasons as stated above for claim 10. | |
| [12] – formulated for feeding to an animal selected from the group consisting of avian, bovine, porcine, equine, ovine, and caprine species | References to testing of clay and yeast-based mycotoxin binding agents in chickens, lambs, rats, and pigs. (Trenholm pp.335-336)<br><br>The references to particular types of animals noted in the cited text satisfies the specification of the groups, avian, ovine, and porcine | Charmley et al. 1995, Text from p.50, third paragraph to p.51, line 7.<br><br>Feeding of mycotoxin binding products to animals including chickens, turkeys, pigs, and lambs is discussed in the cited text. Thus, the combination of Lyons 1995 and Charmley et al. |

| Howes, '834 patent claim limitation | Corresponding teaching from Trenholm et al., 1996 and Explanation of Relevancy | Corresponding teaching from Charmley et al., 1995 and Explanation of Relevancy |
|---|---|---|
| | selections of claim 12. | 1995 render claim 12 obvious. |
| [13] – at least a portion of the composition is bound to a mycotoxin | Inherent<br><br>"HSCAS diminished ... many of the adverse effects of aflatoxin in chickens" (Trenholm p.335)<br><br>"Bentonite and spent canola oil bleaching clays overcame the adverse effects of a diet containing a relatively high concentration of T-2 toxin rats" (Trenholm p.335)<br><br>Bio-Mos binding to zearalenone (Trenholm p.337, Figure 1)<br><br>Both yeast cell wall and clays are discussed as mycotoxin binding agents in Trenholm, and examples of in vitro binding and reduction of the effects of mycotoxicosis due to particular mycotoxins are presented (see, e.g., citations above). As a result, as least a portion of the formulation containing the combination of yeast cell wall and clay will inherently be bound with mycotoxin when mycotoxin is present in a feed that also contains the mycotoxin binding formulation and the feed is fed to animals. | Inherent property of each of the components in the composition, modified yeast cell wall extract and mineral clay.<br><br>Charmley et al., p.49, Table 2; p.50, last paragraph to p.51, first paragraph; p.51, Figure 1.<br><br>The portions of Charmley et al. cited above demonstrate the binding of mycotoxins to both yeast cell wall and mineral clay. Therefore, Charmley et al. reinforces the teaching of Lyons 1995 that if one of those mycotoxins is present in the animal feed with which a combination of yeast cell wall extract and clay is used, at least a portion of the yeast cell wall and therefore the combination composition will bind to a mycotoxin. |
| [14] – the mycotoxin is selected from the group consisting of Aflatoxin, | Inherent<br><br>"HSCAS diminished ... many of the adverse effects of | Inherent property of each of the components in the composition, modified yeast cell wall extract |

| Howes, '834 patent claim limitation | Corresponding teaching from Trenholm et al., 1996 and Explanation of Relevancy | Corresponding teaching from Charmley et al., 1995 and Explanation of Relevancy |
|---|---|---|
| Zearalenone, Vomitoxin, Fumonisins, T2 Toxin, and Ochratoxin | aflatoxin in chickens" (Trenholm p.335)<br><br>"Bentonite and spent canola oil bleaching clays overcame the adverse effects of a diet containing a relatively high concentration of T-2 toxin rats" (Trenholm p.335)<br><br>Bio-Mos binding to zearalenone (Trenholm p.337, Figure 1)<br><br>As shown by the citations above, Trenholm specifically identifies binding of yeast cell wall and clay respectively to particular mycotoxins listed in claim 14, and those same mycotoxins would therefore also bind to the yeast cell wall and clay in the combination composition. Indeed, Trenholm specifically indicates that "using one adsorbent to bind all toxins in not possible (p.337), and continues to specifically indicate a mixture of binding agents should be used. Thus, the combination composition would inherently bind aflatoxin, T-2 toxin, and zearalenone selections from the list in claim 14. | and mineral clay.<br><br>Charmley et al., p.49, Table 2; p.50, last paragraph to p.51, first paragraph; p.51, Figure 1.<br><br>In the cited portions of Charmley et al., both yeast cell wall and clay are stated to bind aflatoxin and zearalenone, which are in the list specified in claim 14. Thus, Charmley et al. reinforces the teaching of Lyons 1995. |
| [15a] – An animal feed | "Formulating a mixture of binding agents to be used as a feed additive" (Trenholm p.337) | Mycotoxin-binding agents with reported efficacy in various diets (Charmley et al., p.49, Table 2; |

| Howes, '834 patent claim limitation | Corresponding teaching from Trenholm et al., 1996 and Explanation of Relevancy | Corresponding teaching from Charmley et al., 1995 and Explanation of Relevancy |
|---|---|---|
| | "Sequestering agents can be added to feed to reduce mycotoxin absorption into the bloodstream" (Trenholm p.337)<br><br>As indicated in Trenholm, for example, in the citations above, the combination of mycotoxin binding agents is intended as a feed additive. Further, Trenholm specifically states that sequestering agents can be added to feed. Addition of the combination feed additive to the animal feed necessarily results in an "animal feed" that contains the yeast cell wall and clay as specified by claim 15. | p.50, entire page)<br><br>The cited portions of Charmley et al. refer to inclusion of mycotoxin binding agents in the diets of various animals. Such inclusion in the animal diet means that the composition is part of the animal feed, as specified in claim 15. |
| [15b] – a modified yeast cell wall extract | Bio-Mos (Trenholm, pp.336-337)<br><br>Trenholm et al. refers to the Alltech product Bio-Mos as a yeast cell wall product. Because spent yeast is the only commercially practicable source for yeast cell wall, the Bio-Mos product would be expected to be spent yeast (i.e., brewers yeast). (See also, Lyons, p.24, Exhibit 3, and its reference to "modified mannan sugars) | Yeast cell wall material (Bio-Mos) (Charmley et al., 1995, p.51, first paragraph, line 3)<br><br>The cited reference to yeast cell wall material (Bio-Mos) suggests to one of ordinary skill in the art that "modified" yeast cell wall material be used, because (in accordance with Alltech's proposed meaning of "modified" in the pending litigation) the use of yeast grown in fermentation (e.g., for production of beer and other ethanolic beverages, and for ethanol fuel) is the most common source of yeast at prices making the inclusion of yeast cell wall in animal feed economically reasonable. |

| Howes, '834 patent claim limitation | Corresponding teaching from Trenholm et al., 1996 and Explanation of Relevancy | Corresponding teaching from Charmley et al., 1995 and Explanation of Relevancy |
|---|---|---|
| [15c] – a mineral clay | HSCAS, canola oil-bleaching clays, sodium bentonites, synthetic zeolite (Trenholm, Table 1 and surrounding text, pp.335-336)<br><br>All of the clays mentioned in Trenholm are mineral clays, thus satisfying the "mineral clay" limitation of claim 15. | HSCAS (Charmley et al. 1995, p.49, Table 2; p.50, last paragraph, line 1 ff)<br><br>HSCAS is recognized as a mineral clay as specified in the claim. |
| [15d] – an amount effective to bind and thereby inactivate a mycotoxin present in the animal feed | Inherent<br><br>Sequestering agents can be added to feed to reduce mycotoxin absorption into the bloodstream and accumulation in target organs in the body, and prevent transmission into animal food products. (Trenholm p.337)<br><br>The '834 patent fails to indicate any minimum amount necessary to make a mycotoxin binding agent effective to bind and inactivate a mycotoxin present in an animal feed. Thus, any amount of mycotoxin binder will be "effective" to "bind and inactivate" a mycotoxin. This is consistent with the citation above which refers to merely reducing mycotoxin absorption. Therefore, the "effective amount" specified in claim 15 is satisfied. | Text on Charmley et al. p.50, entire page.<br><br>The entire cited page 50 concerns reduction of mycotoxin contamination in animals by feeding mycotoxin binders to the animals. As indicated in that text, the amount of mycotoxin binder fed to the animals was sufficient to reduce the mycotoxin binding by binding to the mycotoxins, as specified in claim 15. |
| [16] – the effective amount of the composition comprises | "Saccharomyces cervisiae [sic] (a yeast) at 0.1% of the diet was found to be effective …". | Saccharomyces cerevisiae (a yeast) at 0.1% of the diet was found to be (Charmley et al. |

| Howes, '834 patent claim limitation | Corresponding teaching from Trenholm et al., 1996 and Explanation of Relevancy | Corresponding teaching from Charmley et al., 1995 and Explanation of Relevancy |
|---|---|---|
| from between about 0.0125% to between about 4% by weight of the feed | (Trenholm et al., p.336)<br><br>Data on zearalenone binding by Yea-Sacc (Saccharomyces cerevisiae) and Bio-Mos (Saccharomyces cerevisiae cell wall extract) Trenholm p.337, Figure 1)<br><br>HSCAS at 0.5% of the diet (Trenholm p.335)<br><br>HSCAS (1%) (Trenholm p.335)<br><br>"Dietary HSCAS (0.5%) reduced aflatoxin M1 concentration in milk of cows." (Trenholm et al., p.337)<br><br>Trenholm et al., refers to effective use of yeast at 0.1% and shows that yeast and yeast cell wall have similar effectiveness in binding zearalenone. Also, Trenholm et al. indicates that HSCAS (a clay) was effective at 0.5%. This indicates that a combination of yeast cell wall would be effective within the range of amounts specified in claim 16, i.e., 0.0125% to 4%. | 1995, p.50, last paragraph, lines 18-19)<br><br>HSCAS at 0.5% of the diet diminished significantly many of the adverse effects (Charmley et al., 1995, p.50, last paragraph, line 1)<br><br>In accordance with the discussion at left, the amounts of yeast and clay (HSCAS) indicated as effective in Charmley et al. directs a person of ordinary skill in the art to the feed inclusion rates specified in claim 16, thereby making the claim obvious. |
| | | |
| [17a] – A method for reducing mycotoxin contamination of an animal consuming a feedstuff | Sequestering agents can be added to feed to reduce mycotoxin absorption into the bloodstream and accumulation in target organs in the body, and prevent transmission into animal food products. | Text on Charmley et al. p.50, entire page.<br><br>The entire cited page 50 concerns reduction of mycotoxin contamination in animals. Therefore, that text concerns a |

| Howes, '834 patent claim limitation | Corresponding teaching from Trenholm et al., 1996 and Explanation of Relevancy | Corresponding teaching from Charmley et al., 1995 and Explanation of Relevancy |
|---|---|---|
| | (Trenholm p.337)<br><br>The addition of sequestering agents to animal feed is inherently a process or method. Thus, the citation above (also supported by the entire description of Trenholm) satisfies the "method" specified in claim 17. | method as stated in claim 17. |
| [17b] – feeding to an animal | "Sequestering agents can be added to feed to reduce mycotoxin absorption into the bloodstream and accumulation in target organs in the body, and prevent transmission into animal food products." (Trenholm p.337)<br><br>Entire description of Trenholm pp.334-337.<br><br>As indicated in the quotation above referring to sequestering agents, the sequestering agents (mycotoxin binding agents) are added to the animal feed, which is then fed to the animals. The remainder of the description on pp.334-337 emphasize that feeding the mycotoxin binding agents to animals is the purpose of using the binding agents, and was actually carried out. Thus, the "feeding to an animal" limitation of claim 17 is satisfied. | Text on Charmley et al. p.50, entire page.<br><br>The entire cited page 50 concerns feeding of mycotoxin binding agents to animals as specified in claim 17. |
| [17c] – an effective amount of a composition | Inherent | Text on Charmley et al. p.50, |

| Howes, '834 patent claim limitation | Corresponding teaching from Trenholm et al., 1996 and Explanation of Relevancy | Corresponding teaching from Charmley et al., 1995 and Explanation of Relevancy |
|---|---|---|
| … thereby binding and inactivating the mycotoxin in the animal feed | Sequestering agents can be added to feed to reduce mycotoxin absorption into the bloodstream and accumulation in target organs in the body, and prevent transmission into animal food products. (Trenholm p.337)<br><br>The '834 patent fails to indicate any minimum amount necessary to make a mycotoxin binding agent effective to bind and inactivate a mycotoxin present in an animal feed. Thus, any amount of mycotoxin binder will be "effective" to "bind and inactivate" a mycotoxin. This is consistent with the citation above which refers to merely reducing mycotoxin absorption. Therefore, the "effective amount" specified in claim 17 is satisfied. | entire page.<br><br>The entire cited page 50 concerns reduction of mycotoxin contamination in animals by feeding mycotoxin binders to the animals.  As indicated in that text, the amount of mycotoxin binder fed to the animals was sufficient to reduce the mycotoxin binding by binding to the mycotoxins, as specified in claim 17. |
| [17d] – a modified yeast cell wall extract | Bio-Mos (Trenholm, pp.336-337)<br><br>Trenholm et al. refers to the Alltech product Bio-Mos as a yeast cell wall product. Because spent yeast is the only commercially practicable source for yeast cell wall, the Bio-Mos product would be expected to be spent yeast (i.e., brewers yeast).  (See also, Lyons, p.24, Exhibit 3, and its reference to "modified mannan sugars) | Yeast cell wall material (Bio-Mos) (Charmley et al., 1995, p.51, first paragraph, line 3)<br><br>The cited reference to yeast cell wall material (Bio-Mos) suggests to one of ordinary skill in the art that "modified" yeast cell wall material be used, because (in accordance with Alltech's proposed meaning of "modified" in the pending litigation) the use of yeast grown in fermentation (e.g., for production of beer and other ethanolic beverages, and |

| Howes, '834 patent claim limitation | Corresponding teaching from Trenholm et al., 1996 and Explanation of Relevancy | Corresponding teaching from Charmley et al., 1995 and Explanation of Relevancy |
|---|---|---|
| | | for ethanol fuel) is the most common source of yeast at prices making the inclusion of yeast cell wall in animal feed economically reasonable. |
| [17c] – a mineral clay | HSCAS, canola oil-bleaching clays, sodium bentonites, synthetic zeolite (Trenholm, Table 1 and surrounding text, pp.335-336)<br><br>All of the clays mentioned in Trenholm are mineral clays, thus satisfying the "mineral clay" limitation of claim 17. | HSCAS (Charmley et al. 1995, p.49, Table 2;  p.50, last paragraph, line 1 ff)<br><br>HSCAS is recognized as a mineral clay as specified in the claim. |
| [18] – the effective amount of the composition comprises from between about 0.0125% to between about 4% by weight of the animal's daily feed ration | "Saccharomyces cervisiae [sic] (a yeast) at 0.1% of the diet was found to be effective …". (Trenholm et al., p.336)<br><br>Data shown in Trenholm et al., p.337, Figure 1.<br><br>"Dietary HSCAS (0.5%) reduced aflatoxin M1 concentration in milk of cows." (Trenholm et al., p.337)<br><br>Trenholm et al., refers to effective use of yeast at 0.1% and shows that yeast and yeast cell wall have similar effectiveness in binding zearalenone.  Also, Trenholm et al. indicates that HSCAS (a clay) was effective at 0.5%. This indicates that a combination of yeast cell wall would be effective within the | Saccharomyces cerevisiae (a yeast) at 0.1% of the diet  was found to be effective to be effective (Charmley et al. 1995, p.50, last paragraph, lines 18-19)<br><br>HSCAS at 0.5% of the diet diminished significantly many of the adverse effects  (Charmley et al., 1995, p.50, last paragraph, line 1)<br><br>In accordance with the discussion at left, the amounts of yeast and clay (HSCAS) indicated as effective in Charmley et al. directs a person of ordinary skill in the art to the feed inclusion rates specified in claim 18, thereby making the claim obvious. |

| Howes, '834 patent claim limitation | Corresponding teaching from Trenholm et al., 1996 and Explanation of Relevancy | Corresponding teaching from Charmley et al., 1995 and Explanation of Relevancy |
|---|---|---|
| | range of amounts specified in claim 16, i.e., 0.0125% to 4%. | |
| [19] – the animal is selected from the group consisting of avian, bovine, porcine, equine, ovine, and caprine species | References to testing of clay and yeast-based mycotoxin binding agents in chickens, lambs, rats, and pigs. (Trenholm pp.335-336)<br><br>The references noted above to particular types of animals satisfies the specification of the groups, avian, ovine, and porcine selections of claim 19. | Charmley et al. 1995, Text from p.50, third paragraph to p.51, line 7.<br><br>Feeding of mycotoxin binding products to animals including chickens, turkeys, pigs, and lambs is discussed in the cited text. Thus, the combination of Lyons 1995 and Charmley et al. 1995 render claim 19 obvious. |
| [20] – the mycotoxin is selected from the group consisting of Aflatoxin, Zearalenone, Vomitoxin, Fumonisins, T2 Toxin, and Ochratoxin | Inherent<br><br>"HSCAS diminished ... many of the adverse effects of aflatoxin in chickens" (Trenholm p.335)<br><br>"Bentonite and spent canola oil bleaching clays overcame the adverse effects of a diet containing a relatively high concentration of T-2 toxin rats" (Trenholm p.335)<br><br>Bio-Mos binding to zearalenone (Trenholm p.337, Figure 1)<br><br>As shown by the citations above, Trenholm specifically identifies binding of yeast cell wall and clay respectively to particular mycotoxins listed in claim 20, and those same mycotoxins would therefore also bind to the yeast cell wall and clay in the combination composition. Indeed, Trenholm | Inherent property of each of the components in the composition, modified yeast cell wall extract and mineral clay.<br><br>Charmley et al., p.49, Table 2; p.50, last paragraph to p.51, first paragraph; p.51, Figure 1.<br><br>In the cited portions of Charmley et al., both yeast cell wall and clay are stated to bind aflatoxin and zearalenone, which are in the list specified in claim 20. Thus, Charmley et al. reinforces the teaching of Lyons 1995. |

| Howes, '834 patent claim limitation | Corresponding teaching from Trenholm et al., 1996 and Explanation of Relevancy | Corresponding teaching from Charmley et al., 1995 and Explanation of Relevancy |
|---|---|---|
| | specifically indicates that "using one adsorbent to bind all toxins in not possible (p.337), and continues to specifically indicate a mixture of binding agents should be used. Thus, the combination composition would inherently bind aflatoxin, T-2 toxin, and zearalenone selections from the list in claim 20. | |
| [21] – the composition is admixed with the animal feed prior to feeding | "Sequestering agents can be added to feed to reduce mycotoxin absorption into the bloodstream." (Trenholm et al., p.337)<br><br>Adding the mycotoxin sequestering agent (i.e., adsorbent such as a combination of yeast cell wall and clay) to the animal feed requires adding it to feed prior to feeding. Such addition will necessarily involve at least some degree of admixing. | HSCAS at 0.5% of the diet diminished significantly many of the adverse effects of aflatoxin B 1 or aflatoxin in chickens (Charmley et al. p.50, last paragraph, lines 1-2; see also p.49, Table 2 and the remainder of p.50)<br><br>The cited text involves addition of mycotoxin binders to animal diets, i.e., mixed in the animal feed as specified in claim 21. |

As discussed in the text preceding the above table, Trenholm et al. (Exhibit 4) and Charmley et al. (Exhibit 3) contain heavily overlapping subject matter. Therefore, the combination of Charmley et al. with Trenholm et al., reinforces the obviousness of each of the claims in the '834 patent.

## V. Third Substantial New Question of Patentabilty

Claims 1-21 are anticipated under 35 USC § 102(a), (b), and (e) by Linton, U.S. Patent 4,055,667, issued October 25, 1977 (attached as Exhibit 5).

Claims 1-21 are also obvious under 35 USC § 103 over Linton, U.S. Patent 4,055,667, issued October 25, 1977, in view of any of:

1. Lyons, 1995, "Biotechnology in the Feed Industry: A Look Forward and Backward", in Biotechnology in the Feed Industry: Proceedings of Alltech's Eleventh Annual Symposium, eds. T.P. Lyons and K. A. Jacques, pp.2-29) (attached as Exhibit 2);

2. Trenholm et al., 1996, "Mycotoxin Binding Agents: An Update on What We Know", in Biotechnology in the Feed Industry: Proceedings of Alltech's Twelfth Annual Symposium, eds. T.P. Lyons and K. A. Jacques, pp. 327-349 (attached as Exhibit 4); and

3. Charmley et al., 1995, "Mycotoxins: Their Origin, Impact and Importance: Insights Into Common Methods of Control and Elimination", in Biotechnology in the Feed Industry: Proceedings of Alltech's Eleventh Annual Symposium, eds. T.P. Lyons and K. A. Jacques, pp. 41-63 (Exhibit 3).

A person of ordinary skill in the art would have been motivated to combine the '667 patent with any one or more of Lyons (Exhibit 2), Trenholm et al. (Exhibit 4), and Charmley et al. (Exhibit 3) for a number of reasons, including but not limited to the discussion of mycotoxin binding by yeast and yeast cell wall in each of those references. Such a person of ordinary skill would have recognized that the composition described in the '667 patent would inherently have mycotoxin binding properties in accordance with Lyons, Trenholm et al., and/or Charmley et al. Further, in view of the direction provided in both Lyons and Trenholm et al. to utilize a combination of mycotoxin binding adsorbents, a person of ordinary skill in the art would have recognized that the '667 patent provides just such a combination.

Therefore, a person of ordinary skill in the art would have been motivated to use the combination of yeast cell wall and clay described in the '667 patent for mycotoxin binding.

Similarly, in view of the description of the similar mycotoxin binding properties of yeast and yeast cell wall preparations such as Bio-Mos, such a person of ordinary skill would have been motivated to use such further purified yeast cell wall preparations together with clay.

The teaching of the '667 patent as well as Charmley et al., 1995 is shown in the table below. In order to avoid excessive repetition, tables with Lyons, 1995 and Trenholm et al. 1996 are not shown, but the teachings of those references are applied as shown in the two tables above. More detailed application of the teachings of the '667 patent to the claims of the '834 patent is provided in the following table.

Specifically, Requestor submits that as set forth in the following table, claims 1-21 should be rejected as anticipated under 35 USC §102 over Linton, U.S. Patent 4,055,667.

Requestor further submits that as set forth in the following table, claims 1-21 should be rejected as obvious under 35 USC §103 over the combination of Trenholm et al., 1996 and Charmley et al, 1995, Lyons, 1995, and/or Trenholm et al. 1996.

| Howes, '834 patent claim limitation | Corresponding teaching from Linton '667 patent and Explanation of Relevancy | Corresponding teaching from Charmley et al., 1995 and Explanation of relevancy |
| --- | --- | --- |
| [1a] – A composition for binding and thereby inactivating a mycotoxin in an animal feed | The animal feed supplement (e.g., col. 15, line 49)<br><br>The preamble following the term "composition" is merely a statement of intended purpose and is not a limitation. Alltech, Inc. the patent owner does not argue that it is a limitation in the litigation Alltech, Inc. v. Cenzone Tech. The animal feed supplement of the '667 patent is a composition as specified in the '834 patent. | Addition of potential mycotoxin binding agents to the diet to reduce absorption in the gastrointestinal tract (Charmley et al., p.49, first full paragraph, lines 5-7)<br><br>Charmley et al. teaches adding "compositions", i.e., mycotoxin binding agents to animal diets. |
| [1b] – a modified yeast cell wall extract | Spent brewers' yeast (col. 15, line 3 [claim 1]) | Yeast cell wall material (Bio-Mos) (Charmley et al., 1995, |

| Howes, '834 patent claim limitation | Corresponding teaching from Linton '667 patent and Explanation of Relevancy | Corresponding teaching from Charmley et al., 1995 and Explanation of relevancy |
|---|---|---|
| | brewers' spent yeast (col. 3, line 17)<br><br>During pending litigation, the inventor's and assignee of the '834 patent assert that brewers' yeast will have modified yeast cell wall. Therefore, the spent brewers' yeast as described in Linton '667 patent will have modified yeast cell wall according to the patentee's interpretation of the claim. The spent brewers' yeast of Linton will constitute a cell wall extract because the spent brewers' yeast will inherently include a large amount of yeast that have undergone autolysis such that the cell contents have been separated from the yeast cell wall. Separation of the spent yeast from the alcoholic medium (see, '667 patent, col. 2, lines 21-25) will then separate the yeast cell wall from the intracellular components. Therefore, in accordance with agreed construction of "yeast cell wall extract" shown in the joint claim construction chart filed in the pending Alltech v. Cenzone litigation, the resulting spent yeast slurry will be a "modified yeast cell wall extract according to the '834 patent. Therefore, the "modified yeast cell wall extract" limitation is satisfied. | p.51, first paragraph, line 3)<br><br>The cited reference to yeast cell wall material (Bio-Mos) suggests to one of ordinary skill in the art that "modified" yeast cell wall material be used, because (in accordance with Alltech's proposed meaning of "modified" in the pending litigation) the use of yeast grown in fermentation (e.g., for production of beer and other ethanolic beverages, and for ethanol fuel) is the most common source of yeast at prices making the inclusion of yeast cell wall in animal feed economically reasonable. |

| Howes, '834 patent claim limitation | Corresponding teaching from Linton '667 patent and Explanation of Relevancy | Corresponding teaching from Charmley et al., 1995 and Explanation of relevancy |
|---|---|---|
| [1c] – a mineral clay | an attapulgite clay (col. 16, line 13 [claim 8])<br><br>an attapulgite clay (hydrous magnesium aluminium silicate) such as the material available under the trade mark Min-u-gel (such as Min-u-gel 200) (col. 3, lines 45-47)<br><br>An attapulgite clay is clearly a mineral clay according to common usage, and according to the patentee's agreed construction of this term in pending litigation. The agreed construction is "a material that contains silicates and is suitable for inclusion in animal diets". As described throughout the '667 patent, the attapulgite clay is suitable for inclusion in animal diets. Therefore, the "mineral clay" limitation is satisfied. | HSCAS (Charmley et al. 1995, p.49, Table 2; p.50, last paragraph, line 1 ff)<br><br>HSCAS is recognized as a mineral clay as specified in the claim. |
| [2] – the yeast cell wall is extracted from a yeast selected from the group consisting of Saccharomyces, Candida, Kluyveromyces, Torulaspora or a combination thereof | Spent brewers' yeast (col. 3, line 17; col. 15, line 67 [claim 3])<br><br>As is generally understood, brewers' yeast is Saccharomyces cerevisiae. Therefore, brewers' yeast is a Saccharomyces as specified in claim 2 of the '834 patent, and the yeast selection limitation of claim 2 in the '834 patent is satisfied. | Saccharomyces cerevisiae (Charmley et al., p.50, last paragraph, line 18), Yea-Sacc (Charmley et al., p.51, first paragraph, line 3 and Figure 1); Bio-Mos (Charmley et al., p.51, first paragraph, line 3 and Figure 1<br><br>Reference to Bio-Mos in Charmley et al. is a reference to a yeast cell wall extract obtained from Saccharomyces cerevisiae based on promotional literature from Alltech, the |

| Howes, '834 patent claim limitation | Corresponding teaching from Linton '667 patent and Explanation of Relevancy | Corresponding teaching from Charmley et al., 1995 and Explanation of relevancy |
|---|---|---|
| | | producer of Bio-Mos. In addition, the similar mycotoxin binding shown in Figure 1 of Charmley et al. for Yea-Sacc and Bio-Mos and the reference cited above to Saccharomyces cerevisiae emphasize the use of cell wall from that yeast. This teaching, in combination with Lyons 1995 makes claim 2 obvious. |
| [3] – the yeast cell wall is extracted from a Saccharomyces cerevisiae yeast | Brewers' yeast (col. 3, line 17; col. 15, line 67 [claim 3]) <br><br> As is generally understood, brewers' yeast is Saccharomyces cerevisiae. Therefore, the Saccharomyces cerevisiae limitation as specified in claim 3 of the '834 patent is satisfied. | Saccharomyces cerevisiae (Charmley et al., p.50, last paragraph, line 18), Yea-Sacc (Charmley et al., p.51, first paragraph, line 3 and Figure 1); Bio-Mos (Charmley et al., p.51, first paragraph , line 3 and Figure 1 <br><br> Claim 3 is made obvious by the combination of Lyons 1995 and Charmley et al. 1995 for the reasons discussed above for claim 2. |
| [4] – the yeast cell wall is modified prior to extraction | Brewers' yeast (col. 3, line 17; col. 15, line 67 [claim 3]) <br><br> In accordance with statements by the Alltech during the pending litigation (see, Exhibits 12 and 13), the cell wall in brewers' yeast is modified during the brewing process, and is therefore modified prior to extraction. | Yeast cell wall products (Charmley et al., p.50, line 2) <br><br> Yeast cell wall material (Charmley et al., p.51, line 3) <br><br> The references to yeast cell wall material indicate the use of yeast cell wall as mycotoxin binding agent. One of ordinary skill in the art recognizes that in most cases, yeast from fermentation (e.g., from ethanolic beverage or fuel |

| Howes, '834 patent claim limitation | Corresponding teaching from Linton '667 patent and Explanation of Relevancy | Corresponding teaching from Charmley et al., 1995 and Explanation of relevancy |
|---|---|---|
| | | ethanol production) is used for producing yeast cell wall products. Therefore, one of ordinary skill in the art would understand that the "modification" occurs prior to extraction. |
| [5] – the yeast cell wall is modified by an alcohol shocking of the yeast, thereby increasing the mycotoxin-binding capacity of the yeast cell wall | Brewers' yeast (col. 3, line 17; col. 15, line 67 [claim 3])<br><br>In accordance with arguments put forth by the patent owner during the Markman hearing and deposition statements by the inventors in the pending Alltech v. Cenzone litigation, the accumulation of alcohol during brewing operations constitutes alcohol shocking, and the modification of cell wall during brewing operations increases the mycotoxin binding capacity of the yeast cell wall. Therefore, according to the patentee's arguments, the limitations of claim 5 in the '834 patent are satisfied.<br><br>Despite Alltech's arguments in documents and orally in connection with claim construction proceedings in the pending litigation, Requestor submits that "alcohol shocking" requires a sudden and substantial increase in the alcohol concentration, not the gradual accumulation of alcohol during normal fermentation. | Yeast cell wall products (Charmley et al., p.50, line 2)<br><br>Yeast cell wall material (Charmley et al., p.51, line 3)<br><br>The references to yeast cell wall material indicate the use of yeast cell wall as mycotoxin binding agent. One of ordinary skill in the art recognizes that in most cases, yeast from fermentation (e.g., from ethanolic beverage or fuel ethanol production) is used for producing yeast cell wall products. Therefore, one of ordinary skill in the art would understand that the yeast would be exposed to alcohol. In accordance with Alltech's proposed definition of "alcohol shocking" in the pending litigation, such exposure to alcohol would constitute alcohol shocking. |

| Howes, '834 patent claim limitation | Corresponding teaching from Linton '667 patent and Explanation of Relevancy | Corresponding teaching from Charmley et al., 1995 and Explanation of relevancy |
|---|---|---|
| [6] – the yeast cell wall is modified by exposing the yeast to a growth environment comprising from between about 5% and about 20% alcohol | Brewers' yeast (col. 3, line 17; col. 15, line 67 [claim 3])<br><br>As is commonly known, the alcohol concentration in brewing operations will commonly reach a final concentration of about 10-15%. Because the '667 patent concerns the use of spent brewers' yeast, the cell wall from the yeast will typically have been exposed to concentrations of about 10-15% ethanol, thereby satisfying the limitation of claim 6 of the '834 patent. | Yeast cell wall products (Charmley et al., p.50, line 2)<br><br>Yeast cell wall material (Charmley et al., p.51, line 3)<br><br>In accordance with the discussion above concerning claims 4 and 5, one of ordinary skill in the art recognizes that the yeast would be exposed to a final alcohol concentration of about 10-15%. |
| [7] - the yeast cell wall is modified by exposing the yeast to a growth environment comprising from between about 10% and about 12% alcohol | Brewers' yeast (col. 3, line 17; col. 15, line 67 [claim 3])<br><br>The limitation of claim 7 of the '834 patent is satisfied for the same reasons as explained in the section above for claim 6. | Yeast cell wall products (Charmley et al., p.50, line 2)<br><br>Yeast cell wall material (Charmley et al., p.51, line 3)<br><br>In accordance with the discussion above concerning claims 4 and 5, one of ordinary skill in the art recognizes that the yeast would be exposed to a final alcohol concentration of about 10-15%. |
| [8] – the mineral clay is selected from the group consisting of a zeolite, a bentonite, an aluminosilicate or mixtures thereof | an attapulgite clay (hydrous magnesium aluminium silicate) (col. 3, lines 45-46)<br><br>The attapulgite clay is stated to be an "aluminium" silicate, which in usual American terminology is an "aluminum" silicate. Therefore, the | canola oil bleaching clays (Charmley et al. p.49, Table 2), sodium bentonites (Charmley et al. p.49, Table 2), synthetic zeolite (Charmley et al. p.49, Table 2), and HSCAS (Charmley et al. p.49, Table 2 and p.50, 3rd paragraph, lines 1- |

| Howes, '834 patent claim limitation | Corresponding teaching from Linton '667 patent and Explanation of Relevancy | Corresponding teaching from Charmley et al., 1995 and Explanation of relevancy |
|---|---|---|
| | limitation of claim 8 of the '834 patent is satisfied. | 7)<br><br>The references to the clays in pp.49 & 50 of Charmley et al. satisfy the specification of zeolite, bentonite and aluminosilicate in claim 8. Therefore, the combination of Lyons 1995 and Charmley et al. 1995 renders claim 8 obvious. |
| [9] – the mineral clay is an aluminosilicate clay | an attapulgite clay (hydrous magnesium aluminium silicate) (col. 3, lines 45-46)<br><br>The limitation of claim 9 of the '834 patent is satisfied for the same reasons as stated in the preceding section for claim 8. | sodium bentonites (Charmley et al. p.49, Table 2), synthetic zeolite (Charmley et al. p.49, Table 2), and HSCAS (Charmley et al. p.49, Table 2 and p.50, 3rd paragraph, lines 1-7)<br><br>At least the sodium bentonites and HSCAS (hydrated sodium calcium aluminosilicate) are generally recognized as aluminosilicate clays and therefore satisfy the limitation of claim 9. Therefore, the combination of Lyons 1995 and Charmley et al. 1995 renders claim 8 obvious. |
| [10] – the composition comprises from between about 1% to about 10% of the mineral clay and from between about 90% to about 99% of the yeast cell wall extract | Comprises up to 12.5% by weight of spent brewers' yeast (col. 16, line 2 [claim 4]<br><br>An attapulgite clay and is present in an amount from 0.25 to 7% by weight (col. 16, line 13)<br><br>The percentages for the spent brewers' yeast and the | |

| Howes, '834 patent claim limitation | Corresponding teaching from Linton '667 patent and Explanation of Relevancy | Corresponding teaching from Charmley et al., 1995 and Explanation of relevancy |
|---|---|---|
| | attapulgite clay in the '667 patent cited above are dry weights.  Relative to each other, the spent brewers yeast and the clay encompass the percentages specified in claim 10 of the '834 patent. | |
| [11] - the composition comprises from between about 2% to about 4% of the mineral clay and from between about 96% to about 98% of the yeast cell wall extract | Comprises up to 12.5% by weight of spent brewers' yeast (col. 16, line 2 [claim 4]<br><br>An attapulgite clay and is present in an amount from 0.25 to 7% by weight (col. 16, line 13)<br><br>The percentages for the spent brewers' yeast and the attapulgite clay in the '667 patent cited above are dry weights.  Relative to each other, the spent brewers yeast and the clay encompass the percentages specified in claim 10 of the '834 patent. | |
| [12] – formulated for feeding to an animal selected from the group consisting of avian, bovine, porcine, equine, ovine, and caprine species | A dairy supplement (col. 12, line 10)<br><br>A beef supplement (col. 13, line 60)<br><br>Hog complete feeds (col. 15, line 24)<br><br>The references to dairy and beef in the '667 patent indicate that the supplement is formulated for feeding to a bovine animal because dairy cattle and beef cattle are bovines. The '667 | Charmley et al. 1995, Text from p.50, third paragraph to p.51, line 7.<br><br>Feeding of mycotoxin binding products to animals including chickens, turkeys, pigs, and lambs is discussed in the cited text.  Thus, the combination of Lyons 1995 and Charmley et al. 1995 render claim 12 obvious. |

| Howes, '834 patent claim limitation | Corresponding teaching from Linton '667 patent and Explanation of Relevancy | Corresponding teaching from Charmley et al., 1995 and Explanation of relevancy |
|---|---|---|
| | patent reference to hog complete feeds indicates that the feed is suitable for feeding to a porcine because hogs are porcines. Therefore, the limitation of claim 12 of the '834 patent is satisfied. | |
| [13] – at least a portion of the composition is bound to a mycotoxin | Inherency<br><br>Spent brewers' yeast (e.g., col. 15, line 53 [claim 1])<br><br>An attapulgite clay (e.g., col. 16, line 13 [claim 8, which depends from claim 1])<br><br>The '834 patent indicates that mycotoxins will bind to both yeast cell wall and clay. Therefore, if mycotoxins are present in the feed with which the supplement of the '667 patent is used, the yeast cell wall and clay will inherently bind with mycotoxin and thereby satisfy the limitation of claim 13 of the '834 patent. | Inherent property of each of the components in the composition, modified yeast cell wall extract and mineral clay.<br><br>Charmley et al., p.49, Table 2; p.50, last paragraph to p.51, first paragraph; p.51, Figure 1.<br><br>The portions of Charmley et al. cited above demonstrate the binding of mycotoxins to both yeast cell wall and mineral clay. Therefore, Charmley et al. reinforces the teaching of Lyons 1995 that if one of those mycotoxins is present in the animal feed with which a combination of yeast cell wall extract and clay is used, at least a portion of the yeast cell wall and therefore the combination composition will bind to a mycotoxin. |
| [14] – the mycotoxin is selected from the group consisting of Aflatoxin, Zearalenone, Vomitoxin, Fumonisins, T2 Toxin, and Ochratoxin | Inherency<br><br>Spent brewers' yeast (e.g., col. 15, line 53 [claim 1])<br><br>An attapulgite clay (e.g., col. 16, line 13 [claim 8, which depends from claim 1]) | Inherent property of each of the components in the composition, modified yeast cell wall extract and mineral clay.<br><br>Charmley et al., p.49, Table 2; p.50, last paragraph to p.51, |

| Howes, '834 patent claim limitation | Corresponding teaching from Linton '667 patent and Explanation of Relevancy | Corresponding teaching from Charmley et al., 1995 and Explanation of relevancy |
|---|---|---|
| | The '834 patent indicates that the specific mycotoxins listed in claim 14 will bind to one or both of yeast cell wall and clay. Therefore, if one or these mycotoxins is present in the feed with which the supplement of the '667 patent is used, the yeast cell wall and/or the clay in the supplement will inherently bind with that specific mycotoxin and thereby satisfy the limitation of claim 14 of the '834 patent. | first paragraph; p.51, Figure 1. In the cited portions of Charmley et al., both yeast cell wall and clay are stated to bind aflatoxin and zearalenone, which are in the list specified in claim 14. Thus, Charmley et al. reinforces the teaching of Lyons 1995. |
| | | |
| [15a] – An animal feed | Hog complete feeds (col. 15, line 24)<br><br>"The novel feed supplements … are fed to livestock in a similar manner to prior art feeds, i.e., usually in combination with silage roughage, etc., such as hay, cracked corn, straw, rolled barley, hay and beet pulp" (col. 14, lines 58-62)<br><br>Both of the citations above from the '667 patent demonstrate that the brewers spent yeast and the clay may be formulated in a complete animal feed (i.e., hog complete feeds), or formulated as a supplement that is combined with other feed components to make the animal feed containing both the yeast cell wall and clay ingredients. Either case satisfies the | Mycotoxin-binding agents with reported efficacy in various diets (Charmley et al., p.49, Table 2; p.50, entire page)<br><br>The cited portions of Charmley et al. refer to inclusion of mycotoxin binding agents in the diets of various animals. Such inclusion in the animal diet means that the composition is part of the animal feed, as specified in claim 15. |

| Howes, '834 patent claim limitation | Corresponding teaching from Linton '667 patent and Explanation of Relevancy | Corresponding teaching from Charmley et al., 1995 and Explanation of relevancy |
|---|---|---|
| | limitation in the '834 patent claim 15 of an animal feed. | |
| [15b] – a modified yeast cell wall extract | Spent brewers' yeast (col. 15, line 3 [claim 1]) | Yeast cell wall material (Bio-Mos) (Charmley et al., 1995, p.51, first paragraph, line 3) |
| | brewers' spent yeast (col. 3, line 17) | |
| | | The cited reference to yeast cell wall material (Bio-Mos) suggests to one of ordinary skill in the art that "modified" yeast cell wall material be used, because (in accordance with Alltech's proposed meaning of "modified" in the pending litigation) the use of yeast grown in fermentation (e.g., for production of beer and other ethanolic beverages, and for ethanol fuel) is the most common source of yeast at prices making the inclusion of yeast cell wall in animal feed economically reasonable. |
| | During pending litigation, the inventor's and the assignee of the '834 patent assert that brewers' yeast will have modified yeast cell wall. Therefore, the spent brewers' yeast as described in Linton '667 patent will have modified yeast cell wall according to the patentee's interpretation of the claim. The spent brewers' yeast of Linton will constitute a cell wall extract because the spent brewers' yeast will inherently include a large amount of yeast that have undergone autolysis such that the cell contents have been separated from the yeast cell wall. Separation of the spent yeast (including the cell wall from the lysed yeast) from the alcoholic medium (see, '667 patent, col. 2, lines 21-25) will then separate the yeast cell wall from the intracellular components Therefore, in accordance with agreed construction of "yeast cell wall extract" shown in the joint claim construction worksheet filed in the pending Alltech v. | |

| Howes, '834 patent claim limitation | Corresponding teaching from Linton '667 patent and Explanation of Relevancy | Corresponding teaching from Charmley et al., 1995 and Explanation of relevancy |
|---|---|---|
| | Cenzone litigation (Exhibit 13), the resulting spent yeast slurry will be a "modified yeast cell wall extract according to the '834 patent. Therefore, the "modified yeast cell wall extract" limitation is satisfied. | |
| | In addition, the spent brewers' yeast in the '667 patent is usually treated with an acid (col. 3, lines 19-24), a treatment that will lyse many of the cells in the spent brewers' yeast that did not previously autolyse. This will allow the intracellular contents of those newly lysed cells to escape from the cell wall, thereby creating a separation of the intracellular contents from the cell wall. | |
| [15c] – a mineral clay | an attapulgite clay (col. 16, line 13 [claim 8]) <br><br> an attapulgite clay (hydrous magnesium aluminium silicate) such as the material available under the trade mark Min-u-gel (such as Min-u-gel 200) (col. 3, lines 45-47) <br><br> An attapulgite clay is clearly a mineral clay according to common usage, and according to the patentee's agreed construction of this term in pending litigation. (See, Exhibit 13) The agreed construction is "a material that contains silicates and is suitable for | HSCAS (Charmley et al. 1995, p.49, Table 2; p.50, last paragraph, line 1 ff) <br><br> HSCAS is recognized as a mineral clay as specified in the claim. |

| Howes, '834 patent claim limitation | Corresponding teaching from Linton '667 patent and Explanation of Relevancy | Corresponding teaching from Charmley et al., 1995 and Explanation of relevancy |
|---|---|---|
| | inclusion in animal diets". As described throughout the '667 patent, the attapulgite clay is suitable for inclusion in animal diets. Therefore, the "mineral clay" limitation is satisfied. | |
| [15d] – an amount effective to bind and thereby inactivate a mycotoxin present in the animal feed | Inherency<br><br>Spent brewers' yeast (e.g., col. 15, line 53 [claim 1])<br><br>An attapulgite clay (e.g., col. 16, line 13 [claim 8, which depends from claim 1])<br><br>The '834 patent indicates that mycotoxins will bind to both yeast cell wall and clay. Therefore, if mycotoxins are present in the feed with which the supplement of the '667 patent is used, the yeast cell wall and clay will inherently bind with mycotoxin. The '834 patent further teaches that such binding inactivates the bound mycotoxin, therefore, binding of mycotoxin to the yeast cell wall and/or clay of the '667 patent feed supplements will inherently inactivate the bound mycotoxin. Because no level of effectiveness is specified in the '834 patent and because both yeast cell wall and clay are present in appreciable quantities in the '667 patent supplements, the feeds supplements of the '667 patent satisfy the "effective amount" limitation of | Text on Charmley et al. p.50, entire page.<br><br>The entire cited page 50 concerns reduction of mycotoxin contamination in animals by feeding mycotoxin binders to the animals. As indicated in that text, the amount of mycotoxin binder fed to the animals was sufficient to reduce the mycotoxin binding by binding to the mycotoxins, as specified in claim 15. |

| Howes, '834 patent claim limitation | Corresponding teaching from Linton '667 patent and Explanation of Relevancy | Corresponding teaching from Charmley et al., 1995 and Explanation of relevancy |
|---|---|---|
| | claim 15 of the '834 patent. | |
| [16] – the effective amount of the composition comprises from between about 0.0125% to between about 4% by weight of the feed | The amount of novel supplement fed to livestock varies widely depending on many factors, including type of animal, season, etc. (col. 15, lines 10-13)<br><br>For example, dairy cattle each consume 5-10 lbs. … of supplement per day (col. 15, lines 14-16)<br><br>As indicated in the '667 patent, the amount of the feed supplement applied to the animal feed can vary widely, and is therefore merely a matter of choice.<br><br>Further, for comparison of application rates between the compositions of the '834 patent and the supplements of the '667 patent, dry weights should be used because all of the compositions in the '667 patent represent dry materials. Thus, the '667 patent indicates that dairy cattle consume 5-10 lbs of the supplement; because the supplements described in the '667 patent have 30-50% dry material content, the dairy cattle are consuming 1.5-5 lbs of dry supplement content. A typical daily feed ration for a dairy cow, exclusive of the supplement, is about 75 lbs of feed per day (see, Exhibit 18, | Saccharomyces cerevisiae (a yeast) at 0.1% of the diet was found to be (Charmley et al. 1995, p.50, last paragraph, lines 18-19)<br><br>HSCAS at 0.5% of the diet diminished significantly many of the adverse effects (Charmley et al., 1995, p.50, last paragraph, line 1)<br><br>In accordance with the discussion at left, the amounts of yeast and clay (HSCAS) indicated as effective in Charmley et al. directs a person of ordinary skill in the art to the feed inclusion rates specified in claim 16, thereby making the claim obvious. |

| Howes, '834 patent claim limitation | Corresponding teaching from Linton '667 patent and Explanation of Relevancy | Corresponding teaching from Charmley et al., 1995 and Explanation of relevancy |
|---|---|---|
| | Feeding Dairy Cows, p.10, under the heading Balancing Total Mixed Rations) Consequently, for a total daily feed ration of 75 lbs, and a supplement consumption with a dry matter equivalent of 1.5 to 5 lbs, the '667 patent supplement represents about 2-6.7 % of the feed. This percentage overlaps very significantly with the application percentage specified in claim 16 of the '834 patent, thereby satisfying this limitation. | |
| [17a] – A method for reducing mycotoxin contamination of an animal consuming a feedstuff | 756 milking cows contained in 13 herds were fed for 20-60 days in late winter with a ration based on the novel dairy supplement of Example 1 (col. 14, lines 66-68)<br><br>The preamble of claim 17 is merely a statement of intended purpose and does not constitute a limitation on the claim. Therefore, claim 17 is satisfied by performance of the step of feeding an effective amount of the specified composition to an animal. The feeding of the supplement to dairy cows as described in the '667 patent satisfies the requirement that there be a feeding process or method. | Text on Charmley et al. p.50, entire page.<br><br>The entire cited page 50 concerns reduction of mycotoxin contamination in animals. Therefore, that text concerns a method as stated in claim 17. |

| Howes, '834 patent claim limitation | Corresponding teaching from Linton '667 patent and Explanation of Relevancy | Corresponding teaching from Charmley et al., 1995 and Explanation of relevancy |
|---|---|---|
| [17b] – feeding to an animal | 756 milking cows contained in 13 herds were fed for 20-60 days in late winter with a ration based on the novel dairy supplement of Example 1 (col. 14, lines 66-68)<br><br>A supplement of the '667 patent was fed to dairy cattle, which are clearly animals. In addition, each of the supplements of the '667 patent that contain both the brewers spent yeast component and the clay (e.g., Min-u-gel) component are intended for feeding to an animal. Thus, the "feeding to an animal" limitation of claim 17 of the '834 patent is satisfied. | Text on Charmley et al. p.50, entire page.<br><br>The entire cited page 50 concerns feeding of mycotoxin binding agents to animals as specified in claim 17. |
| [17c] – an effective amount of a composition … thereby binding and inactivating the mycotoxin in the animal feed | Inherency<br><br>Spent brewers' yeast (e.g., col. 15, line 53 [claim 1])<br><br>An attapulgite clay (e.g., col. 16, line 13 [claim 8, which depends from claim 1])<br><br>The '834 patent indicates that mycotoxins will bind to both yeast cell wall and clay. Therefore, if mycotoxins are present in the feed with which the supplement of the '667 patent is used, the yeast cell wall and clay will inherently bind with mycotoxin. The '834 patent further teaches that such binding inactivates the bound mycotoxin, therefore, binding of | Text on Charmley et al. p.50, entire page.<br><br>The entire cited page 50 concerns reduction of mycotoxin contamination in animals by feeding mycotoxin binders to the animals. As indicated in that text, the amount of mycotoxin binder fed to the animals was sufficient to reduce the mycotoxin binding by binding to the mycotoxins, as specified in claim 17. |

| Howes, '834 patent claim limitation | Corresponding teaching from Linton '667 patent and Explanation of Relevancy | Corresponding teaching from Charmley et al., 1995 and Explanation of relevancy |
|---|---|---|
| | mycotoxin to the yeast cell wall and/or clay of the '667 patent feed supplements will inherently inactivate the bound mycotoxin. Because no level of effectiveness is specified in the '834 patent and because both yeast cell wall and clay are present in appreciable quantities in the '667 patent supplements, the feeds supplements of the '667 patent satisfy the "effective amount" limitation of claim 17 of the '834 patent | |
| [17d] – a modified yeast cell wall extract | Spent brewers' yeast (col. 15, line 3 [claim 1]); brewers' spent yeast (col. 3, line 17)<br><br>During pending litigation, the inventors and assignee of the '834 patent assert that brewers' yeast will have modified yeast cell wall. Therefore, the spent brewers' yeast as described in Linton '667 patent will have modified yeast cell wall according to the patentee's interpretation of the claim. The spent brewers' yeast of Linton will constitute a cell wall extract because the spent brewers' yeast will inherently include a large amount of yeast that have undergone autolysis such that the cell contents have been separated from the yeast cell wall because they have been spilled into the medium away from the lysed cell wall. | |

| Howes, '834 patent claim limitation | Corresponding teaching from Linton '667 patent and Explanation of Relevancy | Corresponding teaching from Charmley et al., 1995 and Explanation of relevancy |
|---|---|---|
| | Separation of the spent yeast (including the yeast cell wall from the lysed yeast) from the alcoholic medium (see, '667 patent, col. 2, lines 21-25) will then more fully separate the yeast cell wall from the intracellular components Therefore, in accordance with the agreed construction of "yeast cell wall extract" shown in the joint claim construction worksheet filed in the pending Alltech v. Cenzone litigation (Exhibit 13), the resulting spent yeast slurry will be a "modified yeast cell wall extract according to the '834 patent. Therefore, the "modified yeast cell wall extract" limitation is satisfied. | |
| [17e] – a mineral clay | an attapulgite clay (col. 16, line 13 [claim 8]) an attapulgite clay (hydrous magnesium aluminium silicate) such as the material available under the trade mark Min-u-gel (such as Min-u-gel 200) (col. 3, lines 45-47) An attapulgite clay is clearly a mineral clay according to common usage, and according to the patentee's agreed construction of this term in pending litigation. The agreed construction is "a material that contains silicates and is suitable for inclusion in animal diets". | HSCAS (Charmley et al. 1995, p.49, Table 2; p.50, last paragraph, line 1 ff) HSCAS is recognized as a mineral clay as specified in the claim. |

| Howes, '834 patent claim limitation | Corresponding teaching from Linton '667 patent and Explanation of Relevancy | Corresponding teaching from Charmley et al., 1995 and Explanation of relevancy |
|---|---|---|
| | As described throughout the '667 patent, the attapulgite clay is suitable for inclusion in animal diets. Therefore, the "mineral clay" limitation is satisfied. | |
| [18] – the effective amount of the composition comprises from between about 0.0125% to between about 4% by weight of the animal's daily feed ration | The amount of novel supplement fed to livestock varies widely depending on many factors, including type of animal, season, etc. (col. 15, lines 10-13) | Saccharomyces cerevisiae (a yeast) at 0.1% of the diet was found to be effective to be effective (Charmley et al. 1995, p.50, last paragraph, lines 18-19) |
| | For example, dairy cattle each consume 5-10 lbs. … of supplement per day (col. 15, lines 14-16) | HSCAS at 0.5% of the diet diminished significantly many of the adverse effects (Charmley et al., 1995, p.50, last paragraph, line 1) |
| | As indicated in the '667 patent, the amount of the feed supplement applied to the animal feed can vary widely, and is therefore merely a matter of choice. | In accordance with the discussion at left, the amounts of yeast and clay (HSCAS) indicated as effective in Charmley et al. directs a person of ordinary skill in the art to the feed inclusion rates specified in claim 18, thereby making the claim obvious. |
| | Further, for comparison of application rates between the compositions of the '834 patent and the supplements of the '667 patent, dry weights should be used because all of the compositions in the '667 patent represent dry materials. Thus, the '667 patent indicates that dairy cattle consume 5-10 lbs of the supplement; because the supplements described in the '667 patent have 30-50% dry material content, the dairy cattle are consuming 1.5-5 lbs of dry | |

| Howes, '834 patent claim limitation | Corresponding teaching from Linton '667 patent and Explanation of Relevancy | Corresponding teaching from Charmley et al., 1995 and Explanation of relevancy |
|---|---|---|
|  | supplement content. A typical daily feed ration for a dairy cow, exclusive of the supplement, is about 75 lbs of feed per day (see, Exhibit 18, Feeding Dairy Cows, p.10, under the heading Balancing Total Mixed Rations) Consequently, for a total daily feed ration of 75 lbs, and a supplement consumption with a dry matter equivalent of 1.5 to 5 lbs, the '667 patent supplement represents about 2-6.7 % of the feed. This percentage overlaps very significantly with the application percentage specified in claim 18 of the '834 patent, thereby satisfying this limitation. |  |
| [19] – the animal is selected from the group consisting of avian, bovine, porcine, equine, ovine, and caprine species | A dairy supplement (col. 12, line 10)<br><br>A beef supplement (col. 13, line 60)<br><br>Hog complete feeds (col. 15, line 24)<br><br>The references to dairy and beef in the '667 patent indicate that the supplement is formulated for feeding to a bovine animal because dairy cattle and beef cattle are bovines. The '667 patent reference to hog complete feeds indicates that the feed is suitable for feeding to a porcine because hogs are porcines. Therefore, the | Charmley et al. 1995, Text from p.50, third paragraph to p.51, line 7.<br><br>Feeding of mycotoxin binding products to animals including chickens, turkeys, pigs, and lambs is discussed in the cited text. Thus, the combination of Lyons 1995 and Charmley et al. 1995 render claim 19 obvious. |

| Howes, '834 patent claim limitation | Corresponding teaching from Linton '667 patent and Explanation of Relevancy | Corresponding teaching from Charmley et al., 1995 and Explanation of relevancy |
|---|---|---|
| | limitation of claim 12 of the '834 patent is satisfied. | |
| [20] – the mycotoxin is selected from the group consisting of Aflatoxin, Zearalenone, Vomitoxin, Fumonisins, T2 Toxin, and Ochratoxin | Inherency<br><br>Spent brewers' yeast (e.g., col. 15, line 53 [claim 1])<br><br>An attapulgite clay (e.g., col. 16, line 13 [claim 8, which depends from claim 1])<br><br>The '834 patent indicates that the specific mycotoxins listed in claim 20 will bind to one or both of yeast cell wall and clay. Therefore, if one or these mycotoxins is present in the feed with which the supplement of the '667 patent is used, the yeast cell wall and/or the clay in that supplement will inherently bind with that specific mycotoxin and thereby satisfy the limitation of claim 20 of the '834 patent. | Inherent property of each of the components in the composition, modified yeast cell wall extract and mineral clay.<br><br>Charmley et al., p.49, Table 2; p.50, last paragraph to p.51, first paragraph; p.51, Figure 1.<br><br>In the cited portions of Charmley et al., both yeast cell wall and clay are stated to bind aflatoxin and zearalenone, which are in the list specified in claim 20. Thus, Charmley et al. reinforces the teaching of Lyons 1995. |
| [21] – the composition is admixed with the animal feed prior to feeding | The novel feed supplements of the present invention are fed to livestock in a similar manner to prior art feeds, i.e., usually in combination with silage roughage etc., such as hay cracked corn, straw, rolled barley, hay and beet pulp. (col. 14, lines 58-62)<br><br>As a liquid slurry, when the animal feed supplement of the '667 patent is added to the remainder of the feed ration | HSCAS at 0.5% of the diet diminished significantly many of the adverse effects of aflatoxin B 1 or aflatoxin in chickens (Charmley et al. p.50, last paragraph, lines 1-2; see also p.49, Table 2 and the remainder of p.50)<br><br>The cited text involves addition of mycotoxin binders to animal diets, i.e., mixed in the animal feed as specified in claim 21. |

| Howes, '834 patent claim limitation | Corresponding teaching from Linton '667 patent and Explanation of Relevancy | Corresponding teaching from Charmley et al., 1995 and Explanation of relevancy |
|---|---|---|
| | where it will necessarily mix with the solid forage or other solid components prior to feeding. | |

As discussed above, due to the presence of the "modified" yeast cell wall and mineral clay in the compositions described in the '667 patent, those compositions would inherently possess the mycotoxin binding properties described in the '834 patent. Consequently, use of the '667 patent compositions would satisfy both the method of claim 17 and dependent claims and the animal feed of claim 15 and dependent claims.

Furthermore, the addition of Lyons, Trenholm et al. and/or Charmley et al. provides the express knowledge of mycotoxin binding properties of the yeast cell wall, including "modified" yeast cell wall. Thus, when combined with the '667 patent, each of these additional references or combination thereof adds the express discussion of mycotoxin binding, and Lyons and Trenholm even reinforce the approach already provided in the '667 patent of using a combination of modified yeast cell wall and mineral clay.

## VI. Fourth Substantial New Question of Patentability

As indicated above, a substantial new question of patentability is raised as to claims 1-21 of the '834 Patent in that the claims are anticipated under 35 USC § 102 by Devegowda, 1997, "Mycotoxins in Animal Feed: Novel Biotechnological Solutions", Paper presented at African Lecture Tour (10-15[th] March, 1997) (Exhibit 6), and/or are obvious under 35 USC § 103 over Devegowda, 1997, in view of Lyons, 1995 (Exhibit 2) and/or Trenholm, 1996 (Exhibit 4) and/or Charmley et al., 1995 (Exhibit 3). In Exhibit 6, Mycosorb is identified as one of two

"commercial Mycotoxin binders" (the other being Novasil, a silicon dioxide product also commonly sold for use as an anticaking agent), establishing that the Mycosorb was commercially sold at that time (prior to March 1997).

The identical data for binding of Aflatoxin by Mycosorb in Table 4 of Exhibit 6 was previously published in Mahesh and Devegowda, 1996, "Ability of Mycotoxin Binders to Bind Aflatoxin in Contaminated Poultry Feeds and Liquid Media In Vitro, in Posters Presented at the 12th Annual Symposium on Biotechnology in the Feed Industry, April 22-24th, 1996, Lexington, Kentucky (Exhibit 19). This identical data was later presented in Table 5 of the '834 patent for the allegedly inventive combination of modified yeast cell wall extract and clay (referred to therein as an aluminosilicate or HSCAS). Similar to Exhibit 6, Exhibit 19 refers to Mycosorb as one of three "commercial mycotoxin binders" and indicates that Mycosorb is from Alltech, Inc. (the assignee of the '834 patent). As a result, the use of Mycosorb was enabled by the commercial availability of Mycosorb despite the absence of description of the exact composition of Mycosorb in Exhibits 6 and 19. Interestingly, Dr. Devegowda, an author on both Exhibits 6 and 19, worked for Alltech as an outside consultant or researcher for a long period of time.

In addition, the '834 patent states that the combination of modified yeast cell wall extract and mineral clay produces a "surprising additive effect" on the binding of mycotoxins. In the pending Alltech v. Cenzone litigation, Alltech (the assignee of the '834 patent) characterized the effect as a "synergistic effect" (see, Exhibit 12). As a result of the "synergistic effect", a person of ordinary skill in the art familiar with mycotoxin binders at the time of the publication of Exhibits 6 and 19 would have recognized that the mycotoxin binding results shown for Mycosorb represented a composition different from just yeast cell wall. In view of the suggestion to combine mycotoxin binder stated in Exhibits 2 and 4, one of ordinary skill in the art would have used the suggested combinations of binding agents to produce the "synergistic" mycotoxin binding effects, thereby identifying the Mycosorb as a combination of modified yeast cell wall extract and clay. Likewise, analysis of the Mycosorb product would have revealed the presence of both of those components.

If, however, the patentee (Alltech, Inc.) should now argue that the Mycosorb for which data is shown in Exhibits 6 and 19 did not, in fact, contain both yeast cell wall and clay but only contained yeast cell wall, then the data in Table 5 of the '834 patent constitutes an affirmative misrepresentation to the USPTO used to obtain the original issuance of the '834 patent and is separately grounds for invalidating the '834 patent.

In addition to the disclosure of Exhibits 6 (and Exhibit 19), a person of ordinary skill in the art would have been motivated to combine any of Lyons (Exhibit 2), Trenholm et al. (Exhibit 4), and Charmley et al. (Exhibit 3) with Devegowda 1997 and/or Mahesh & Devegowda due to the common subject matter, with all of the references addressing mycotoxin binding using mycotoxin binding agents containing yeast cell wall. Thus, a person of ordinary skill in the art would have been motivated to combine the teachings of the additional references to provide for the use of effective mycotoxin binding agents, particular including combination mycotoxin binding agents as described in Exhibits 6, 19, 2, and 4.

In order to avoid excessive repetition, the teachings of Lyons, 1995 and Charmley et al., 1995 are not set out in separate tables, but are applied as set forth in the tables above.

Specifically, Requestor submits that as set forth in the following table, claims 1-21 should be rejected as anticipated under 35 USC §102 over Linton, U.S. Patent 4,055,667.

Requestor further submits that as set forth in the following table, claims 1-21 should be rejected as obvious under 35 USC §103 over the combination of Trenholm et al., 1996 and Charmley et al, 1995, Lyons, 1995, and/or Trenholm et al. 1996.

| Howes, '834 patent claim limitation | Corresponding teaching from Devegowda, 1997 and Explanation of Relevancy | Corresponding teaching from Trenholm et al. 1996 and Explanation of Relevancy |
|---|---|---|
| [1a] – A composition for binding and thereby inactivating a mycotoxin in an | Mycosorb<br>The preamble following the term "composition" is merely a statement of intended purpose and | A mixture of binding agents to be used as a feed additive. (Trenholm, p.337)<br>The preamble following the |

| Howes, '834 patent claim limitation | Corresponding teaching from Devegowda, 1997 and Explanation of Relevancy | Corresponding teaching from Trenholm et al. 1996 and Explanation of Relevancy |
|---|---|---|
| animal feed | is not a limitation. Alltech, Inc. the patent owner does not argue that it is a limitation in the litigation Alltech, Inc. v. Cenzone Tech. The Mycosorb referenced in Devegowda is clearly a composition as specified in the '834 patent. | term "composition" is merely a statement of intended purpose and is not a limitation. Alltech, Inc. the patent owner does not argue that it is a limitation in the litigation Alltech, Inc. v. Cenzone Tech. The animal feed additive of Trenholm et al. is a composition as specified in the '834 patent. |
| [1b] – a modified yeast cell wall extract | Mycosorb<br><br>Mannan oligosaccharides present in the cell wall was responsible for counteracting mycotoxicosis in livestock poultry (Devegowda, 1997, sheet C000017)<br><br>The commercial product Mycosorb was understood and promoted as containing brewers dried yeast. Under the construction of "modified" argued by Alltech in the pending Alltech v. Cenzone litigation (see, Exhibits 12 & 13), the brewers dried yeast would be "modified yeast cell wall". | Bio-Mos (Trenholm, pp.336-337)<br><br>Trenholm et al. refers to the Alltech product Bio-Mos as a yeast cell wall product. Because spent yeast is the only commercially practicable source for yeast cell wall, the Bio-Mos product would be expected to be spent yeast (i.e., brewers yeast). (See also, Lyons, p.24, Exhibit 3, and its reference to "modified mannan sugars) |
| [1c] – a mineral clay | Mycosorb<br><br>As shown by the identical data used in Devegowda, 1997 (Exhibit 6); Mahesh and Devegowda (Exhibit 19), and Table 5 of the '834 patent (Exhibit 1), the commercial Mycosorb products tested in those articles was the same as the composition containing modified | HSCAS, canola oil-bleaching clays, sodium bentonites, synthetic zeolite (Trenholm, Table 1 and surrounding text, pp.335-336)<br><br>All of the clays mentioned in Trenholm are mineral clays, thus satisfying the "mineral clay" limitation of claim 1. |

| Howes, '834 patent claim limitation | Corresponding teaching from Devegowda, 1997 and Explanation of Relevancy | Corresponding teaching from Trenholm et al. 1996 and Explanation of Relevancy |
|---|---|---|
| | yeast cell wall and clay in the '834 patent. (Indeed, it appears that the data was from the same experiments because of the identical values reported.) Therefore, based on the reported data, a person of ordinary skill in the art would have recognized or confirmed by analysis that the Mycosorb contained clay in addition to the yeast cell wall. | |
| [2] – the yeast cell wall is extracted from a yeast selected from the group consisting of Saccharomyces, Candida, Kluyveromyces, Torulaspora or a combination thereof | Mycosorb<br><br>The commercial product Mycosorb was understood and promoted as containing brewers dried yeast. A person of ordinary skill in the art recognized that the term brewers yeast referred to spent Saccharomyces cerevisiae from fermentation. Therefore, the yeast source limitation of claim 2 is satisfied. | Bio-Mos, Yea-Sacc, Saccharomyces cerevisiae (Trenholm, pp.336-337)<br><br>As indicated in the text cited above, Trenholm mentions Alltech's products Bio-Moss and Yea-Sacc, and also states that Saccharomyces cerevisiae was effective to alleviate mycotoxicosis. Figure 1 also indicates that both Bio-Mos and Yea-Sacc bound the mycotoxin, zearalenone, at similar levels in vitro. A person of ordinary skill understood that Yea-Sacc was a Saccharomyces cerevisiae product, and that Bio-Mos was a yeast cell wall product from Saccharomyces cerevisiae. Thus, Trenholm provides multiple references to binding of mycotoxin to Saccharomyces cerevisiae cell wall and indicates a combination of mycotoxin adsorbents should be used to formulate a mycotoxin binding agent to be used as a |

| Howes, '834 patent claim limitation | Corresponding teaching from Devegowda, 1997 and Explanation of Relevancy | Corresponding teaching from Trenholm et al. 1996 and Explanation of Relevancy |
|---|---|---|
| | | feed additive. |
| [3] – the yeast cell wall is extracted from a Saccharomyces cerevisiae yeast | Mycosorb<br><br>The yeast source limitation of claim 3 is satisfied for the same reasons as stated above for claim 2. | Bio-Mos, Yea-Sacc, Saccharomyces cerevisiae (Trenholm, pp.336-337)<br><br>The references in Trenholm to Bio-Mos, Yea-Sacc, and Saccharomyces cerevisiae constitute indications that the yeast cell wall is extracted from a Saccharomyces cerevisiae yeast for the reasons discussed immediately above. |
| [4] – the yeast cell wall is modified prior to extraction | Mycosorb<br><br>The commercial product Mycosorb was understood and promoted as containing brewers dried yeast. Under the construction of "modified" argued by Alltech in the pending Alltech v. Cenzone litigation (see, Exhibits 12 & 13), the brewers dried yeast would be "modified yeast cell wall". Because the "modification" for brewers yeast would have occurred during growth of the yeast in the fermentation, the yeast cell wall would have been modified prior to extraction, satisfying this limitation of claim 4. | Bio-Mos (Trenholm, pp.336-337)<br><br>It was recognized at the time the provisional application of which the '834 patent claims the benefit, that due to cost factors, the only commercially reasonable source for yeast cell wall to be used in a feed additive was spent yeast from fermentations to produce fuel ethanol or ethanol-containing beverages. Therefore, in accordance with the definition of "modified" that Alltech has presented in the pending Alltech v. Cenzone litigation, the yeast cell wall would be modified during the fermentation and therefore would be "modified prior to extraction." |
| [5] – the yeast cell wall is modified by an alcohol shocking of the yeast, | Mycosorb<br><br>The commercial product | Bio-Mos (Trenholm, pp.336-337) |

-81-

| Howes, '834 patent claim limitation | Corresponding teaching from Devegowda, 1997 and Explanation of Relevancy | Corresponding teaching from Trenholm et al. 1996 and Explanation of Relevancy |
|---|---|---|
| thereby increasing the mycotoxin-binding capacity of the yeast cell wall | Mycosorb was understood and promoted as containing brewers dried yeast. Under the construction of "modified" argued by Alltech in the pending Alltech v. Cenzone litigation (see, Exhibits 12 & 13), the brewers dried yeast would be "modified yeast cell wall". Because the "modification" for brewers yeast would have occurred during growth of the yeast in the fermentation, the yeast cell wall would, according to Alltech's asserted meanings of "modified" and "alcohol shocking", have been modified by alcohol. According to the claim term constructions and associated arguments proffered by Alltech in the pending Alltech v. Cenzone litigation (see, Exhibits 12 & 13), that "alcohol shocking" would have inherently increased the mycotoxin-binding capacity of the yeast cell wall, thus satisfying this limitation of claim 5. | In accordance with the discussion above concerning modification of yeast cell wall prior to extraction, the only commercially reasonable source for yeast cell wall for animal feed is spent yeast from fermentations used for ethanol production (e.g., brewing operations and fuel alcohol production). Therefore, according to the interpretation of the term "alcohol shocking" argued by Alltech in the pending Alltech v. Cenzone litigation (see, Exhibits 12 & 13), the exposure to ethanol during fermentation would constitute "alcohol shocking", thus suggesting the limitation of claim 5. |
| [6] – the yeast cell wall is modified by exposing the yeast to a growth environment comprising from between about 5% and about 20% alcohol | Mycosorb<br><br>During fermentation of yeast in brewing operations the final concentration of ethanol (an alcohol) in the fermentation is normally between 5% and 20%. (Depending on the strain of Saccharomyces used, the yeast will stop growing when the alcohol reaches a concentration in the range of about 10% to 20% | Bio-Mos (Trenholm, pp.336-337)<br><br>During fermentations to produce fuel ethanol or ethanol-containing beverages, it is generally recognized that the final ethanol concentration will be in the range of 5-20% specified in claim 6. |

| Howes, '834 patent claim limitation | Corresponding teaching from Devegowda, 1997 and Explanation of Relevancy | Corresponding teaching from Trenholm et al. 1996 and Explanation of Relevancy |
|---|---|---|
| | ethanol.) Thus, the brewers yeast in the Mycosorb would satisfy this limitation of claim 6. | |
| [7] - the yeast cell wall is modified by exposing the yeast to a growth environment comprising from between about 10% and about 12% alcohol | Mycosorb<br><br>In accordance with the discussion immediately above, most fermentations, especially brewing fermentations, result in a final ethanol concentration of about 10% to 12%, thus satisfying this limitation of claim 7. | Bio-Mos (Trenholm, pp.336-337)<br><br>During fermentations to product ethanol-containing beverages, it is generally recognized that for some beverages, the final ethanol concentration will commonly be in the range of 10-12% specified in claim 7. |
| [8] – the mineral clay is selected from the group consisting of a zeolite, a bentonite, an aluminosilicate or mixtures thereof | Mycosorb<br><br>(also see, Lyons, 1995, Exhibit 2)<br><br>In view of the "surprising additive" or "synergistic" effect asserted by Alltech for the combination of yeast cell wall and clay (and/or by analysis), a person of ordinary skill in the art would have recognized that the Mycosorb referenced in Devegowda (or Mahesh & Devegowda) contained a combination of yeast cell wall and clay. The great majority of clays used in animal feeds are aluminosilicates (including bentonites and at least most zeolites). Thus, a clay from the list specified in claim 8 would be an ordinary clay to use. In addition, the articles of Exhibits 2, 4, and 3 expressly point to these types of clays. Still further, bentonites and other | HSCAS, canola oil-bleaching clays, sodium bentonites, synthetic zeolite (Trenholm, Table 1 and surrounding text, pp.335-336)<br><br>Of the clays specifically noted in Trenholm, sodium bentonites clearly satisfies the "bentonite" selection in claim 8, synthetic zeolite satisfies the "zeolite" selection, and HSCAS (hydrated sodium calcium aluminosilicate) satisfies the aluminosilicate selection (note that others of the clays are also aluminosilicates, but HSCAS includes the term in the name). Therefore, Trenholm provides direction indication of the types of clays listed in claim 8 as mycotoxin binders. |

| Howes, '834 patent claim limitation | Corresponding teaching from Devegowda, 1997 and Explanation of Relevancy | Corresponding teaching from Trenholm et al. 1996 and Explanation of Relevancy |
|---|---|---|
| | aluminosilicate clays were specifically indicated for mycotoxin binding (e.g., in the patents concerning mycotoxin binding by clays noted in the introductory text on p. 6 above). | |
| [9] – the mineral clay is an aluminosilicate clay | Mycosorb<br><br>(also see, Lyons, 1995, Exhibit 2)<br><br>In accordance with the discussion immediately above concerning claim 8, aluminosilicate clays were ordinary clays used in animal feeds, including specifically for mycotoxin binding. Aluminosilicate clays were also specifically indicated in Exhibits 2, 4, and 3. | HSCAS, sodium bentonites (Trenholm pp.335-336)<br><br>Of the clays mentioned in Trenholm, at least HSCAS (hydrated sodium calcium aluminosilicate) and sodium bentonites are generally recognized as aluminosilicate clays, and therefore satisfy the "aluminosilicate clay" limitation of claim 9. |
| [10] – the composition comprises from between about 1% to about 10% of the mineral clay and from between about 90% to about 99% of the yeast cell wall extract | Mycosorb<br><br>A person of ordinary skill could have determined these amounts by testing of the Mycosorb product.<br><br>Alternatively, in view of the desire to minimize vitamin and mineral sequestering by the clay component in the combination mycotoxin binding agent, a person of ordinary skill in the art would have used relative amounts of yeast cell wall and clay within the range specified in claim 11. | The indications of yeast cell wall (Bio-Mos) and various clays as mycotoxin binding agents (Trenholm pp.335-337)<br><br>Formulating a mixture of binding agents to be used as a feed additive (Trenholm p.337)<br><br>The references to clays and yeast cell wall and the express indication to combine mycotoxin adsorbents to form a feed additive for inclusion in animal feed, combined with the knowledge at that time concerning characteristics of the different binding agents and the respective costs directed one of ordinary skill to the |

| Howes, '834 patent claim limitation | Corresponding teaching from Devegowda, 1997 and Explanation of Relevancy | Corresponding teaching from Trenholm et al. 1996 and Explanation of Relevancy |
|---|---|---|
| | | combination of yeast cell and clay. It was also reported at that time that clays depleted certain vitamins and minerals. This suggests that in formulating a combination mycotoxin binding composition, a low level of clay should be used to minimize vitamin and mineral depletion while still obtaining the benefits of the combination. The exact proportions are simply a matter of preference, so that the proportions stated in claim 10 are obvious. |
| [11] - the composition comprises from between about 2% to about 4% of the mineral clay and from between about 96% to about 98% of the yeast cell wall extract | Mycosorb<br><br>A person of ordinary skill could have determined these amounts by testing of the Mycosorb product.<br><br>Alternatively, in view of the desire to minimize vitamin and mineral sequestering by the clay component in the combination mycotoxin binding agent, a person of ordinary skill in the art would have used relative amounts of yeast cell wall and clay within the range specified in claim 11. | The indications of yeast cell wall (Bio-Mos) and various clays as mycotoxin binding agents (Trenholm pp.335-337)<br><br>Formulating a mixture of binding agents to be used as a feed additive (Trenholm p.337)<br><br>The proportions of yeast cell wall and mineral clay specified in claim 11 are obvious for the same reasons as stated above for claim 10. |
| [12] – formulated for feeding to an animal selected from the group consisting of avian, bovine, porcine, equine, ovine, and caprine species | Duckling study (Devegowda, 1997, sheet C000017)<br><br>Poultry feeds (Devegowda, 1997, sheet C000016)<br><br>Broiler chickens (Devegowda, 1997, sheet C000014) | References to testing of clay and yeast-based mycotoxin binding agents in chickens, lambs, rats, and pigs. (Trenholm pp.335-336)<br><br>The references to particular types of animals noted in the |

| Howes, '834 patent claim limitation | Corresponding teaching from Devegowda, 1997 and Explanation of Relevancy | Corresponding teaching from Trenholm et al. 1996 and Explanation of Relevancy |
|---|---|---|
| | As shown by the citations above, Devegowda expressly refers to feeding of the mycotoxin binding agent to animals falling within the categories listed in claim 12, indicating that the composition was formulated for feeding to such animals. | cited text satisfy the specification of the groups, avian, ovine, and porcine selections of claim 12. |
| [13] – at least a portion of the composition is bound to a mycotoxin | Data in Table 4 under Mycosorb (Devegowda, 1997, sheet C000016)<br><br>Mycotoxin binding by the Mycosorb is the intent of using Mycosorb as described in Devegowda. In addition, Table 4 specifically shows binding of a mycotoxin to Mycosorb, thereby satisfying the "bound" limitation of claim 13. | Inherent<br><br>"HSCAS diminished … many of the adverse effects of aflatoxin in chickens" (Trenholm p.335)<br><br>"Bentonite and spent canola oil bleaching clays overcame the adverse effects of a diet containing a relatively high concentration of T-2 toxin rats" (Trenholm p.335)<br><br>Bio-Mos binding to zearalenone (Trenholm p.337, Figure 1)<br><br>Both yeast cell wall and clays are discussed as mycotoxin binding agents in Trenholm, and examples of in vitro binding and reduction of the effects of mycotoxicosis due to particular mycotoxins are presented (see, e.g., citations above). As a result, as least a portion of the formulation containing the combination of yeast cell wall and clay will inherently be bound with mycotoxin when mycotoxin is present in a feed that also |

| Howes, '834 patent claim limitation | Corresponding teaching from Devegowda, 1997 and Explanation of Relevancy | Corresponding teaching from Trenholm et al. 1996 and Explanation of Relevancy |
|---|---|---|
| | | contains the mycotoxin binding formulation and the feed is fed to animals. |
| [14] – the mycotoxin is selected from the group consisting of Aflatoxin, Zearalenone, Vomitoxin, Fumonisins, T2 Toxin, and Ochratoxin | Data in Tables 1, 2, 3, and 4, and Fig. 2 show binding of Mycosorb to aflatoxin; Fig. 1 shows binding of Mycosorb to zearalenone. (Devegowda, 1997, sheets C000012, C000017, and C000016)<br><br>As described in the materials cited above, Devegowda expressly describes binding of Mycosorb to aflatoxin and zearalenone, thus satisfying the specific mycotoxin limitation of claim 14. | Inherent<br><br>"HSCAS diminished … many of the adverse effects of aflatoxin in chickens" (Trenholm p.335)<br><br>"Bentonite and spent canola oil bleaching clays overcame the adverse effects of a diet containing a relatively high concentration of T-2 toxin rats" (Trenholm p.335)<br><br>Bio-Mos binding to zearalenone (Trenholm p.337, Figure 1)<br><br>As shown by the citations above, Trenholm specifically identifies binding of yeast cell wall and clay respectively to particular mycotoxins listed in claim 14, and those same mycotoxins would therefore also bind to the yeast cell wall and clay in the combination composition. Indeed, Trenholm specifically indicates that "using one adsorbent to bind all toxins in not possible (p.337), and continues to specifically indicate a mixture of binding agents should be used. Thus, the combination composition would inherently bind aflatoxin, T-2 toxin, and zearalenone selections from the list in claim |

| Howes, '834 patent claim limitation | Corresponding teaching from Devegowda, 1997 and Explanation of Relevancy | Corresponding teaching from Trenholm et al. 1996 and Explanation of Relevancy |
|---|---|---|
| | | 14. |
| | | |
| [15a] – An animal feed | Duckling study (Devegowda, 1997, sheet C000017)<br><br>Poultry feeds (Devegowda, 1997, sheet C000016)<br><br>Broiler chickens fed diets (Devegowda, 1997, sheet C000014)<br><br>As indicated in the citations above, Devegowda specifically refers to inclusion of the Mycosorb in animal feeds, specifically poultry feeds. The inclusion of the Mycosorb in the feed creates a new feed containing the specified combination of components, thereby satisfying the "animal feed" limitation of claim 15. | "Formulating a mixture of binding agents to be used as a feed additive" (Trenholm p.337)<br><br>"Sequestering agents can be added to feed to reduce mycotoxin absorption into the bloodstream" (Trenholm p.337)<br><br>As indicated in Trenholm, for example, in the citations above, the combination of mycotoxin binding agents is intended as a feed additive. Further, Trenholm specifically states that sequestering agents can be added to feed. Addition of the combination feed additive to the animal feed necessarily results in an "animal feed" that contains the yeast cell wall and clay as specified by claim 15. |
| [15b] – a modified yeast cell wall extract | Mycosorb<br><br>Mannan oligosaccharides present in the cell wall was responsible for counteracting mycotoxicosis in livestock poultry (Devegowda, 1997, sheet C000017)<br><br>The commercial product Mycosorb was understood and promoted as containing brewers dried yeast. Under the construction of "modified" argued by Alltech in the pending Alltech v. Cenzone litigation (see, | Bio-Mos (Trenholm, pp.336-337)<br><br>Trenholm et al. refers to the Alltech product Bio-Mos as a yeast cell wall product. Because spent yeast is the only commercially practicable source for yeast cell wall, the Bio-Mos product would be expected to be spent yeast (i.e., brewers yeast). (See also, Lyons, p.24, Exhibit 3, and its reference to "modified mannan sugars) |

| Howes, '834 patent claim limitation | Corresponding teaching from Devegowda, 1997 and Explanation of Relevancy | Corresponding teaching from Trenholm et al. 1996 and Explanation of Relevancy |
|---|---|---|
| | Exhibits 12 & 13), the brewers dried yeast would be "modified yeast cell wall". | |
| [15c] – a mineral clay | Mycosorb<br><br>As shown by the identical data used in Devegowda, 1997 (Exhibit 6); Mahesh and Devegowda (Exhibit 19), and Table 5 of the '834 patent (Exhibit 1), the commercial Mycosorb products tested in those articles was the same as the composition containing modified yeast cell wall and clay in the '834 patent.  (Indeed, it appears that the data was from the same experiments because of the identical values reported.)  Therefore, based on the reported data, a person of ordinary skill in the art would have recognized or confirmed by analysis that the Mycosorb contained clay in addition to the yeast cell wall. | HSCAS, canola oil-bleaching clays, sodium bentonites, synthetic zeolite (Trenholm, Table 1 and surrounding text, pp.335-336)<br><br>All of the clays mentioned in Trenholm are mineral clays, thus satisfying the "mineral clay" limitation of claim 15. |
| [15d] – an amount effective to bind and thereby inactivate a mycotoxin present in the animal feed | Data shown in Table 3 (Devegowda, 1997, sheet C000017)<br><br>The data shown in Table 3 in Devegowda demonstrates binding of a mycotoxin.  That binding is at a level that is "effective", particular in view of the lack of any specification of what constitutes an "amount effective" in the '834 patent. | Inherent<br><br>Sequestering agents can be added to feed to reduce mycotoxin absorption into the bloodstream and accumulation in target organs in the body, and prevent transmission into animal food products. (Trenholm p.337)<br><br>The '834 patent fails to indicate any minimum amount necessary to make a mycotoxin binding |

| Howes, '834 patent claim limitation | Corresponding teaching from Devegowda, 1997 and Explanation of Relevancy | Corresponding teaching from Trenholm et al. 1996 and Explanation of Relevancy |
|---|---|---|
| | | agent effective to bind and inactivate a mycotoxin present in an animal feed. Thus, any amount of mycotoxin binder will be "effective" to "bind and inactivate" a mycotoxin. This is consistent with the citation above which refers to merely reducing mycotoxin absorption. Therefore, the "effective amount" specified in claim 15 is satisfied. |
| [16] – the effective amount of the composition comprises from between about 0.0125% to between about 4% by weight of the feed | Data in Tables 1, 2, 3, and 4, and Fig. 2 show binding of Mycosorb to aflatoxin; Fig. 1 shows binding of Mycosorb to zearalenone. (Devegowda, 1997, sheets C000012, C000017, and C000016)  The Mycosorb percentage of 0.2% shown in Table 2 (noted above) is within the range specified in claim 18, thereby satisfying that limitation. | "Saccharomyces cervisiae [sic] (a yeast) at 0.1% of the diet was found to be effective …". (Trenholm et al., p.336)  Data on zearalenone binding by Yea-Sacc (Saccharomyces cerevisiae) and Bio-Mos (Saccharomyces cerevisiae cell wall extract) Trenholm p.337, Figure 1)  HSCAS at 0.5% of the diet (Trenholm p.335)  HSCAS (1%) (Trenholm p.335)  "Dietary HSCAS (0.5%) reduced aflatoxin M1 concentration in milk of cows." (Trenholm et al., p.337)  Trenholm et al., refers to effective use of yeast at 0.1% and shows that yeast and yeast cell wall have similar effectiveness in binding zearalenone. Also, Trenholm et al. indicates that HSCAS (a |

| Howes, '834 patent claim limitation | Corresponding teaching from Devegowda, 1997 and Explanation of Relevancy | Corresponding teaching from Trenholm et al. 1996 and Explanation of Relevancy |
|---|---|---|
| | | clay) was effective at 0.5%. This indicates that a combination of yeast cell wall would be effective within the range of amounts specified in claim 16, i.e., 0.0125% to 4%. |
| | | |
| [17a] – A method for reducing mycotoxin contamination of an animal consuming a feedstuff | Duckling study (Devegowda, 1997, sheet C000017)<br><br>Poultry feeds (Devegowda, 1997, sheet C000016)<br><br>Broiler chickens fed diets (Devegowda, 1997, sheet C000014)<br><br>The conduct of the studies and trials reported in Devegowda (e.g., cited above) constitutes the practice of a process, e.g., method, for reducing mycotoxin contamination, thus satisfying the "method" limitation of claim 17. | Sequestering agents can be added to feed to reduce mycotoxin absorption into the bloodstream and accumulation in target organs in the body, and prevent transmission into animal food products. (Trenholm p.337)<br><br>The addition of sequestering agents to animal feed is inherently a process or method. Thus, the citation above (also supported by the entire description of Trenholm) satisfies the "method" specified in claim 17. |
| [17b] – feeding to an animal | Duckling study (Devegowda, 1997, sheet C000017)<br><br>Poultry feeds (Devegowda, 1997, sheet C000016)<br><br>Broiler chickens fed diets (Devegowda, 1997, sheet C000014)<br><br>Conduct of the studies and trials cited in Devegowda necessarily involve feeding the composition to an animal, e.g., ducklings and chickens, thus satisfying the | "Sequestering agents can be added to feed to reduce mycotoxin absorption into the bloodstream and accumulation in target organs in the body, and prevent transmission into animal food products." (Trenholm p.337)<br><br>Entire description of Trenholm pp.334-337.<br><br>As indicated in the quotation above referring to sequestering |

| Howes, '834 patent claim limitation | Corresponding teaching from Devegowda, 1997 and Explanation of Relevancy | Corresponding teaching from Trenholm et al. 1996 and Explanation of Relevancy |
|---|---|---|
| | "feeding" limitation of claim 17. | agents, the sequestering agents (mycotoxin binding agents) are added to the animal feed, which is then fed to the animals. The remainder of the description on pp.334-337 emphasize that feeding the mycotoxin binding agents to animals is the purpose of using the binding agents, and was actually carried out. Thus, the "feeding to an animal" limitation of claim 17 is satisfied. |
| [17c] – an effective amount of a composition ... thereby binding and inactivating the mycotoxin in the animal feed | Tables 1, 2, and 3 and associated text (Devegowda, 1997) The tables and text cited above demonstrate binding of mycotoxin by Mycosorb. The amount used demonstrates "effective" binding, satisfying the "effective amount" limitation of claim 17, particularly in view of the lack of any specification of what constitutes an effective amount. In addition, the positive results specified in Devegowda for the studies cited in connection with claim limitations [17a] and [17b] indicate that an effective amount was used in those studies. | Inherent Sequestering agents can be added to feed to reduce mycotoxin absorption into the bloodstream and accumulation in target organs in the body, and prevent transmission into animal food products. (Trenholm p.337) The '834 patent fails to indicate any minimum amount necessary to make a mycotoxin binding agent effective to bind and inactivate a mycotoxin present in an animal feed. Thus, any amount of mycotoxin binder will be "effective" to "bind and inactivate" a mycotoxin. This is consistent with the citation above which refers to merely reducing mycotoxin absorption. Therefore, the "effective amount" specified in claim 17 is satisfied. |

| Howes, '834 patent claim limitation | Corresponding teaching from Devegowda, 1997 and Explanation of Relevancy | Corresponding teaching from Trenholm et al. 1996 and Explanation of Relevancy |
|---|---|---|
| [17d] – a modified yeast cell wall extract | Mycosorb<br><br>Mannan oligosaccharides present in the cell wall was responsible for counteracting mycotoxicosis in livestock poultry (Devegowda, 1997, sheet C000017)<br><br>The commercial product Mycosorb was understood and promoted as containing brewers dried yeast. Under the construction of "modified" argued by Alltech in the pending Alltech v. Cenzone litigation (see, Exhibits 12 & 13), the brewers dried yeast would be "modified yeast cell wall". | Bio-Mos (Trenholm, pp.336-337)<br><br>Trenholm et al. refers to the Alltech product Bio-Mos as a yeast cell wall product. Because spent yeast is the only commercially practicable source for yeast cell wall, the Bio-Mos product would be expected to be spent yeast (i.e., brewers yeast).  (See also, Lyons, p.24, Exhibit 3, and its reference to "modified mannan sugars) |
| [17e] – a mineral clay | Mycosorb<br><br>As shown by the identical data used in Devegowda, 1997 (Exhibit 6); Mahesh and Devegowda (Exhibit 19), and Table 5 of the '834 patent (Exhibit 1), the commercial Mycosorb products tested in those articles was the same as the composition containing modified yeast cell wall and clay in the '834 patent.  (Indeed, it appears that the data was from the same experiments because of the identical values reported.) Therefore, based on the reported data, a person of ordinary skill in the art would have recognized or confirmed by analysis that the Mycosorb contained clay in | HSCAS, canola oil-bleaching clays, sodium bentonites, synthetic zeolite (Trenholm, Table 1 and surrounding text, pp.335-336)<br><br>All of the clays mentioned in Trenholm are mineral clays, thus satisfying the "mineral clay" limitation of claim 17. |

| Howes, '834 patent claim limitation | Corresponding teaching from Devegowda, 1997 and Explanation of Relevancy | Corresponding teaching from Trenholm et al. 1996 and Explanation of Relevancy |
|---|---|---|
| | addition to the yeast cell wall. | |
| [18] – the effective amount of the composition comprises from between about 0.0125% to between about 4% by weight of the animal's daily feed ration | Table 2, Mycosorb % was 0.2% for bottom column in the table. (Devegowda, 1997)<br><br>The Mycosorb percentage of 0.2% noted above is within the range specified in claim 18, thereby satisfying that limitation. | "Saccharomyces cervisiae [sic] (a yeast) at 0.1% of the diet was found to be effective …". (Trenholm et al., p.336)<br><br>Data shown in Trenholm et al., p.337, Figure 1.<br><br>"Dietary HSCAS (0.5%) reduced aflatoxin M1 concentration in milk of cows." (Trenholm et al., p.337)<br><br>Trenholm et al., refers to effective use of yeast at 0.1% and shows that yeast and yeast cell wall have similar effectiveness in binding zearalenone. Also, Trenholm et al. indicates that HSCAS (a clay) was effective at 0.5%. This indicates that a combination of yeast cell wall would be effective within the range of amounts specified in claim 16, i.e., 0.0125% to 4%. |
| [19] – the animal is selected from the group consisting of avian, bovine, porcine, equine, ovine, and caprine species | Duckling study (Devegowda, 1997, sheet C000017)<br><br>Poultry feeds (Devegowda, 1997, sheet C000016)<br><br>Broiler chickens fed diets (Devegowda, 1997, sheet C000014)<br><br>Pigs and dairy animals (Devegowda, 1997, sheet C000017) | References to testing of clay and yeast-based mycotoxin binding agents in chickens, lambs, rats, and pigs. (Trenholm pp.335-336)<br><br>The references noted above to particular types of animals satisfy the specification of the groups, avian, ovine, and porcine selections of claim 19. |

| Howes, '834 patent claim limitation | Corresponding teaching from Devegowda, 1997 and Explanation of Relevancy | Corresponding teaching from Trenholm et al. 1996 and Explanation of Relevancy |
|---|---|---|
| | The trials reported in Devegowda, e.g., as cited above, involved animals within the list specified in claim 19. Thus, Devegowda satisfies this limitation of claim 19. | |
| [20] – the mycotoxin is selected from the group consisting of Aflatoxin, Zearalenone, Vomitoxin, Fumonisins, T2 Toxin, and Ochratoxin | Data in Tables 1, 2, 3, and 4, and Fig. 2 show binding of Mycosorb to aflatoxin; Fig. 1 shows binding of Mycosorb to zearalenone. (Devegowda, 1997)<br><br>The table data from Devegowda cited above demonstrates binding to particular mycotoxins included in the list specified in claim 20. Thus, Devegowda satisfies this limitation of claim 20. | Inherent<br><br>"HSCAS diminished ... many of the adverse effects of aflatoxin in chickens" (Trenholm p.335)<br><br>"Bentonite and spent canola oil bleaching clays overcame the adverse effects of a diet containing a relatively high concentration of T-2 toxin rats" (Trenholm p.335)<br><br>Bio-Mos binding to zearalenone (Trenholm p.337, Figure 1)<br><br>As shown by the citations above, Trenholm specifically identifies binding of yeast cell wall and clay respectively to particular mycotoxins listed in claim 20, and those same mycotoxins would therefore also bind to the yeast cell wall and clay in the combination composition. Indeed, Trenholm specifically indicates that "using one adsorbent to bind all toxins in not possible (p.337), and continues to specifically indicate a mixture of binding agents should be used. Thus, the combination composition |

| Howes, '834 patent claim limitation | Corresponding teaching from Devegowda, 1997 and Explanation of Relevancy | Corresponding teaching from Trenholm et al. 1996 and Explanation of Relevancy |
|---|---|---|
| | | would inherently bind aflatoxin, T-2 toxin, and zearalenone selections from the list in claim 20. |
| [21] – the composition is admixed with the animal feed prior to feeding | "This effect was nullified on the addition of Mycosorb to the diets" (Devegowda, 1997, sheet C000012)<br><br>"The addition of Mycosorb to the diet" (Devegowda, 1997, sheet C000017)<br><br>Addition of the Mycosorb to the diets of animals would necessarily have included at least some level of admixing of the combination composition with the animal feed prior to feeding, thus satisfying this limitation of claim 21. | "Sequestering agents can be added to feed to reduce mycotoxin absorption into the bloodstream." (Trenholm et al., p.337)<br><br>Adding the mycotoxin sequestering agent (i.e., adsorbent such as a combination of yeast cell wall and clay) to the animal feed requires adding it to feed prior to feeding. Such addition will necessarily involve at least some degree of admixing. |

In accordance with the above discussion of the disclosures of Devegowda (Exhibit 6) (as well as the disclosure of Exhibit 19) a person of ordinary skill in the art would have recognized that the commercial product, Mycosorb, referenced in these articles, contained a combination of "modified yeast cell wall extract" and "mineral clay". Further, analysis of the product would have revealed the same combination.

The identity of the combination of modified yeast cell wall and clay in the Mycosorb is further suggested by the combination of Devegowda (Exhibit 6) (and/or Mahesh & Devegowda (Exhibit 19)) with either Lyons (Exhibit 2) or Trenholm et al. (Exhibit 4) due to the indication in those references to use a combination of mycotoxin binding agents in a combination mycotoxin

binding composition. Of course, as discussed above, the combination with the best set of properties for effectiveness and cost was yeast cell wall and clay.

## VII. Summary

Each of the four Substantial New Questions of Patentability raised above concern prior art references that anticipate or make obvious all of the claims of the '834 patent. Notably, the articles attached as Exhibits 2, 4, and 4 were all published by Alltech, the owner of the '834 patent, more than one year before Alltech filed the provisional patent application of which the '834 patent claims the benefit. None of those articles were disclosed to the Examiner during prosecution of the '834 patent.

Likewise, Exhibits 6 and 19 were authored by an individual (Dr. Devegowda) who was a long-term consultant or outside researcher for Alltech. Exhibit 6 was presented during a lecture tour for Alltech. Exhibit 19 was presented in a poster presentation conducted at Alltech's own facilities and was published in a collection of poster presentations from that symposium. Like Exhibits 2, 3, and 4, neither Exhibit 6 nor Exhibit 19 was disclosed to the Examiner during prosecution of the '834 patent. Alltech's refusal to disclose these extremely material pieces of prior art is especially egregious because, inter alia, Alltech used data on mycotoxin binding by Mycosorb directly from Exhibits 6 and 19 in the '834 patent, where Alltech stated that the data was for the claimed combination of modified yeast cell wall extract and mineral clay.

The articles, patents, and associated information provided herein lead to the inescapable conclusion that all of the claims of the '834 patent are invalid. Therefore, the claims of the '834 patent should be rejected in their entireties.

Respectfully submitted,

Date __2 / 8 / 2007__

By _____

AMES IP LAW
Customer Number: 53400

\*53400\*

53400
PATENT TRADEMARK OFFICE
Telephone:     (760) 471-9620
Facsimile:     (760) 471-2167

Wesley B. Ames
Registration No. 40,893
on behalf of Requestor Cenzone
Tech, Inc.

-98-

Certificate of Service

Pursuant to 37 CFR 1.510(b)(5), a copy of the attached Replacement Request for Reexamination of Patent No. 6,045,834 (98 pages) submitted in connection with the request for reexamination of U.S. Patent No. 6,045,834 to Howes has been served by first class mail on the patent owners at the addresses provided for in 37 CFR 1.33(c). The names and addresses of the parties served were:

Joseph F. Jennings, Esq.
Knobbe Martens Olson & Bear LLP
2040 Main Street, 14th Floor
Irvine, CA 92614
Tel: (949) 760-0404
Fax: (949) 760-9502

Ralph J. King
King & Schickli
247 North Broadway
Lexington, Kentucky 40507
Tel: (859) 252-0889
Fax: (859) 252-0779

Attorneys for ALLTECH, INC.

Attorneys for ALLTECH, INC.

The date of service was: _____ February 8, 2007 _____ .

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 8, 2007

Wesley B. Ames
Reg. No. 40893

114073.000001/663034.01