## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

ALLTECH v. CENZONE                                          Case No. 06cv0153 JM(RBB)
                                                            **TIME SPENT: 1 hr. 2 mins.**

HON. RUBEN B. BROOKS   CT. DEPUTY VICKY LEE   Rptr. CD No. 1: 10:27:00-11:29:30

Attorneys

| Plaintiffs | Defendants |
|---|---|
| Joe Jennings | Lisel Ferguson |
| Colin Heideman (present) | Wesley B. Ames (present) |
| Sheila Swaroop | Victor Felix (present) |

PROCEEDINGS:   ___ In Chambers   x In Court   ___ Telephonic

A hearing was held on Plaintiff's Motion to Compel Discovery From Cenzone Tech, Inc. [doc. no. 104].

For the reasons stated on the record, the Motion is granted in part and denied in part.

The Motion is denied for Interrogatory Number 19.

The Motion is granted in part and denied in part for Request for Production Number 54. Defendant shall produce documents reflecting the cumulative amount of damages Cenzone claims to have suffered to date. The documents may be redacted so they do not disclose attorney-client communications or attorney work product. Cenzone shall supplement its production with documents showing supplemental billings at the close of the trial preparation period.

The Court reserves its ruling on Request for Production Number 55. Defendant shall file a brief, not to exceed three pages, addressing the applicability of the joint defense privilege to this request. The brief shall be filed by March 15, 2007. Alltech shall file a reply brief, not to exceed three pages, by March 21, 2007. After the briefing is completed, the Court will issue an order.

The Motion is granted for all other Interrogatories and Requests for Production. The responses to Interrogatories 12 and 13 and Request for Production number 46 shall be designated "CONFIDENTIAL -- FOR COUNSEL ONLY" pursuant to the Stipulated Protective Order in this case.

Alltech's request for an award of attorneys' fees and expenses is denied.

Cenzone shall provide its supplemental document production and interrogatory responses by April 2, 2007.

DATE: March 12, 2007          IT IS SO ORDERED:   *Ruben Brooks*
                                                 Ruben B. Brooks,
                                                 U.S. Magistrate Judge
cc:  Judge Miller                               INITIALS: VL (mg/irc) Deputy
     All Parties of Record

K:\COMMON\BROOKS\CASES\ALLTECH153\MINUTE09.wpd