IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLTECH, INC., a Kentucky corporation, ) <br> ) <br>     Plaintiff, ) <br>   v. ) <br> ) <br> CENZONE TECH, INC., a California ) <br> corporation; JUNG FU WU, an individual, ) <br> ) <br>     Defendants. ) <br> _____ ) <br> ) <br> AND RELATED COUNTERCLAIMS. ) <br> _____ ) | Civil Action No. <br> 06-CV-0153 JM (RBB) <br><br> **ORDER GRANTING JOINT MOTION TO MODIFY CASE SCHEDULING ORDER** <br><br> The Honorable Jeffrey T. Miller |

GOOD CAUSE SHOWING:

IT IS HEREBY ORDERED THAT in the matter between ALLTECH, INC. and CENZONE TECH, INC. the case schedule be modified as follows:

| | |
|---|---|
| April 20, 2007 | Opening Expert Reports |
| May 11, 2007 | Rebuttal Expert Reports |
| May 25, 2007 | Close of Expert Discovery |
| June 8, 2007 | Motion Filing Deadline |
| July 5, 2007 | Memo Fact and Law |
| July 10, 2007 | 16.1(f)(4) Meet and Confer |
| July 13, 2007 | Pretrial Conference Order |

Case No. 06-CV-0153 JM

1
2
3
    July 20, 2007          Pretrial Conference

    August 20, 2007        Trial

4
5
    IT IS SO ORDERED

6
7
    DATED: April 5, 2007                    By: _____
                                                            The Honorable Ruben B. Brooks
8
                                                            U.S. Magistrate Judge

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28