1
2
3
4
5
6
7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

11  ALLTECH, INC., a Kentucky corporation,    ) Civil Action No.
                                              ) 06CV 0153 JM (RBBx)
12              Plaintiff,                    )
                                              )
13       v.                                   ) **ORDER GRANTING JOINT MOTION**
                                              ) **TO SEAL DOCUMENT 143 OF THE**
14  CENZONE TECH, INC., a California          ) **COURT'S RECORD**
    corporation, Jung Fu Wu, an individual,   )
15                                            ) Date:       June 4, 2007
                Defendants.                   ) Time:       10:00 a.m.
16  _____ ) Courtroom:  B, 1st Floor
                                              )
17                                            )
                                              )
18  AND RELATED COUNTERCLAIMS                 )
                                              )
19                                            )

20       The Court, having considered the parties' Joint Motion to Seal Document 143 of the
21  Court's Record, hereby GRANTS the parties' request. The following Court document shall be sealed:
22  1.   Document 143 of the Court's Record, Notice of Motion and Alltech, Inc.'s Motion for
23       Sanctions.
24       Alltech will electronically re-file a Non-Confidential Notice of Motion and Alltech, Inc.'s
25  Motion for Sanctions with the supporting documents as attachments and serve the Court and
26  / / /
27  / / /
28  / / /

Case No. 06CV 0153 JM (RBB)

1  opposing counsel with a Confidential copy of this document. The hearing date and time shall remain
2  as scheduled.
3
4  IT IS SO ORDERED.
5
6
7  Dated: May 4, 2007
8                                             _____
   HONORABLE RUBEN B. BROOKS
   UNITED STATES MAGISTRATE JUDGE
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## PROOF OF SERVICE

I am a citizen of the United States of America and I am employed in Irvine, California. I am over the age of 18 and not a party to the within action. My business address is 2040 Main Street, Fourteenth Floor, Irvine, California. On , I served the within **[PROPOSED] ORDER GRANTING JOINT MOTION TO SEAL DOCUMENT 143 OF THE COURT'S RECORD** on the parties or their counsel shown below via Email:

| | |
|---|---|
| Wesley B. Ames<br>wbames@amesiplaw.com<br>AMES IP LAW<br>7031 Los Vientos Serenos<br>Escondido, CA 92029 | James R. Higgins, Jr.<br>jhiggins@middreut.com<br>MIDDLETON REUTLINGER<br>2500 Brown & Williamson Tower<br>Louisville, KY 40202 |
| Anthony J. Dain | Amy S. Hellenkamp |

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 4, 2007, at Irvine, California.

/s/ Marciana Duose
Email:  mduose@kmob.com