IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLTECH, INC., a Kentucky corporation,<br><br>               Plaintiff,<br><br>    v.<br><br>CENZONE TECH, INC., a California corporation, Jung Fu Wu, an individual,<br><br>               Defendants.<br><br>AND RELATED COUNTERCLAIMS | Civil Action No.<br>06CV 0153 JM (RBBx)<br><br>**ORDER GRANTING JOINT MOTION TO MODIFY THE CASE SCHEDULE**<br><br><br>Honorable Ruben B. Brooks |

GOOD CAUSE SHOWING:

IT IS HEREBY ORDERED THAT in the matter between ALLTECH, INC. and CENZONE TECH, INC. The case schedule shall be modified as follows:

| | |
|---|---|
| May 25, 2007 | Rebuttal Expert Reports |
| June 1, 2007 | Close of Expert Discovery |
| June 8, 2007 | Motion Filing Deadline |
| July 5, 2007 | Memorandum of Fact and Law |
| July 10, 2007 | 16.1 (f)(4) Meet and Confer |

| | | |
|---|---|---|
| 1 | July 13, 2007 | Pretrial Conference Order |
| 2 | July 20, 2007 | Pretrial Conference |
| 3 | August 20, 2007 | Trial |

IT IS SO ORDERED.

Dated: May 9, 2007

                                    /s/ Ruben Brooks
THE HONORABLE RUBEN B. BROOKS
UNITED STATES MAGISTRATE JUDGE