1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9               FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

11                                          ) Civil Action No.
                                            ) 06CV 0153 JM (RBBx)
12   ALLTECH, INC., a Kentucky corporation, )
                                            ) **ORDER GRANTING PLAINTIFF'S EX**
13                      Plaintiff,          ) **PARTE APPLICATION TO FILE**
                                            ) **DOCUMENTS UNDER SEAL IN**
14          v.                              ) **SUPPORT OF ALLTECH, INC.'S  (1)**
                                            ) **MOTION FOR SUMMARY JUDGMENT**
15   CENZONE TECH, INC., a California       ) **OF  PATENT INFRINGEMENT,  2)**
     corporation, Jung Fu Wu, an individual,) **MOTION FOR PARTIAL SUMMARY**
16                                          ) **JUDGMENT OF  NO ANTICIPATION BY**
                       Defendants.          ) **DEVEGOWDA REFERENCES, 3)**
17   _____ ) **MOTION FOR SUMMARY JUDGMENT**
                                            ) **ON DEFENDANTS' ANTITRUST**
18                                          ) **CLAIMS AND 4)  MOTION FOR**
                                            ) **SUMMARY JUDGMENT ON**
19   AND RELATED COUNTERCLAIMS             ) **DEFENDANTS' INEQUITABLE**
                                            ) **CONDUCT DEFENSE**
20   _____ )
                                            ) Dated:         July 13, 2007
21                                          )
                                            ) Time:          1:30 p.m.
22                                          )
                                            ) Courtroom:    6, 3rd Floor
23                                          )
     _____ ) The Honorable Jeffrey T. Miller
24

25

26

27

28

                                                           Case No. 06CV 0153 JM (RBB)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

The Court, having considered Plaintiff Alltech, Inc.'s ("Alltech") Ex Parte Application to File Documents Under Seal in Support of   ALLTECH, INC.'S   (1) MOTION FOR SUMMARY JUDGMENT OF   PATENT INFRINGEMENT, 2) MOTION FOR PARTIAL SUMMARY JUDGMENT OF   NO ANTICIPATION BY DEVEGOWDA REFERENCES, 3) MOTION FOR SUMMARY JUDGMENT ON DEFENDANTS' ANTITRUST CLAIMS AND 4)   MOTION FOR SUMMARY JUDGMENT ON DEFENDANTS' INEQUITABLE CONDUCT DEFENSE, hereby GRANTS Alltech's Application.  The documents submitted as exhibits to the Declaration of Sheila N. Swaroop in Support of Alltech's Ex Parte Application shall be filed under seal.

**IT IS SO ORDERED.**

DATED:  June 26, 2007

_____
Hon. Jeffrey T. Miller
United States District Judge