Case 3:06-cv-00153-JM-RBB

Page 1 of 2

1  Wesley B. Ames (Bar No. 190318)
   Ames IP Law
2  7031 Los Vientos Serenos
   Escondido, CA 92029

3  Anthony J. Dain (Bar No. 98947)
4  Lisel M. Ferguson (Bar No. 207637)
   Victor M. Felix (Bar No. 179622)
5  PROCOPIO, CORY, HARGREAVES & SAVITCH LLP
   530 B Street, Suite 2100
6  San Diego, California  92101
   Telephone: 619.238.1900
7  Facsimile: 619.235.039

8  Attorneys for Defendants and Counterclaimants
   CENZONE TECH, INC. and JUNG FU WU

9

10              IN THE UNITED STATES DISTRICT COURT

11         FOR THE SOUTHERN DISTRICT OF CALIFORNIA

12  ALLTECH, INC. a Kentucky corporation    )  Case No.: 06 CV 0153 JM (RBB)
                                            )
13              Plaintiff,                  )  CENZONE'S EX PARTE APPLICATION TO FILE
                                            )  UNDER SEAL EXHIBITS 2-6 TO THE
14         vs.                              )  DECLARATION OF VICTOR M. FELIX IN
                                            )  SUPPORT OF DEFENDANTS' RESPONSE TO
15  CENZONE TECH, INC., a California        )  ALLTECH'S EVIDENTIARY OBJECTIONS RE:
    corporation; JUNG FU WU, an individual, )  CENZONE'S SUMMARY JUDGMENT MOTION
16                                          )  OF INVALIDITY
                Defendants.                 )
17                                          )  Date:       July 13, 2007
                                            )  Time:       1:30 p.m.
18                                          )  Judge:      Hon. Jeffrey T. Miller
                                            )
19                                          )
                                            )
20  _____        )
                                            )
21  AND ALL RELATED COUNTERCLAIMS           )
    _____        )
22

23  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

24         PLEASE TAKE NOTICE that Cenzone Tech, Inc. and Jung Fu Wu (collectively

25  "Cenzone") hereby seek an Order of this Court permitting Cenzone to file the following

26  documents under seal:

27         1.     Exhibits 2 through 6 to the Declaration of Victor M. Felix in Support of

28  Defendants' Response to Alltech's Evidentiary Objections re: Cenzone's Summary Judgment

-1-
114073.000001/723633.01

1  Motion of Invalidity. ("Declaration") Cenzone's application is supported by the following

2  declaration of Victor M. Felix:

3      I, VICTOR M. FELIX, declare as follows:

4      1.    I am an attorney duly licensed in California and counsel of record for, Cenzone.

5      2.    Exhibits 2 through 6 to the Declaration are as follows:

6          a)    Cenzone's Responses to Alltech's Second Set of Interrogatories;

7          b)    Cenzone's Supplemental Responses to Alltech's Second Set of

8  Interrogatories;

9          c)    Cenzone's Second Supplemental Responses to Alltech's Second Set of

10  Interrogatories;

11          d)    Cenzone's Third Supplemental Responses to Alltech's Second Set of

12  Interrogatories; and

13          e)    Cenzone's Fourth Supplemental Responses to Alltech's Second Set of

14  Interrogatories

15      3.    The above-listed materials contain information identified by the parties as

16  "Confidential – Attorneys Eyes Only" pursuant to the Stipulated Protective Order entered by this

17  Court.

18      4.    Accordingly, Cenzone requests that Exhibits 2-6 to the Declaration be filed under

19  seal.

20      I declare under penalty of perjury under the law of the United States that the foregoing is

21  true and correct.

22  DATED: July 11, 2007                    PROCOPIO, CORY, HARGREAVES &
                                                          SAVITCH LLP
23

24                                          By:  /s/ Victor M. Felix
                                                 Victor M. Felix
25                                               Attorney for Defendant,
                                                 CENZONE TECH, INC.
26
                                                 IT IS SO ORDERED
27
                                                 DATED 7/13/07
28
                                                 _____
                                                 UNITED STATES DISTRICT JUDGE

-2-

CENZONE TECH, INC.'S EX PARTE APPLICATION TO FILE DOCUMENTS UNDER SEAL
                                                 06 CV 0153 JM (RBB)

114073.000001/723633.01