```
 1  Joseph F. Jennings (State Bar No.145,920)
    joseph.jennings@kmob.com
 2  Sheila N. Swaroop (State Bar No.203,476)
    sheila.swaroop@kmob.com
 3  Colin B. Heideman (State Bar No.238,674)
    colin.heideman@kmob.com
 4  KNOBBE, MARTENS, OLSON & BEAR, LLP
    2040 Main Street, Fourteenth Floor
 5  Irvine, CA 92614
    Phone Number (949) 760-0404; Facsimile: (949) 760-9502
 6
    Attorneys for Plaintiff and Counterdefendant
 7  ALLTECH, INC.

 8  Wesley B. Ames
    wbames@amesiplaw.com
 9  AMES IP LAW
    7031 Los Vientos Serenos
10  Escondido, CA 92029

11
    Anthony J. Dain (SBN 98947)
12  ajd@procopio.com
    Lisel M. Ferguson (SBN 207637)
13  lmf@procopio.com
    Victor M. Felix (SBN 179622)
14  vmf@procopio.com
    PROCOPIO, CORY, HARGREAVES & SAVITCH, LLP
15  530 "B" Street
    Suite 2100
16  San Diego, CA  92101

17
    Attorneys for Defendants and Counterclaimants
18  CENZONE TECH, INC. and JUNG FU WU

19
                    IN THE UNITED STATES DISTRICT COURT
20
                  FOR THE SOUTHERN DISTRICT OF CALIFORNIA
21
```

| ALLTECH, INC., a Kentucky corporation, | ) Civil Action No. |
| --- | --- |
| Plaintiff, | ) 06-CV-0153 JM (RBBx) |
| v. | ) |
| CENZONE TECH, INC., a California corporation; JUNG FU WU, an individual, | ) **INJUNCTION AND DISMISSAL** |
| Defendants. | ) |
| AND RELATED COUNTERCLAIMS | ) |

Case No. 06CV 0153 JM (RBB)
Exhibit "A" to Settlement Agreement

WHEREAS, Alltech, Inc., ("Alltech") filed the instant action against Cenzone Tech, Inc. ("Cenzone") and Jung Fu Wu ("Wu") alleging that Cenzone and Wu have infringed U.S. Patent No. 6,045,834 by *inter alia*, making, selling, and offering for sale a product sold under the tradename "Microbond" and by inducing infringement by others;

WHEREAS, the accused Microbond product contains (a) modified yeast cell wall extract from Saccharomyces cerevisiae yeast and (b) mineral clay (clinoptilolite), as described in this Court's Summary Judgment Orders dated July 26, 2007 (hereinafter "Enjoined Microbond Product"); and

WHEREAS, the parties have executed a confidential settlement agreement ("Settlement Agreement") resolving the matters at issue herein and have agreed to entry of this Injunction and Dismissal;

Accordingly, it is, upon consent of the parties, through their attorneys of record, hereby ORDERED, ADJUDGED and DECREED:

1. This Court has jurisdiction over the parties hereto and the subject matter of this action.

2. Alltech is the owner of U.S. Patent No. 6,045,834 entitled "Compositions and Methods of Removal of Mycotoxins from Animal Feed" ("the '834 patent").

3. Cenzone and Wu, their officers, servants, agents, employees, attorneys, and those persons in active concert or participation with them who receive actual notice of this Injunction (collectively "Enjoined Parties") are hereby enjoined for the term of the '834 patent from infringing any claim of the patent by making, using, selling, offering to sell, or importing into the United States the Enjoined Microbond Product so described, and any other feed additive that includes modified yeast cell wall extract and mineral clay and that is no more than colorably different from the Enjoined Microbond Product with regard to any one or more of the claims of the patent.

4. The Enjoined Parties are further enjoined from inducing others to infringe any claim of the '834 patent for the term of said patent.

5. In accordance with the Settlement Agreement between the parties and Federal Rule of Civil Procedure 41 it is hereby stipulated and agreed that the remaining claims and counterclaims herein are dismissed with prejudice.

6. This Court retains jurisdiction to monitor and enforce compliance with this injunction and to enforce compliance with the Settlement Agreement.

7. Each party shall bear its own costs and attorneys' fees incurred herein.

Joseph F. Jennings
Sheila N. Swaroop
Colin B. Heideman
KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: August 20, 2007        By: s/Sheila N. Swaroop
                              Attorneys for Plaintiff and Counterdefendant
                              ALLTECH, INC.

Wesley B. Ames
AMES IP LAW

Anthony J. Dain
Victor M. Felix
Lisel M. Ferguson
PROCOPIO CORY HARGREAVES & SAVITCH, LLP

Dated: August 20, 2007        By: s/Victor M. Felix
                              Attorneys for Defendants/Counterclaimants
                              CENZONE TECH, INC., and JUNG FU WU